No. 25-7380

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

WHATSAPP INC., a Delaware corporation; META PLATFORMS, INC., FKA FACEBOOK INC.,

*Plaintiffs-Appellees*,

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED,

*Defendants-Appellants*,

*On Appeal from the U.S. District Court for the Northern District of California, No. 4:19-cv-07123-PJH, Hon. Phyllis J. Hamilton*

## DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD INDEX VOLUME

STEPHEN A. BROOME
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

HOPE D. SKIBITSKY
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
295 5th Ave., 9th Floor
New York, NY 10016
(212) 849-7000

DEREK L. SHAFFER
RACHEL FRANK QUINTON
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 13th St. NW, Suite 600
Washington, DC 20004
(202) 538-8000

ALEX H. LOOMIS
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Ave., Suite 520
Boston, MA 02199
(617) 712-7100

*Counsel for Defendants-Appellants*

February 11, 2026

## INDEX

### VOLUME I

| D.E. | Title of Document | Date | Page |
|---|---|---|---|
| 810 | Final Judgment | 11/25/2025 | ER-2 |
| 809 | Order Granting Plaintiffs' Motion for Permanent Injunction | 11/12/2025 | ER-4 |
| 808 | Order Resolving Defendants' Response and Objection to Proposed Injunction Order | 11/12/2025 | ER-7 |
| 802 | Order on Motion for Permanent Injunction, Motion for Remittitur or New Trial, and Motion to Seal | 10/17/2025 | ER-9 |
| 686 | Final Pretrial Order | 4/15/2025 | ER-34 |
| 494 | Order re Motions for Summary Judgment, Motion for Sanctions, and Discovery Letter Briefs | 12/24/2024 | ER-53 |

### VOLUME II

| D.E. | Title of Document | Date | Page |
|---|---|---|---|
| 824 | Order Denying Motion to Stay Permanent Injunction and Extending Administrative Stay for 45 Days | 12/19/2025 | ER-70 |
| 796-1 | Exhibit 3 (Declaration of Terrence McGraw) in Support of Defendants' Motion for Summary Judgment or Partial Summary Judgment<br><br>Originally filed under seal at Dkt. 396-4 | 9/15/2025 | ER-79 |
| 796-2 | Exhibit H (2024 Deposition Transcript of Yaron Shohat) to Akrontirianakis Declaration in Support of Defendants' Motion for Summary Judgment<br><br>Originally filed under seal at Dkt. 396-5 | 9/15/2025 | ER-91 |

| D.E. | Title of Document | Date | Page |
|---|---|---|---|
| 796-3 | Exhibit 5 (Defendant's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories); Exhibit 6 (2024 Deposition Transcript of Tamir Gazneli); Exhibit 10 (2024 Deposition of Yaron Shohat) all to Block Declaration in Support of Plaintiffs' Motion for Partial Summary Judgment<br><br>Originally filed under seal at Dkt. 399-4 | 9/15/2025 | ER-110 |
| 796-9 | Exhibit 3 (Declaration of Tamir Gazneli) in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment<br><br>Originally filed under seal at Dkt. 419-4 | 9/15/2025 | ER-136 |
| 796-10 | Exhibit E (2024 Deposition Transcript of Tamir Gazneli) to Akrontirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment<br><br>Originally filed under seal at Dkt. 419-5 | 9/15/2025 | ER-141 |
| 796-23 | Exhibit 2 (Declaration of Tamir Gazneli) in Support of Defendants' Reply in Support of Motion for Summary Judgment<br><br>Originally filed under seal at Dkt. 433-3 | 9/15/2025 | ER-147 |
| 795 | Transcript of Motion Hearing Proceedings Motion for Permanent Injunction and Motion for New Trial | 9/2/2025 | ER-153 |
| 792 | Minute Entry on Motion for Permanent Injunction Hearing and Motion for New Trial Hearing Before the Honorable Phyllis J. Hamilton United States District Judge | 8/28/2025 | ER-172 |
| 789-8 | Plaintiffs' Notice of Motion and Motion for Permanent Injunction | 8/22/2025 | ER-173 |

| D.E. | Title of Document | Date | Page |
|------|-------------------|------|------|
| 788-12 | Defendants' Revised Opposition to Plaintiffs' Motion for Permanent Injunction | 8/22/2025 | ER-188 |
| 782 | Plaintiffs' Revised Reply Brief in Support of Motion for Permanent Injunction | 8/7/2025 | ER-196 |
| 760-1 | Supplemental Declaration of Yaron Shohat in Support of Defendants' Revised Opposition to Plaintiffs' Motion for Permanent Injunction | 6/18/2025 | ER-205 |
| 760-3 | Declaration of Joshua J. Minkler in Support of Defendants' Revised Opposition to Plaintiffs' Motion for Permanent Injunction | 6/18/2025 | ER-211 |
| 754 | Transcript of Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge - May 5, 2025 (Vol. 6) | 6/5/2025 | ER-218 |
| 753 | Transcript of Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge - May 2, 2025 (Vol. 5) | 6/5/2025 | ER-232 |
| 751 | Transcript of Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge - May 1, 2025 (Vol. 4) | 6/5/2025 | ER-241 |
| 748 | Transcript of Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge - April 28, 2025 (Vol. 1) | 6/5/2025 | ER-251 |
| 747 | Defendants' Motion for Remittitur or New Trial | 5/29/2025 | ER-256 |
| 747-2 | Exhibit A (Transcript of Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge) - May 5, 2025 (Vol. 5) | 5/29/2025 | ER-266 |
| 747-3 | Exhibit B (Transcript of Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge) - May 5, 2025 (Vol. 6) | 5/29/2025 | ER-286 |

| D.E. | Title of Document | Date | Page |
|---|---|---|---|
| 737 | Final Jury Instructions for Trial Proceedings Before the Honorable Phyllis J. Hamilton United States District Judge - April 28, 2025 – May 6, 2025 | 5/6/2025 | ER-297 |
| 736 | Jury Verdict for Trial Proceedings Before the Honorable Phyllis J. Hamilton Unites States District Judge - April 28, 2025 – May 6, 2025 | 5/6/2025 | ER-303 |
| 708 | Order Denying Motion for Leave to file Motion for Reconsideration | 4/23/2025 | ER-306 |
| 699 | Order Clarifying Summary Judgment Order re Conspiracy | 4/21/2025 | ER-308 |
| 687 | Defendants' Motion for Leave to File Motion for Reconsideration | 4/18/2025 | ER-310 |
| 675 | Exhibits B (Deposition of Andrew Robinson) and C (Deposition of WhatsApp Corporate Designee) to Akrontirianakis Declaration in Opposition to Plaintiffs' Motion for Summary Judgment<br><br>Originally filed under seal at Dkt. 419-5 | 4/4/2025 | ER-315 |
| 673 | Exhibit P (WA-NSO-00125122) to Akrontirianakis Declaration in Support of Defendants' Motion for Summary Judgment<br><br>Originally filed under seal at Dkt. 396-5 | 4/4/2025 | ER-341 |
| 591 | Joint Pretrial Statement | 3/13/2025 | ER-347 |
| 469 | Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | 11/14/2024 | ER-351 |

5

## VOLUME III

| D.E. | Title of Document | Date | Page |
|---|---|---|---|
| 468 | Defendants' Motion to Dismiss or for Summary Judgment for Lack of Personal Jurisdiction and for Partial Summary Judgment | 11/14/2024 | ER-365 |
| 465 | Plaintiffs' Motion for Partial Summary Judgment | 11/14/2024 | ER-376 |
| 421-4 | Declaration of Col. Ty M. Shepard in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | 10/11/2024 | ER-394 |
| 397-1 | Declaration of Yaron Shohat in Support of Defendants' Motion for Summary Judgment or Partial Summary Judgment | 9/27/2024 | ER-406 |
| 292 | Order re Motions to Compel and Motion for Relief From Case Management Order | 2/23/2024 | ER-410 |
| 180 | Declaration of Joseph N. Akrontirianakis in Support of Defendants' Amended Motion for a Protective Order | 4/10/2023 | ER-417 |
| 180-2 | Exhibit B (email correspondence) to Akrontirianakis Declaration in Support of Defendants' Amended Motion for a Protective Order | 4/10/2023 | ER-420 |
| 111 | Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion to Stay Discovery | 7/16/2020 | ER-423 |
| 45-13 | Declaration of Nachum Falek in Support of Defendants' Motion to Dismiss | 4/2/2020 | ER-468 |
| 45-14 | Exhibit 1 (Ernst & Young Independent Accountant's Report) to Falek Declaration in Support of Defendants' Motion to Dismiss | 4/2/2020 | ER-470 |
| 1 | Complaint | 10/29/2019 | ER-473 |
| 812 | Notice of Appeal from a Judgment or Order of a United States District Court | 11/19/2025 | ER-488 |

| D.E. | Title of Document | Date | Page |
|------|-------------------|------|------|
| N/A | U.S. District Court for the Northern District of California (Oakland) Civil Docket for Case #: 4:18-cv-07123-PJH | 2/11/2026 | ER-491 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Excerpts of Record with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 11, 2026

*/s/ Derek L. Shaffer*
Derek L. Shaffer

**8**