No. 25-7380

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

WHATSAPP LLC; META PLATFORMS, INC.,

*Plaintiffs-Appellees,*

v.

NSO GROUP TECHNOLOGIES LIMITED;
Q CYBER TECHNOLOGIES LIMITED,

*Defendants-Appellants.*

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Defendants-Appellants NSO Group Technologies, and Q Cyber Technologies Limited, and Plaintiffs-Appellees WhatsApp LLC and Meta Platforms, Inc., jointly move to extend the briefing schedule in this case.[1] This motion is supported by the Declaration of Micah G. Block attached hereto. The parties request

---

[1] The parties are concurrently submitting a near-identical joint motion in Case No. 26-874. Case No. 26-874 is a related appeal from the same district court action and involves the same parties.

1

that the Court enter the appropriate order in each docket.

**Merits Appeal (No. 25-7380)**

1. On November 12, 2025, the district court (Hamilton, J.) entered final judgment in favor of Plaintiffs-Appellees in the amount of $4,447,190, consisting of $444,719 in compensatory damages and $4,002,471 in punitive damages. D. Ct. Dkt. 810 at 2.

2. On November 24, 2025, Defendants-Appellants filed a notice of appeal from the final judgment, initiating Case No. 25-7380 (the "Merits Appeal"). Case No. 25-7380, Dkt. 1.

3. On November 24, 2025, the Court issued a scheduling order setting February 11, 2026 as the deadline for Defendants-Appellants' opening brief and March 13, 2026 as the deadline for Plaintiffs-Appellees' answering brief. Case No. 25-7380, Dkt. 2.

4. On February 11, 2026, Defendants-Appellants filed their opening brief. Case No. 25-7380, Dkt. 28.

5. On February 27, 2026, the Court granted Plaintiffs-Appellees' streamlined request for a 30-day extension, setting the deadline for Plaintiffs-Appellees' answering brief as April 13, 2026. Case No. 25-7380, Dkt. 32.

**Fees Appeal (No. 26-874)**

6. On January 30, 2026, the district court granted Plaintiffs-Appellees' motion for attorney's fees and awarded Plaintiffs-Appellees $15,914,095 in fees. D. Ct. Dkt. 835 at 5.

7. On February 12, 2026, Defendants-Appellants filed a notice of appeal from the fees judgment, initiating Case No. 26-874 (the "Fees Appeal"). Case No. 26-874, Dkt. 1.

8. On February 12, 2026, the Court issued a briefing schedule in the Fees Appeal setting March 24, 2026 as the deadline for Defendants-Appellants' opening brief. Case No. 26-874, Dkt. 2.

9. On March 16, 2026, the Court granted Defendants-Appellants' streamlined request for an extension of time, setting April 23, 2026 as the current deadline for Defendants-Appellants' opening brief in the Fees Appeal. Case No. 26-874, Dkt. 14.

**Relief Requested**

10. On March 12, 2026, Defendants-Appellants' counsel informed Plaintiffs-Appellees' counsel that the ongoing armed conflict in the Middle East has created conditions in Israel that have impeded Defendants-Appellants' ability to respond to Plaintiffs-Appellees' post-

3

judgment discovery in aid of enforcement. *See* Declaration of Micah G. Block ¶ 6. In light of those circumstances, the parties agreed to a 30-day extension of Defendants-Appellants' time to respond to that post-judgment discovery, and to jointly seek a corresponding 30-day extension of the briefing schedules in both appeals.

11. The parties have agreed to the following briefing schedule in the Merits Appeal:

- May 13, 2026: Plaintiffs-Appellees' answering brief

- Any optional reply brief would be due twenty-one (21) days after service of Plaintiffs-Appellees' Answering Brief

12. The parties have agreed to the following briefing schedule in the Fees Appeal:

- May 25, 2026: Defendants-Appellants' opening brief

- June 24, 2026: Plaintiffs-Appellees' answering brief

- Any optional reply brief would be due twenty-one (21) days after service of Plaintiffs-Appellees' answering brief

13. Good cause exists for the requested extensions. The conditions described in the Block Declaration have meaningfully constrained Defendants-Appellants' ability to litigate this case on the

current schedule, and the requested extensions will not unduly delay resolution of either appeal.

14. For the foregoing reasons, the parties respectfully request that the Court enter the briefing schedule set forth in paragraph 11 above.

Dated: April 2, 2026

DAVIS POLK & WARDWELL LLP

By: /s/ Micah G. Block
Micah G. Block (SBN 270712)

*Attorneys for Plaintiffs-Appellees WhatsApp LLC and Meta Platforms, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Derek L. Shaffer
Derek L. Shaffer

*Attorneys for Defendants-Appellants NSO Group Technologies Limited and Q Cyber Technologies Limited*

5

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate CM/ECF system on April 2, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

By: _/s/ Micah G. Block_
Micah G. Block