# EXHIBIT A

**From:** Alex Loomis <alexloomis@quinnemanuel.com>
**Sent:** Wednesday, April 1, 2026 8:01 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Rachel Frank Quinton <rachelquinton@quinnemanuel.com>; Shmuel Sunray <ShmuelS@NSOGROUP.COM>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>
**Subject:** Re: WhatsApp LLC vs. NSO Group

Luca, I apologize for missing your email. The declaration will be for Derek (Derek L. Shaffer), and you can make him the QE signatory for the joint motion.

--

**Alex Loomis**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7309 Direct
978-460-1891 Cell
alexloomis@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** "Marzorati, Luca" <luca.marzorati@davispolk.com>
**Date:** Wednesday, April 1, 2026 at 11:18 AM
**To:** Alex Loomis <alexloomis@quinnemanuel.com>
**Cc:** "Andres, Greg D." <greg.andres@davispolk.com>, "Perez-Marques, Antonio J." <antonio.perez@davispolk.com>, "Block, Micah G." <micah.block@davispolk.com>, Derek Shaffer <derekshaffer@quinnemanuel.com>, Rachel Frank Quinton <rachelquinton@quinnemanuel.com>, Shmuel Sunray <ShmuelS@NSOGROUP.COM>, Joe Akrotirianakis <JAkro@KSLAW.com>, Aaron Craig

<ACraig@KSLAW.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

**[EXTERNAL EMAIL from luca.marzorati@davispolk.com]**

Alex,

I write to follow up on my message below. Could you please confirm (i) who will be submitting Defendants' declaration, and (ii) whose name we should use for Defendants in the signature block on the joint motions? Once we have that information, we can incorporate it and move ahead with filing the motions.

Given the current schedule, it would be helpful to have this finalized before the original April 3 response date for the discovery requests, so that everything moves forward on a coordinated track. We appreciate your help in getting this across the line.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Monday, March 30, 2026 3:01 PM
**To:** Alex Loomis <alexloomis@quinnemanuel.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Rachel Frank Quinton <rachelquinton@quinnemanuel.com>; Shmuel Sunray <ShmuelS@NSOGROUP.COM>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

Alex,

Thanks. Just to close the loop on the remaining logistics—could you confirm (i) who will be submitting Defendants' declaration, and (ii) whose name we should use for Defendants in the signature block on the joint motions?

Once we have that, we can finalize and proceed with filing.

Thanks,
Luca

**Luca Marzorati**

2

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Alex Loomis <alexloomis@quinnemanuel.com>
**Sent:** Monday, March 30, 2026 12:28 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Rachel Frank Quinton <rachelquinton@quinnemanuel.com>; Shmuel Sunray <ShmuelS@NSOGROUP.COM>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>
**Subject:** Re: WhatsApp LLC vs. NSO Group

Thanks, Luca. That works on our end.

--

**Alex Loomis**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7309 Direct
978-460-1891 Cell
alexloomis@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** "Marzorati, Luca" <luca.marzorati@davispolk.com>
**Date:** Monday, March 30, 2026 at 12:26 PM
**To:** Alex Loomis <alexloomis@quinnemanuel.com>
**Cc:** "Andres, Greg D." <greg.andres@davispolk.com>, "Perez-Marques, Antonio J." <antonio.perez@davispolk.com>, "Block, Micah G." <micah.block@davispolk.com>, Derek Shaffer <derekshaffer@quinnemanuel.com>, Rachel Frank Quinton <rachelquinton@quinnemanuel.com>, Shmuel Sunray <ShmuelS@NSOGROUP.COM>, Joe Akrotirianakis <JAkro@KSLAW.com>, Aaron Craig <ACraig@KSLAW.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

[EXTERNAL EMAIL from luca.marzorati@davispolk.com]

Alex,

Thank you again.

Attached is a draft motion for the fees appeal, which includes a reference to Defendants' forthcoming declaration regarding scheduling conflicts.

Please let us know if you have any proposed edits, and who will be submitting the declaration on Defendants' behalf.

Assuming alignment on the drafts, our proposal would be as follows: we file the joint motion in each appeal with a supporting declaration from Micah, and Defendants submit a short separate declaration in the fees appeal addressing the scheduling issues referenced below.

Please let us know if that approach works on your end.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Alex Loomis <alexloomis@quinnemanuel.com>
**Sent:** Thursday, March 26, 2026 5:24 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Rachel Frank Quinton <rachelquinton@quinnemanuel.com>; Shmuel Sunray <ShmuelS@NSOGROUP.COM>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>
**Subject:** Re: WhatsApp LLC vs. NSO Group

Luca, I realized after sending that my reference to "conflicts" might have been ambiguous. For clarity, we want to list other briefing deadlines that are due around the same time as the opening brief in the fees appeal. Apologies for any confusion.

--
**Alex Loomis**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7309 Direct
978-460-1891 Cell
alexloomis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** "Marzorati, Luca" <luca.marzorati@davispolk.com>
**Date:** Thursday, March 26, 2026 at 9:23 AM
**To:** Alex Loomis <alexloomis@quinnemanuel.com>
**Cc:** "Andres, Greg D." <greg.andres@davispolk.com>, "Perez-Marques, Antonio J." <antonio.perez@davispolk.com>, "Block, Micah G." <micah.block@davispolk.com>, Derek Shaffer <derekshaffer@quinnemanuel.com>, Rachel Frank Quinton <rachelquinton@quinnemanuel.com>, Shmuel Sunray <ShmuelS@NSOGROUP.COM>, Joe Akrotirianakis <JAkro@KSLAW.com>, Aaron Craig <ACraig@KSLAW.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

[EXTERNAL EMAIL from luca.marzorati@davispolk.com]

Alex,

Thank you for your response.

Because the issues raised here also affect the district court proceedings, I have added back Mr. Sunray (in-house counsel) and NSO's outside counsel of record in the Northern District of California, none of whom has withdrawn from that matter.

Our offer was that Plaintiffs would "agree to a 30-day extension for NSO to respond to the requests for production and interrogatories served on March 4, 2026 (currently due April 3), provided that NSO also agrees to jointly request a corresponding 30-day extension of the briefing deadlines in the Ninth Circuit appeals (both the merits appeal and the attorneys' fees appeal)." As agreed, the appropriate course is for the parties to submit joint motions in each appeal. We are happy to prepare an attorney declaration that satisfies Ninth Circuit Rule 31-2.2 in lieu of submitting one from Mr. Sunray (or someone else at NSO).

We do not agree that the fees appeal should be stayed in its entirety.

I have attached a form of motion we intend to file in both appeals. Please confirm that we may caption and describe these as a joint motions in accord with the parties' agreement.

Thanks,
Luca

5

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Alex Loomis <alexloomis@quinnemanuel.com>
**Sent:** Monday, March 23, 2026 11:43 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Rachel Frank Quinton <rachelquinton@quinnemanuel.com>
**Subject:** Re: WhatsApp LLC vs. NSO Group

Luca,

Removing our client from the appeal discussion and following up on your proposals regarding the appellate briefing schedule.

On the merits appeal, as Shmuel said, we have no objection to the 30-day extension for your appellee brief and can join a motion you intend to file. It doesn't make sense for that to be supported by a declaration by our client, however, as that is giving WhatsApp an extension. We'd just suggest that you prepare your motion, supply your reasons why you want an extension, and we'll join your motion.

On the fees appeal, we'll happily prepare a 30-day extension motion as you suggest and file it while noting your consent. We do think there is a logic to staying the fees appeal pending the merits appeal, given that the merits appeal will shape what arguments the parties can or will present in the fees appeal. Please let us know what you think of that proposal. If you don't agree, then we will go ahead and get the 30-day extension motion on file, as you had suggested in your email.

Best,
Alex


--
**Alex Loomis**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7309 Direct
978-460-1891 Cell
alexloomis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Shmuel Sunray <ShmuelS@NSOGROUP.COM>
**Date:** Monday, March 23, 2026 at 2:37 AM
**To:** "Marzorati, Luca" <luca.marzorati@davispolk.com>
**Cc:** "Andres, Greg D." <greg.andres@davispolk.com>, "Perez-Marques, Antonio J." <antonio.perez@davispolk.com>, "Block, Micah G." <micah.block@davispolk.com>, Derek Shaffer <derekshaffer@quinnemanuel.com>, Alex Loomis <alexloomis@quinnemanuel.com>, Chaim Gelfand <ChaimG@NSOGROUP.COM>
**Subject:** RE: WhatsApp LLC vs. NSO Group

[EXTERNAL EMAIL from shmuels@nsogroup.com]

Luca,
Thank you for this.
I have asked Quinn Emanuel (copied) to deal with you directly on the appellate briefing schedule motion.
As to the agreement for extending the deadline for response to the discovery requests, I do not believe we need a stipulation and our agreement by correspondence should suffice. In any case, NSO is not able to sign any court document until it obtains counsel to handle the post-judgement proceedings, which we have not yet done, considering the current situation as I described in my initial message.
Best,
Shmuel

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Saturday, March 21, 2026 4:56 PM
**To:** Shmuel Sunray <ShmuelS@NSOGROUP.COM>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

Counsel,

Please see attached a proposed stipulation for filing in the district court action. The stipulation reflects the parties' agreement to extend NSO's deadline to respond to Plaintiffs' discovery requests by 30 days and notifies the court that the parties have jointly moved in the Ninth Circuit for corresponding extensions of the briefing schedules in both the merits appeal and the attorneys' fees appeal.

For your review, we have attached the proposed joint motion to extend the briefing schedule in the merits appeal. As you will see, the motion contemplates a short declaration from NSO describing the circumstances

referenced in your prior correspondence. Assuming you are comfortable with that approach, we propose to submit a near-identical motion in the fees appeal.

Please let us know if you have any comments.

Thanks,
Luca


**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com


**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Shmuel Sunray <ShmuelS@NSOGROUP.COM>
**Sent:** Wednesday, March 18, 2026 4:01 AM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

Dear Luca,
Thank you for your reply and for your kind wishes – we are endeavoring to stay safe.
We accept your proposal of a 30 day extension for response to the requests for production and interrogatories in exchange to our agreement for a 30 day extension of the briefing deadlines in the Ninth Circuit appeals.
Please send us a draft stipulation accordingly.
Best,
Shmuel

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Monday, March 16, 2026 8:30 PM
**To:** Shmuel Sunray <ShmuelS@NSOGROUP.COM>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC vs. NSO Group

Shmuel,

Thank you for your note. I sincerely hope that you, your family, and your colleagues remain safe.

I am copying on this email counsel at King & Spalding and Quinn Emanuel who currently represent NSO in the Northern District of California and the Ninth Circuit (none of whom has sought or been granted leave to withdraw), as well as Daniel Benson of Herschmann Benson Bowen, who previously indicated that he had been retained by NSO in connection with post-judgment matters.

8

Plaintiffs are prepared to agree to a 30-day extension for NSO to respond to the requests for production and interrogatories served on March 4, 2026 (currently due April 3), provided that NSO also agrees to jointly request a corresponding 30-day extension of the briefing deadlines in the Ninth Circuit appeals (both the merits appeal and the attorneys' fees appeal).

Alternatively, as we previously offered, our client would be prepared to abstain from discovery and enforcement proceedings pending final resolution of the appeals if NSO places $20,000,000 in escrow to secure the judgment.

Either approach would accommodate the circumstances you described while ensuring that the requested extension does not prejudice Plaintiffs' ability to enforce the judgment.

Please let us know whether NSO intends to pursue either option. If so, we would be happy to prepare and circulate a draft stipulation or filing reflecting the agreed terms.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Shmuel Sunray <ShmuelS@NSOGROUP.COM>
**Sent:** Thursday, March 12, 2026 5:14 AM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Subject:** WhatsApp LLC vs. NSO Group

Dear Luca,
I have been notified of the discovery requests in aid of judgement you have sent our former counsel.
As you are aware, there is an ongoing war in Israel and our employees and staff are either directly involved in the war effort (military reserve duty) or staying with their loved ones in protected areas/shelters close to home. I personally live in the North of Israel and spend a significant time of the day in a bomb shelter avoiding continuous missile attacks from Iran and Lebanon.
Under these extraordinary circumstances, we are not able to deal with this issue, including with the ability to retain counsel to handle these requests, and as such I would kindly request as a courtesy to grant us a 30 day extension for reply , in order that we can give this matter the attention it warrants. If you agree, once we have counsel, we will file a stipulated request to court.
I appreciate your consideration of this matter and hope that peace will be restored in our region shortly.
Thank you ,
Shmuel Sunray
General Counsel

!4

@@ ReEnqueued Message. At : 21.03.2026 19:40:34 @@